AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Tami Lyn Singletary

V.

Jerome Lee Cantrell, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-840-MEF

TO: (Name and address of Defendant)

Jerome Lee Cantrell
218 28th Avenue
Columbus, Georgia  31903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Adam Jones
Jacoby & Meyers, LLC
P.O. Box 5551
Dothan, Alabama  36302

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              9-18-07
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Tami Lyn Singletary

V.

Jerome Lee Cantrell, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv- 840-MEF

TO: (Name and address of Defendant)

Space Flooring & Supplies, Inc.
c/o CSC Lawyers Services Incorporated
150 S. Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Adam Jones
Jacoby & Meyers, LLC
P.O. Box 5551
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    9-18-07
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Tami Lyn Singletary

V.

Jerome Lee Cantrell, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-840-MEF

TO: (Name and address of Defendant)

State Farm Mutual Automobile Insurance Company
100 State Farm Parkway
Birmingham, Alabama 35209-7186

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Adam Jones
Jacoby & Meyers, LLC
P.O. Box 5551
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    9-18-07

CLERK                                               DATE

(By) DEPUTY CLERK