**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   State Farm Mutual Automobile Insurance Company
   100 State Farm Parkway
   Birmingham, Alabama 35209-7186

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michael DeLeonard   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Michael DeLeonard

C. Date of Delivery
9/9/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07cv840
   SLC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 2410 0007 9920 4355

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540