**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Space Flooring & Supplies, Inc.
c/o CSC Lawyers Services Incorporated
150 S. Perry Street
Montgomery, Alabama  36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _D. Brown_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
D Brown                             9/19/c

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

2:07cv840
see

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7002 2410 0007 9920 4348

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540