**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **TAMI LYN SINGLETARY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: 2:07-cv-840-MEF** |
| | ) |
| **JEROME LEE CANTRELL,** | ) |
| **SPACE FLOORING & SUPPLIES, INC.** | ) |
| **STATE FARM MUTUAL** | ) |
| **AUTOMOBILE INSURANCE** | ) |
| **COMPANY; and FICTITIOUS** | ) |
| **DEFENDANTS A, B and C, being** | ) |
| **those persons, corporations,** | ) |
| **partnerships, or other legal entities** | ) |
| **whose identities are unknown to the** | ) |
| **Plaintiff at this time,** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION TO TRANSFER**

COMES NOW the Plaintiff, by and through Counsel, and hereby respectfully moves that this Honorable Court transfer this case to the Southern Division of the Middle District of Alabama.  As grounds therefore Plaintiff will show unto the Court that she is a resident citizen of Henry County, Alabama, which rests within the Southern Division.  Accordingly, Plaintiff would respectfully submit that the proper venue for this matter would be in the Southern Division of the Middle District of Alabama.

Respectfully submitted this the 28th day of September, 2007.

JACOBY & MEYERS, LLC


/s/ M. Adam Jones_____
M. ADAM JONES (JON-126)
Attorney for Plaintiff

Of Counsel:
P.O. Box 5551
Dothan, AL 36302
Tel: 334-794-8000
Fax: 334-699-6885
Adam.Jones@JacobyMeyers.com