IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMI LYN SINGLETARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-840 MEF |
| ) | |
| JEROME LEE CANTRELL, SPACE ) | |
| FLOORING & SUPPLIES, INC., ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, et al, ) | |
| ) | |
| Defendants. ) | |

RECEIVED
2007 SEP 28 A 10: 18
DEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF APPEARANCE

Comes now the undersigned Joel W. Ramsey, and enters his appearance on behalf of Defendant, State Farm Mutual Automobile Insurance Company.

This the 27th day of September, 2007.

RAMSEY, BAXLEY & MCDOUGLE

By _____
Joel W. Ramsey RAM 005
Attorney for Defendant State Farm Ins. Co.
P. O. Drawer 1486
Dothan, Alabama 36302
(334) 793-6550
jwr@rbmlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon M. Adam Jones, Esq., P. O. Box 5551, Dothan, Alabama, 36302, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 27th day of September, 2007.

_____
Of Counsel