IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAMI LYN SINGLETARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-840-MEF |
| | ) | |
| JEROME LEE CANTRELL., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Change of Venue (Doc. #6) filed on September 28, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before October 10, 2007 as to why the motion should not be granted.

DONE this the 1st day of October, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE