IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMI LYN SINGLETARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:07-cv-840-MEF |
| ) | |
| JEROME LEE CANTRELL; SPACE ) | |
| FLOORING & SUPPLIES, INC.; ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE CO.; ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Clifton E. Slaten, Esquire of Slaten & O'Connor, P.C., and hereby enters his appearance as counsel for Defendant Space Flooring & Supplies, Inc., identified in the Plaintiff's Complaint and hereby requests that all future pleadings, orders, motions, correspondence and other filings of any type or kind be served upon the undersigned at the address specified below.

Respectfully submitted,

/s/ Clifton E. Slaten
**CLIFTON E. SLATEN** (Ala. SLA013)
**ATTORNEY FOR DEFENDANT**
**SPACE FLOORING & SUPPLIES, INC.**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
**Winter Loeb Building**
105 Tallapoosa Street, Suite 101
Montgomery, Alabama  36104
(334) 396-8882 Telephone
(334) 398-8880 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 9th day of October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following, and that I have mailed same to non-CM/ECF participants by placing a copy of the foregoing in the U.S. Mail, first-class postage prepaid:

M. Adam Jones
JACOBY & MEYERS, LLC
Post Office Box 5551
Dothan, AL 36302

Joel W. Ramsey
RAMSEY, BAXLEY & McDOUGLE
P.O. Drawer 1486
Dothan, AL 36302

Jerome Lee Contrell
218 28th Avenue
Columbus, GA 31903

/s/ Clifton E. Slaten
**OF COUNSEL**

F:\Gen Litigation\Firemans Fund\Space Flooring & Supplies, Inc\Pleadings\NOA.wpd

2