# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMI LYN SINGLETARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-840 MEF |
| ) | |
| JEROME LEE CANTRELL, SPACE ) | |
| FLOORING & SUPPLIES, INC., ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, et al, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT STATE FARM'S RESPONSE
## TO MOTION FOR CHANGE OF VENUE

Comes now the Defendant, State Farm Mutual Automobile Insurance Company, and in response to this Court's Order of October 1, 2007, says that it has no objection to the Plaintiff's Motion for Change of Venue to the Southern Division of the Middle District of Alabama.

RAMSEY, BAXLEY & MCDOUGLE

By_____
Joel W. Ramsey RAM 005
Attorney for Defendant State Farm Ins. Co.
P. O. Drawer 1486
Dothan, Alabama 36302
(334) 793-6550
jwr@rbmlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon M. Adam Jones, Esq., P. O. Box 5551, Dothan, Alabama, 36302; Clifton E. Slaten, Esq., 105 Tallapoosa Street, Suite 101, Montgomery, Alabama, 36104; and Jerome Lee Cantrell, 218 28th Avenue, Columbus, Georgia, 31903, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 10th day of October, 2007.

_____
Of Counsel