IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TAMI LYN SINGLETARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-840 MEF |
| | ) | |
| JEROME LEE CANTRELL, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.'S DISCLOSURE STATEMENT

Comes now the Defendant, State Farm Mutual Automobile Insurance Company, and, as per Rule 7.1 of the Federal Rules of Civil Procedure, makes the following corporate disclosure:

A. State Farm is a mutual company; i.e., it is owned by its policy holders.

B. No publicly held corporation owns 10% or more of State Farm's stock.

RAMSEY, BAXLEY & MCDOUGLE

By_____
Joel W. Ramsey RAM 005
Attorney for Defendant State Farm Ins. Co.
P. O. Drawer 1486
Dothan, Alabama 36302
(334) 793-6550
jwr@rbmlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon M. Adam Jones, Esq., P. O. Box 5551, Dothan, Alabama, 36302, and Clifton E. Slaten, Esq., 105 Tallapoosa Street, Suite 101, Montgomery, Alabama, 36104, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 27th day of November, 2007.

_____
Of Counsel