IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

TAMI LYNN SINGLETARY
_____,
)
)
    Plaintiff,
)
)
v.
)   CASE NO. 2:07-cv-840-MEF
)
SPACE FLOORING & SUPPLIES, INC., et al.
)
_____,
)
)
    Defendants,
)

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Space Flooring & Supplies, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

11/29/2007
Date

(Signature)
/s/ Clifton E. Slaten
(Counsel's Name)

Space Flooring & Supplies, Inc.
Counsel for (print names of all parties)
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
Address, City, State Zip Code
334-396-8882
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Clifton E. Slaten, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 29th day of November 20 07, to:

M. Adam Jones; Jacoby & Meyers, LLC

Joel W. Ramsey; Ramsey, Baxley & McDougle

11/29/2007
Date

/s/ Clifton E. Slaten
Signature