IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Tami Lyn Singletary,                                )
                                                    )
      Plaintiff,                             )
                                                    )
v.                                                  )          CASE NO. 02:07-cv-840-MEF
                                                    )
Jerome Lee Cantrell, et al.,                        )
                                                    )
      Defendants,                            )

## CONFLICT DISCLOSURE STATEMENT

     COMES NOW Tami Lyn Singletary, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

     ☑     This party is an individual.


   __12/4/2007_____                    /s/ M. Adam Jones_____
        Date                          Counsel Signature

                                             Tami Lyn Singletary_____
                                             Counsel for (print names of all parties)

                                             P.O. Box 5551, Dothan, AL 36302_____
                                             Address, City, State Zip Code

                                             (334) 794-8000_____
                                             Telephone Number

## CERTIFICATE OF SERVICE

I, M. Adam Jones, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 5th day of December, 2007, to:

___Clifton E. Slaten; Slaten & O'Connor_____

____Joel Ramsey; Ramsey, Baxley & McDougle_____

_____

_____

_____

_____

 12/5/2007_____                ____/s/ M. Adam Jones_____
          Date                                              Signature