# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **TAMI LYN SINGLETARY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-840-MEF |
| ) | |
| **JEROME LEE CANTRELL; SPACE** ) | |
| **FLOORING & SUPPLIES, INC.;** ) | |
| **STATE FARM MUTUAL** ) | |
| **AUTOMOBILE INSURANCE CO.;** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT, SPACE FLOORING & SUPPLIES, INC.'S INITIAL DISCLOSURES

**COMES NOW** the Defendant, Space Flooring & Supplies, Inc. ("Space Flooring"), by and through the undersigned counsel, and as per the agreed upon discovery plan submits its initial disclosures as per Fed. R. Civ. P. 26(a)(1) and shows unto the Court as follows:

1. **Individuals likely to have discoverable information relevant to disputed facts:**

    A.   Plaintiff, Defendant, anyone listed on the accident report and any treating physicians of the Plaintiff are the only persons known to the Defendant at this time to have discoverable information relevant to the disputed facts.

2. **Description of documents, data compilations, and tangible things in Defendant Space Flooring's custody, or control relevant to the disputed facts:**

    B.   At this time, Defendant Space Flooring does not have any relevant

documents other than medical records and photographs provided by the Plaintiff. To the extent this changes throughout the course of discovery, Defendant Space Flooring will supplement this disclosure.

3. **Computation of damages:**

C. To Defendant Space Flooring's knowledge, Plaintiff has approximately $42,000.00 in medical bills allegedly resulting out of the accident made the basis of this Complaint. Defendant Space Flooring is unaware of any other damages at this time. As discovery continues, Defendant Space Flooring will update its disclosures consistent with evidence obtained in discovery.

Respectfully submitted this 29th day of January, 2008.

*/s/ C. Elizabeth Littell*
**CLIFTON E. SLATEN** (Ala. SLA013)
**C. ELIZABETH LITTELL** (Ala. LIT028)
**ATTORNEYS FOR DEFENDANT**
**SPACE FLOORING & SUPPLIES, INC.**
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882 (P)
(334) 398-8880 (F)
cslaten@slatenlaw.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this the 29th day of January, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following, and that I have mailed same to non-CM/ECF participants by placing a copy of the foregoing in the U.S. Mail, first-class postage prepaid:

M. Adam Jones
**JACOBY & MEYERS, LLC**
Post Office Box 5551
Dothan, AL 36302

Joel W. Ramsey
**RAMSEY, BAXLEY & McDOUGLE**
P. O. Drawer 1486
Dothan, AL 36302

Jerome Lee Contrell
218 28th Avenue
Columbus, GA 31903


*/s/ C. Elizabeth Littell*
**OF COUNSEL**

F:\Gen Litigation\Firemans Fund\Space Flooring & Supplies, Inc\Pleadings\Initial Disclosure.wpd