IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TAMI LYN SINGLETARY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:07-cv-840-MEF |
| | ) |
| **JEROME LEE CANTRELL,** | ) |
| **SPACE FLOORING & SUPPLIES, INC.** | ) |
| **STATE FARM MUTUAL** | ) |
| **AUTOMOBILE INSURANCE** | ) |
| **COMPANY; and FICTITIOUS** | ) |
| **DEFENDANTS A, B and C, being** | ) |
| those persons, corporations, | ) |
| partnerships, or other legal entities | ) |
| whose identities are unknown to the | ) |
| **Plaintiff at this time,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiff in the above styled matter, by and through counsel, and pursuant to Section Three of this Court's Uniform Scheduling Order states that the parties have been unable to reach a settlement as of this point in time. However, the parties do believe that mediation will assist them towards possible resolving this case, and a mediation has been tentatively scheduled before the Honorable Randall Thomas on April 29, 2008.

Respectfully submitted this the 4th day of April, 2008.

/s/ M. Adam Jones
Attorney for the Plaintiff
JACOBY & MEYERS, LLC
P.O. Box 5551
Dothan, Alabama 36302
Tel: 334-794-8000
Fax: 334-699-6885

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following persons by filing same with the CME/ECF Filing System on this the 4th day of April, 2008.

    Joel W. Ramsey
    Ramsey, Baxley & McDougle
    P.O. Drawer 1486
    Dothan, Alabama  36302

    Clifton E. Slaten
    C. Elizabeth Littell
    Slaten & O'Connor, P.C.
    Winter Loeb Building
    105 Tallapoosa Street; Suite 101
    Montgomery, Alabama  36104

                                        /s/ M. Adam Jones\_\_\_\_\_
                                        Of Counsel