IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TAMI LYN SINGLETARY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: 2:07-cv-840-MEF** |
| | ) |
| **JEROME LEE CANTRELL,** | ) |
| **SPACE FLOORING & SUPPLIES, INC.** | ) |
| **STATE FARM MUTUAL** | ) |
| **AUTOMOBILE INSURANCE** | ) |
| **COMPANY; et al.** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S FIRST SET OF REQUESTS
## FOR ADMISSIONS TO DEFENDANTS

COMES NOW Plaintiff, Tami Lyn Singletary, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and requests that Defendants Admit or Deny the following:

1.    Admit or deny that the **medical records** of Family Practice of Abbeville, produced as Plaintiff's Exhibit "A" attached hereto:

(a)    Are authentic records relating to the Plaintiff in this suit;

(b)    Represent treatment necessary for a medical condition of the Plaintiff;

(c)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

2.      Admit or deny that the **medical bills** of Family Practice of Abbeville,  produced as Plaintiff's Exhibit "B" attached hereto:

(a)      Are authentic bills relating to the Plaintiff in this suit;

(b)      Are reasonable bills for the treatment that was provided;

(c)      Represent treatment necessary for a medical condition of the Plaintiff;

(d)      Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

3.      Admit or deny that the **medical records** of Montgomery Neurosurgical Associates, produced as Plaintiff's Exhibit "C" attached hereto:

(a)      Are authentic records relating to the Plaintiff in this suit;

(b)      Represent treatment necessary for a medical condition of the Plaintiff;

(c)      Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

4.      Admit or deny that the **medical bills** of Montgomery Neurosurgical Associates,  produced as Plaintiff's Exhibit "D" attached hereto:

(a)      Are authentic bills relating to the Plaintiff in this suit;

(b)      Are reasonable bills for the treatment that was provided;

(c)      Represent treatment necessary for a medical condition of the Plaintiff;

2

(d)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

5.    Admit or deny that the **medical records** of Center for Pain of Montgomery, produced as Plaintiff's Exhibit "E" attached hereto:

(a)    Are authentic records relating to the Plaintiff in this suit;

(b)    Represent treatment necessary for a medical condition of the Plaintiff;

(c)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

6.    Admit or deny that the **medical bills** of Center for Pain of Montgomery,  produced as Plaintiff's Exhibit "F" attached hereto:

(a)    Are authentic bills relating to the Plaintiff in this suit;

(b)    Are reasonable bills for the treatment that was provided;

(c)    Represent treatment necessary for a medical condition of the Plaintiff;

(d)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

7.    Admit or deny that the **medical records** of Jackson Hospital, produced as Plaintiff's Exhibit "G" attached hereto:

(a)    Are authentic records relating to the Plaintiff in this suit;

(b)    Represent treatment necessary for a medical condition of the Plaintiff;

(c)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

8.    Admit or deny that the **medical bills** of Jackson Hospital, produced as Plaintiff's Exhibit "H" attached hereto:

(a)    Are authentic bills relating to the Plaintiff in this suit;

(b)    Are reasonable bills for the treatment that was provided;

(c)    Represent treatment necessary for a medical condition of the Plaintiff;

(d)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

9.    Admit or deny that the **medical bills** of Montgomery Anesthesia Associates,  produced as Plaintiff's Exhibit "I" attached hereto:

(a)    Are authentic bills relating to the Plaintiff in this suit;

(b)    Are reasonable bills for the treatment that was provided;

(c)    Represent treatment necessary for a medical condition of the Plaintiff;

(d)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

10.    Admit or deny that the **medical records** of Dothan Diagnostic Imaging, produced as Plaintiff's Exhibit "J" attached hereto:

(a)    Are authentic records relating to the Plaintiff in this suit;

(b)    Represent treatment necessary for a medical condition of the Plaintiff;

(c)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

11.    Admit or deny that the **medical bills** of Dothan Diagnostic Imaging, produced as Plaintiff's Exhibit "K" attached hereto:

(a)    Are authentic bills relating to the Plaintiff in this suit;

(b)    Are reasonable bills for the treatment that was provided;

(c)    Represent treatment necessary for a medical condition of the Plaintiff;

(d)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

12.  Admit or deny that the **medical records** of Back & Neck Pain Clinic, produced as Plaintiff's Exhibit "L" attached hereto:

(a)    Are authentic records relating to the Plaintiff in this suit;

(b)    Represent treatment necessary for a medical condition of the Plaintiff;

(c)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

13.    Admit or deny that the **medical bills** of Back & Neck Pain Clinic, produced as Plaintiff's Exhibit "M" attached hereto:

(a)    Are authentic bills relating to the Plaintiff in this suit;

(b)    Are reasonable bills for the treatment that was provided;

(c)    Represent treatment necessary for a medical condition of the Plaintiff;

(d)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

14.    Admit or deny that the **medical records** of Wiregrass Therapy & Wellness, produced as Plaintiff's Exhibit "N" attached hereto:

(a)    Are authentic records relating to the Plaintiff in this suit;

(b)    Represent treatment necessary for a medical condition of the Plaintiff;

(c)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

15.    Admit or deny that the **medical bills** of Wiregrass Therapy & Wellness,  produced as Plaintiff's Exhibit "O" attached hereto:

(a)    Are authentic bills relating to the Plaintiff in this suit;

6

(b)     Are reasonable bills for the treatment that was provided;

(c)     Represent treatment necessary for a medical condition of the Plaintiff;

(d)     Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

16.     Admit or deny that the **medical records** of Physical Therapy Specialists of Dothan, produced as Plaintiff's Exhibit "P" attached hereto:

(a)     Are authentic records relating to the Plaintiff in this suit;

(b)     Represent treatment necessary for a medical condition of the Plaintiff;

(c)     Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

17.     Admit or deny that the **medical bills** of Physical Therapy Specialists of Dothan,  produced as Plaintiff's Exhibit "Q" attached hereto:

(a)     Are authentic bills relating to the Plaintiff in this suit;

(b)     Are reasonable bills for the treatment that was provided;

(c)     Represent treatment necessary for a medical condition of the Plaintiff;

(d)     Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

18.    Admit or deny that the **medical bills** of Radiology Group, P.A., produced as Plaintiff's Exhibit "R" attached hereto:

(a)    Are authentic bills relating to the Plaintiff in this suit;

(b)    Are reasonable bills for the treatment that was provided;

(c)    Represent treatment necessary for a medical condition of the Plaintiff;

(d)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

19.    Admit or deny that the **medical bills** of Mike's Pharmacy, produced as Plaintiff's Exhibit "S" attached hereto:

(a)    Are authentic bills relating to the Plaintiff in this suit;

(b)    Are reasonable bills for the treatment that was provided;

(c)    Represent treatment necessary for a medical condition of the Plaintiff;

(d)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

20.    Admit or deny that the **medical bills** of CVS Pharmacy,  produced as Plaintiff's Exhibit "T" attached hereto:

(a)    Are authentic bills relating to the Plaintiff in this suit;

(b)    Are reasonable bills for the treatment that was provided;

(c)    Represent treatment necessary for a medical condition of the Plaintiff;

(d)    Represent treatment necessary for the Plaintiff's condition, which was proximately caused by the accident on or about October 4, 2005, which is the basis of this suit.

DATED this the 8th day of April, 2008.

JACOBY & MEYERS, LLC

/s/ M. Adam Jones_____
M. ADAM JONES (JON-126)
Attorney for Plaintiff

Of Counsel:
P.O. Box 5551
Dothan, AL 36302
Tel: 334-794-8000
Fax: 334-699-6885
Adam.Jones@JacobyMeyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 8th day of April, 2008, served a copy of the foregoing pleading by filing same with the CM/ECF system which will notify the following via electronic mail:

Joel W. Ramsey
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, Alabama  36302

Clifton E. Slaten
C. Elizabeth Littell
Slaten & O'Connor, P.C.
Winter Loeb Building
105 Tallapoosa Street; Suite 101
Montgomery, Alabama  36104

/s/ M. Adam Jones
Of Counsel

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-5421

| OFFICE VISITS | | | | | | **Formedic** |
|---|---|---|---|---|---|---|
| NAME | Singletary, Tammu | MARITAL STATUS S M W D SEP | DATE OF BIRTH | 12.22.65 | | |
| ADDRESS | 585-3699 | | PHONE (H) | | (D) | |

| DATE | DIAGNOSIS DPT CODE | | HT | WT | BP | P | T |
|---|---|---|---|---|---|---|---|

2-13-07 Pt phoned, request 4 Wellbutein
Benfric SR                                    Mike's
                                                        all: PCN

Wellbutein SR 150 mg    qd

2-13-07 Pt Request Rx for UTI to Mikes /to
          All: PCN

226-1051
          Lovee                     Macrobid
          SCB                       100 BiD
          V/O Dr Reading            #14

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
AB...

PLAINTIFF'S
EXHIBIT

A

case #
4 832939

## FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421    585 - 3699

| OFFICE VISITS | | | | | | **Formedic** |
|---|---|---|---|---|---|---|
| NAME Singletary Tam, | | | MARITAL STATUS [S][M][W][D][SEP] | DATE OF BIRTH 12-22-65 | | |
| ADDRESS | | | | PHONE (H) | (O) | |

DATE / DIAGNOSIS CPT CODE    HT    WT 150    BP 140/90    P    T

Alli Pen

1-31-07  C/ Sore throat
        /c Cough

Rx
Xanex
Wellbutrin
Iba propen
Flexeril

Est Serie
Comp Hx
vey 9
Comp 9
bor 9

Physical
Remle no        Roght subl
Denolic —       Almont Aglatt.

7 Heal log 9 (og
hor 1

-6-07
Pt Represents Rx keeping here
awake request RX for
sleep

Ambien 10 mg  1/2-1 qhs  # 10  NR
sign Dr. Pentinger, JKR

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN RD

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | |
|---|---|---|---|---|
| NAME Tami Singletary | | MARITAL STATUS [S][M][W][D][SEP] | DATE OF BIRTH 12/22/05 | Formedic |
| ADDRESS | | | PHONE (H) | (D) |

| DATE DIAGNOSIS CPT CODE | HT | WT 152 | BP 130/86 | P 88 | T |
|---|---|---|---|---|---|

1-12-07

C + C

Ent
Cusp PA
lus cro (exp wheye bilat)
cul q
Extr c

Smelly
Kog Bronchus        Smelye 10g 1 day
                    Afug MS

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | Formedic |
|---|---|---|---|---|---|

NAME Singletary, Tami    MARITAL STATUS [S][M][W][D][SEP]   DATE OF BIRTH 12-22-65

ADDRESS    PHONE (H)    (O)

| DATE DIAGNOSIS CPT CODE | | HT | WT | BP | P | T |
|---|---|---|---|---|---|---|

12-14-06   Pt. Request Rx for Zovirax tabs. & ointment
Both in generic if possible. Call Mike's   VJ

Zovirax 400mg    qid #40 (10)
Zovirax oint.    prn 1 tube

2-07   Rx. Refill, Xanax 0.5 mg    #30 (NR)
anxiety family death.
prgm Dr. Meadrusker

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME _Jim Singletary_ | | | MARITAL STATUS S\|M\|W\|D\|SEP | DATE OF BIRTH 12 22 65 | | | | Formedic |
| ADDRESS | | | | PHONE (H) | | | (O) | |
| DATE DIAGNOSIS CPT CODE | | HT | WT | | BP 154/90 | P 88 | T | |

1/1/06 — (S) Sore throat + cough

(O) *illegible*
*illegible*
*illegible*
*illegible*

(A) *illegible*
*illegible*

(P) Rocephin 250 IM          Ambroco CR 625 say #2
Depo medrol 70

Polyhist Forte Xr – 15#0
Afuss DMS 60?
Keflex 500 T2Oxd

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | **Formedic** |
|---|---|---|---|---|---|---|---|
| NAME Singletary, Tami | | | MARITAL STATUS S M W D SEP | DATE OF BIRTH 12-22-65 | | | |
| ADDRESS | | | | PHONE (H) | | (O) | |

| DATE DIAGNOSIS CPT CODE | HT | WT 152 | BP 170/18 | P 88 | T |
|---|---|---|---|---|---|

10-30/06

c/o sharp pains Lt
flank                                    Rx

achy all over        on Prud
⊕ Lower Back
                                         Xanax 0.5
                                         wellbutrin 300 J 1

⊕ in etract
any
all
new ent
flyer xd

⊕ Hematuria - on period
                Nov
                                         Adv
                                         oley

⊖ Flu test neg
  UA                      Xanax 0.5  PD        Rocephin 250 mg
                          HCU

  Cipro 500 BID enct

     ultram 50 # 40

        ATL 100        UA only

**FAMILY PRACTICE CENTER OF ABBEVILLE, P.A.**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | | Formedic |
|---|---|---|---|---|---|---|---|---|
| NAME Singclary, Tami | | | MARITAL STATUS S M W D SEP | DATE OF BIRTH 12·22·65 | | | | |
| ADDRESS | | | | PHONE (H) | | (O) | | |

| DATE DIAGNOSIS CPT CODE | HT | WT | | | BP | P | T |
|---|---|---|---|---|---|---|---|

9-29-06 pt. phoned @ 585-3699 (work)
requesti to know it she can
get Rx to stop (menses) from
starting this wk end

not able to help c this

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | Singletary, Tami | | | MARITAL STATUS S/M/W/D/SEP | DATE OF BIRTH 12.22.65 | | | Formedic |
| ADDRESS | | | | | PHONE (H) | | (O) | |

| DATE DIAGNOSIS CPT CODE | | HT | WT 169 | BP 150/80 P | T |
|---|---|---|---|---|---|

8-15-06 Discuss
34 y o m

S) goes thru Divorce - very upset
anxious

RX
Wellbutrin XL

O) by GAAF
Oct/qsn
stable
anxious

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

A) anxiety c̄ Depression

P) Recommend Counseling — Rose Blakey-Phillip

Wellbutrin XL 300 mg #30 1 qd (5r)

Xanax 0.5 #20
1/2 H.S.prn

FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

**Formedic**

| FICE VISITS | | | | MARITAL STATUS [S] M W D SEP | DATE OF BIRTH | 12·22·65 | (D) |
|---|---|---|---|---|---|---|---|
| E Singletary, Tami | | | | | PHONE (H) | | |
| RESS | | HT | WT | BP | P | T | |

status "going thru divorce" "(cant step
crying)" Taking Xanax .5 but not sure if they
are helping. Wonders if she needs something else. Please
advise. Contact #s Work 585-3699 (until 5pm) or
726-1051 (cell)    Use Rikes Pharm.

Recommend Dr todays
Recommend Coumadin

Wellbutrin XL 150 1 qd #30 (SRF)  Faxed / TB

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | Formedic |
|---|---|---|---|---|---|---|
| NAME Singletary, Tammi | MARITAL STATUS S M W D SEP | DATE OF BIRTH 12-22-65 | | | | |
| ADDRESS | | PHONE (H) | | | (O) | |

| DATE DIAGNOSIS CPT CODE | | HT | WT | BP | P | T |
|---|---|---|---|---|---|---|

4-24-06 Pt phoned c/ent sinus, Allegra D not helping, head congested, ears stopped - request Rx antibiotic Mike's
585-3699

Zpack
Q tall Tgd
~~Medrol~~  Nasonest AC
Zyrtec

OK pm  (RK)

Pt doesn't like Z-pak request something Else / TO

Keflex 500
TD X of

Faxed to Mikes / TO

4-20-06 Pt phoned states going thru divorce - states co-worker
4:10pm gave her a couple of Xanax .5mg and they have helped Request Rx for Xanax .5mg to Mikes / 43m
Contact # 736-1051

Xanax 0.5 #15  MD
½-1 TID pm

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | **Formedic** |
|---|---|---|---|---|---|---|---|
| NAME Tami Singletary | | | MARITAL STATUS [S][M][W][D][SEP] | DATE OF BIRTH 12.22.05 | | | |
| ADDRESS | | | | PHONE (H) | | (O) | |

| DATE DIAGNOSIS CPT CODE | | HT | WT | | BP | P | T |
|---|---|---|---|---|---|---|---|
| 4-17-06 Rx Written - Parafon Forte DSC 1 PO QID #120 5Rf | | | | | | | |
| 4:15 pm Rx Written Relafen 500 mg 1-2 PO BID PC #120 5Rf | | | | | | | |
| Signed per Dr. Meadows / JM | | | | | | | |

FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | Formedic |
|---|---|---|---|---|---|---|
| NAME | Singletary Tami | | MARITAL STATUS S M W D SEP | DATE OF BIRTH 12 22 65 | | |
| ADDRESS | | | | PHONE (H) | (O) | |

DATE DIAGNOSIS CPT CODE:    HT    WT 216    BP 130/80  P 72  T 97

allergic PCN

4-5-06
10⁰⁰ am  ℅ sinus, headache
x 4 days  fatigue
pressure ear L ear          Rx
                              Biohist

ⓐ ad          HA 5/10
                    nadow

ⓑ 4 → HA
    w. LWt
    oled
    Nasal cong't

ⓒ HA
    myria
    cert

ⓓ  Decadron 4 Iv          trial made
                          HA
    Fetch 2 gd x 5 ℃      Maxalt MLT 10mg  won
                          (outdo
    Allegra D T BID       sample

ephedrine
1.2 gd
Vicking   Aturss HX #24          BP 130/86
Klanopin  Wellbutrin XL 150 1 gd       140/86 @ 11:10

        RTC 1-2 mo

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | Formedic |
|---|---|---|---|---|---|---|---|
| NAME | Singletary | | | MARITAL STATUS S M W D SEP | DATE OF BIRTH 12.22.65 | | |
| ADDRESS | | | | PHONE (H) | | (O) | |

| DATE DIAGNOSIS CPT CODE | | HT | WT 209 | BP | P | T |
|---|---|---|---|---|---|---|

1-23-06

F/u

① discuss MRI & sym                    Rx

② cont

③ IV c spine

④ pill

⑤ Neck pain

⑥ discussed MRI

Motrin 800 TID p.c.

Flexeril 10 Tg #D

Ultram or Ultracet

recommend phy therapy — wellness center

* fax referral

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | Formedic |
|---|---|---|---|---|---|---|---|
| NAME Singletary Tami | | | MARITAL STATUS S M W D SEP | DATE OF BIRTH 12.22.65 | | | |
| ADDRESS | | | | PHONE (H) | | (O) | |

| DATE DIAGNOSIS CPT CODE | | HT | WT | | BP | P | T |
|---|---|---|---|---|---|---|---|

1-6-06  pt. phoned  cont. neck problems
wanted schedule MRI + refill
Flexeril  Mike's
Rx Flexeril 10mg ÷ tid  # 30 NR

Dothan Drug. 1-7 @ 7⁴⁵  OK.₂

advised of MRI / KE

Reports  neck still bothers her
on + off
advised Therapy may help / KE
Request Referral

pt needs OV to
Eval tolerance

FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

**Formedic**

OFFICE VISITS

NAME: Singletary, Tami

MARITAL STATUS S[M]W[D]SEP    DATE OF BIRTH 12-22-65

PHONE (H)    (O)

ADDRESS

HT    WT 198    BP 130/70    P 96    T 97.2

DATE    DIAGNOSIS CPT CODE

10-5-05
8am    Auto accident yesterday
hit by truck, neck hurts, generalized
soreness

RX
Singulair
Flonase

Ⓢ driving to eufaula ⨀ stopped feus School Bus
large 18 wheeler hit Bus ⨀ pts car.
Children in car c̄ her to be seen later today

Ⓞ lg OTHN
CV RSN
w̄
c-bow good    sore + stiffness
DTR 2/4  gₜ ↓
No paresthesia

Ⓐ MVA
⨀ strain

Ⓟ Motrin 800 TID pc    Ice/heat
ultracet #40 prn    RTC ? 1-06
Medrol dorspok

Ambien 10g #2

Family Practice of Abbeville
Meadows & Beninger Clinical
217 Dothan Road
Abbeville AL 36310-2836
334-585-6421 ALN
01403025-6

**51 6779 7372 4**

51 6779 7372 4    51 6779 7372 4    51 6779 7372 4

51 6779 7372 4    51 6779 7372 4    51 6779 7372 4

LabCorp

**CHECK ONE**

3 [ ] ACCOUNT BILL
4 [ ] PATIENT BILL
4 [ ] MEDICAID
5 [ ] MEDICARE
1 [ ] HUMANA GOLD PLS
SPMD ( ) BS ALABAMA
PEPAL ( ) FED EMP PRGM-B
LDCH ( ) PGBA CLMS CUST
PKY ( ) HUMANA HLTPLN
PSC ( ) TRICARE
DPPC ( ) SECURE HRZNS
MSC ( ) ALABAMA MISC
COHC ( ) S&S HLTHCARE
SMA ( ) BEECHSTREET-S
ANT ( ) GREAT WEST CA

Patient's Name (Last) _Singleton_ (First) _Jim_ (MI) ___ Sex ___

Date of Birth 12 22 65    Collection Time 11:45 AM    Fasting Yes [ ] No [ ]    Collection Date 1 31 07

NPI / UPIN _____ Physician's ID # _____ Patient's SS # _____    Patients ID # 652637    Urine hrs/vol

Physician's Name (Last, First) _____    Physician's Signature X _____

Medicare # (Include Prefix/Suffix) _____ [ ] Primary [ ] Secondary

Medicaid # _____ State _____ Physician's Provider # _____

Diagnosis/Signs/Symptom in ICD-9 Format (Highest Specificity)

REQ 467 RED

Patient's Address _____ Phone _____
City _____ State _____ ZIP _____

Name of Responsible Party (if different from patient)
Address of Responsible Party _____ APT # _____
City _____ State _____ ZIP _____

I hereby authorize the release of medical information related to the service described herein and authorize payment directed to LabCorp. I agree to assume responsibility for payment of charges for laboratory services that are not covered by my healthcare insurer.

X _____
Patient's Signature _____ Date _____

Patient's Relationship to Responsible Party [ ] 1 - Self [ ] 2 - Spouse [ ] 3 - Child [ ] 4 - Other

Insurance Company Name _____ Plan _____ Carrier Code _____
Subscriber/Member # _____ Location _____ Group # _____
Insurance Address _____ Physician's Provider # _____
City _____ State _____ ZIP _____
Employer's Name or Number _____ Insured SS# (If Not Patient) _____ Worker's Comp [ ] Yes [ ] No

| CHEMISTRY | | RESULTS |
|---|---|---|
| 00 [ ] COMP METABOLIC PANEL (14) | | |
| 58 [ ] BASIC METABOLIC PANEL (8) | | |
| A/G RATIO | | |
| 81 [ ] ALBUMIN | (3.5-5.5g/dL) | |
| 07 [ ] ALKALINE PHOSPHATASE | (25-150IU/L) | |
| 23 [ ] AST (SGOT) | (0-40IU/L) | |
| 99 [ ] BILIRUBIN, TOTAL | (0.1-1.2mg/dL) | |
| 1 JN | (5-26mg/dL) | |
| BUN/CREATININE | | |
| 16 [ ] CALCIUM | (8.5-10.6) | |
| 70 [ ] CREATININE | (0.5-1.5mg/dL) | |
| 35 [ ] ALT (SGPT) | (0-40 IU/L) | |
| 2 [ ] GLUCOSE | (65-109mg/dL) | |
| 3 [ ] PROTEIN, TOTAL | (6.0-8.5g/dL) | |
| 4 [ ] ELECTROLYTE PANEL | | |
| 8 [ ] SODIUM | (135-148mmol/L) | |
| 0 [ ] POTASSIUM | (3.5-5.5mmol/L) | |
| 6 [ ] CHLORIDE | (96-109mmol/L) | |
| 8 [ ] CO$_2$ | (20-32mmol/L) | |
| [ ] OTHER | | |

| SEROLOGY | | RESULTS |
|---|---|---|
| 6 [ ] PREGNANCY TEST, SERUM | (Neg) | |
| 6 [ ] PREGNANCY TEST, URINE | (Neg) | |
| 9 [ ] MONONUCLEOSIS, QUAL | (Neg) | |
| 4 [ ] STREP SCREEN | (Neg) | _Negative_ |
| [ ] OTHER | | |

| COAGULATION | | RESULTS |
|---|---|---|
| 0 [ ] PT | | |
| INR | | |
| 5 [ ] PTT | | |

| HEMATOLOGY | | RESULTS |
|---|---|---|
| 005009 [ ] CBC w DIFF w PLT | | |
| 028142 [ ] CBC wo DIFF w PLT | | |
| 005025 [ ] WBC | ( 4.0-10.5x10$^3$/µL) | |
| 005033 [ ] RBC | (M 4.10-5.60x10$^6$/µL) | |
| | (F 3.80-5.10x10$^6$/µL) | |
| 005041 [ ] HGB | (M 12.5-17.0 g/dL) | |
| | (F 11.5-15.0 g/dL) | |
| 005058 [ ] HCT | (M 36-50%) | |
| | (F 34-44%) | |
| 015065 [ ] MCV | (80-98fl) | |
| 015073 [ ] MCH | (27.0-34.0pg) | |
| 015081 [ ] MCHC | (32.0-36.0g/dL) | |
| 105007 [ ] RDW | (11.7-15.0%) | |
| 015172 [ ] PLT | (140-415x10$^3$/µL) | |
| [ ] DIFFERENTIAL | | |
| 015107 [ ] POLYS | (40-74%) | |
| 015123 [ ] LYMPHS | (14-46%) | |
| 015131 [ ] MONOS | (4-13%) | |
| 015149 [ ] EOS | (0-7%) | |
| 015156 [ ] BASOS | (0-3%) | |
| 005215 [ ] ESR | (<50 YRS M 0-15 mm/hr) | |
| | (<50 YRS F 0-20 mm/hr) | |
| | (>50 YRS M 0-20 mm/hr) | |
| | (>50 YRS F 0-30 mm/hr) | |

| DRUGS | | RESULTS |
|---|---|---|
| 007385 [ ] DIGOXIN | (0.9-2.0ng/mL) | |
| 070763 [ ] PHENYTOIN | (1.0-2.0µg/mL) | |
| 007708 [ ] LITHIUM | (0.6-1.4mEq/L) | |
| 007419 [ ] CARBAMAZEPINE | (4.0-12.0µg/mL) | |
| [ ] OTHER | | |

| MISCELLANEOUS | | RESULTS |
|---|---|---|
| 008136 [ ] WET PREP | (Neg) | |
| 009746 [ ] WET PREP | | |
| KOH | | |
| WBC | | |
| BACT | | |
| CELLS | | |

| URINALYSIS | | RESULTS |
|---|---|---|
| 003772 [ ] URINALYSIS w MICROSCOPIC | | |
| 003038 [ ] URINALYSIS w REFLEX | | |
| COLOR | (Yellow) | |
| APPEARANCE | (Clear) | |
| SP. GR. | (1.005-1.030) | |
| PH | (5.0-7.5) | |
| LEUKOCYTES | (Neg) | |
| NITRITE | (Neg) | |
| PROTEIN | (Neg/Trace) | |
| GLUCOSE | (Neg) | |
| KETONES | (Neg) | |
| UROBILINOGEN | (0.0-2.0) | |
| BILIRUBIN | (Neg) | |
| BLOOD | (Neg) | |
| MICROSCOPIC | | |
| WBC | (0-5/hpf) | |
| RBC | (0-3/hpf) | |
| EPITHELIAL CELLS | (0-10/hpf) | |
| BACTERIA | (None-few) | |
| YEAST | (None) | |
| CRYSTALS | | |
| CASTS | (0-1 hyaline/lpf) | |
| MUCUS THREADS | (None) | |
| [ ] OTHER | | |

[ ] PERFORMED BY: _____ 1153 _____

OTHER TESTS AND/OR COMMENTS

**NAME:** Singletary, Tam.

**COLLECTED:** DATE 10-30-06   TIME 4:55 P

**DOB:** 12-22-65

**REPORTED:** DATE 10-30-06   TIME 5:22 P

| TEST | PATIENT VALUE | EXPECTED VALUE | TECH |
|---|---|---|---|
| ☐ BLOOD SUGAR  F    R | mg / dl | 65-95 mg / dl (fasting) | |
| ☐ HCG  S    U | POS    NEG | NEG (non-pregnant female) | |
| ☐ HEMOCULT | POS    NEG | NEG | |
| ☐ MONOSPOT | POS    NEG | NEG | |
| ☐ WESTERGREN  SED RATE | mm / hr | 0-20 mm / hr | |
| ☐ HEMOGLOBIN A1C | | 4.2 - 6.5 | |
| ☐ STREP SCREEN | POS    NEG | NEG | |
| ☐ H-pylori | POS    NEG | NEG | |
| ☐ URINALYSIS: | | | |
| SG | | 1.001-1.035 | |
| leukocytes | | NEG | |
| nitrites | | NEG | |
| pH | | pH 5 - 9 | |
| protein | mg/dl | NEG - TRACE (<30MG/dl) | |
| glucose | | NEG | |
| ketones | | NEG | |
| urobilinogen | | NEG | |
| bilirubin | | NEG | |
| blood | | NEG | |

Influenza : Negative Flu A
Negative Flu B



Richard L. Bendinger, DO
Richard V. Meadows, DO

FAMILY PRACTICE CENTER
247 Oakchase Rd. • Abbeville, AL 36310

NAME: _Singletary, Tami L._   COLLECTED: DATE _10-30-06_   TIME _4:51 P_

DOB: _12-22-65_   REPORTED: DATE _10-30-06_   TIME _4:53 P_

| TEST | PATIENT VALUE | EXPECTED VALUE | TECH |
|---|---|---|---|
| ☐ BLOOD SUGAR  F  R | mg / dl | 65-95 mg / dl (fasting) | |
| ☐ HCG  S  U | POS   NEG | NEG (non-pregnant female) | |
| ☐ HEMOCULT | POS   NEG | NEG | |
| ☐ MONOSPOT | POS   NEG | NEG | |
| ☐ WESTERGREN  SED RATE | mm / hr | 0-20 mm / hr | |
| ☐ HEMOGLOBIN A1C | | 4.2 - 6.5 | |
| ☐ STREP SCREEN | POS   NEG | NEG | |
| ☐ H-pylori | POS   NEG | NEG | |
| ☐ URINALYSIS: | _Clear, lt. orange_ | | _C Cox_ |
| SG | ≤1.005 | 1.001-1.035 | |
| leukocytes | θ | NEG | |
| nitrites | θ | NEG | |
| pH | 7.0 | pH 5 - 9 | |
| protein | θ   mg/dl | NEG - TRACE (<30MG/dl) | |
| glucose | θ | NEG | |
| ketones | θ | NEG | |
| urobilinogen | 0.2 | NEG | |
| bilirubin | θ | NEG | |
| blood | large | NEG | |

**DOTHAN DIAGNOSTIC IMAGING INC.**
2240 W. Main Street
Dothan, AL 36301
(334)792-1525    fax (334)671-1678
toll free (800)239-3408

January 9, 2006

Singletary, Tammy
Dr. Richard Meadows
Film #18343
DOB: 12/22/65

## MRI SCAN OF THE CERVICAL SPINE

Patient presents with neck pain and history of MVC in 10/05.

Sagittal and axial views were obtained with T1 and T2 imaging techniques.

Sagittal views reveal straightening of the lordotic curvature of the cervical spine. The vertebral alignment appears normal. No disc bulge or herniation is seen and the neurocanal appears normal in caliber. The cervical cord appears normal with no abnormal signal focus.

Axial views reveal patent neuroforamina.

**OPINION:**

STRAIGHTENING OF THE LORDOTIC CURVATURE POSSIBLY DUE TO MUSCLE SPASM WITH NO OTHER SIGNIFICANT FINDINGS.

James W. Ballard, M.D.

acb

217 DOTHAN ROAD
ABBEVILLE, AL  36310
334-585-6421
TAX ID #: 630848014

TAMI L SINGLETARY        652637
325 CO RD 45 S
HEADLAND, AL 36345

| Date | Proc | Description | Comments | Dr | Pl | Diagnosis | Charges |
|------|------|-------------|----------|----|----|-----------|---------|
| 10/05/05 | 99213 | OFFICE VISIT INTERME | | RVM | OF | 847.0 | 50.00 |
| 01/23/06 | 99212 | OFFICE VISIT LIMITED | | RVM | OF | | .00 |
| 04/05/06 | 99213 | OFFICE VISIT INTERME | | RVM | OF | 784.0 | 50.00 |
| 04/05/06 | J1100 | DEXAMETHOSONE SODIUM | | RVM | OF | 784.0 | 10.00 |
| 04/05/06 | J2300 | NUBAIN INJECTION | | RVM | OF | 784.0 | 10.00 |
| 04/05/06 | J2550 | PHENERGAN INJECTION | | RVM | OF | 784.0 | 10.00 |
| 08/15/06 | 99213 | OFFICE VISIT INTERME | | RVM | OF | 311 | 55.00 |
| 10/30/06 | 99213 | OFFICE VISIT INTERME | | RVM | OF | 599.7 | 55.00 |
| 10/30/06 | J0696 | CEFTRIAXONE SODIUM 2 | | RVM | OF | 599.7 | 20.00 |
| 10/30/06 | 90772 | ADMINISTRATION FEE | | RVM | OF | 599.7 | 5.00 |
| 11/14/06 | 99213 | OFFICE VISIT INTERME | | RVM | OF | 465.9 | 55.00 |
| 11/14/06 | J0696 | CEFTRIAXONE SODIUM 2 | | RVM | OF | 465.9 | 20.00 |
| 11/14/06 | J1020 | DEPOMEDROL 20 MG | | RVM | OF | 465.9 | 10.00 |
| 01/12/07 | 99213 | OFFICE VISIT INTERME | | RLB | OF | 473.9 | 55.00 |
| 01/12/07 | J0696 | CEFTRIAXONE SODIUM 2 | | RLB | OF | 473.9 | 20.00 |
| 01/12/07 | J1100 | DEXAMETHOSONE SODIUM | | RLB | OF | 473.9 | 10.00 |
| 01/31/07 | 99212 | OFFICE VISIT LIMITED | | RLB | OF | 462 | 50.00 |
| 01/31/07 | J0696 | CEFTRIAXONE SODIUM 2 | | RLB | OF | 462 | 20.00 |
| 01/31/07 | J1100 | DEXAMETHOSONE SODIUM | | RLB | OF | 462 | 10.00 |

|  | | |
|--|--|--|
| Total Charges | 515.00 |
| Total Payments | 294.92 |
| Total Adjustments | -359.79 |

PLAINTIFF'S
EXHIBIT

b

**08/15/07**

**TAMI SINGLETARY** returns for a follow up visit today. She's concerned about her incision. She has a small subcutaneous hematoma. There is no tracheal shift of deviation. There is no evidence of infection. I'll see her back at her regular appointment.

*[signature]*

_____
**PATRICK G. RYAN, M.D., F.A.C.S.**
PGR/eb

cc:    RICHARD MEADOWS MD
       217 DOTHAN ROAD
       ABBEVILLE AL  36310

**09/12/07**

**TAMI SINGLETARY** returns in follow up today. She's doing quite well. Her incision has healed fine. Her lateral C-spine looks fine with graft and plate in good position at C4-5. She's still having a good bit of pain at the base of her neck with some occipital headaches. She's having some spasm as well. She's already taking Flexeril t.i.d., Motrin 800mg, one t.i.d. with meals and Lortab 7.5, q. 4-6 hrs prn pain. I've given her a prescription for PT. We may need to consider at TENS unit if she continues to have problems. Otherwise I'll see her back in 6-8 weeks.

*[signature]*

_____
**PATRICK G. RYAN, M.D., F.A.C.S.**
PGR/eb*

cc:    RICHARD MEADOWS MD
       217 DOTHAN ROAD
       ABBEVILLE AL  36310

PLAINTIFF'S
EXHIBIT

C

# H T I C
## High Tech Imaging Center, Inc.

**PATIENT NAME:** SINGLETARY, Tami          **DOB:** 12/22/1965          **DATE:** 12 Sep 2007
**REFERRING PHYSICIAN:** Ryan, P
**INDICATION:** 723.4

**EXAM:** Lateral cervical spine

**FINDINGS:** The upper two discs are normal in height. She is post discectomy at **C4-5** with these vertebrae fused in straight alignment utilizing donor bone and an anterior plate and paired screws. The lower discs at C5-6 and C6-7 are normal in height.

**IMPRESSION:** Discectomy at **C4-5** without complication.

Thank you for this patient referral.

James H. Larose, MD
JHL/pjj
trans: 13 Sep 2007

**MONTGOMERY NEUROSURGICAL ASSOCIATES**
**1510 FOREST AVENUE**
**MONTGOMERY AL 36106**
**PHONE: (334) 834-6422**
**FAX (334) 264-5129**

**PATRICK G RYAN, M.D.**          **THOMAS W. RIGSBY, M.D.**

| | |
|---|---|
| **PATIENT:** | Tami Singletary |
| **REFERRED:** | Richard Meadows M.D. |
| **DATE:** | August 2, 2007 |
| **DOB:** | 12-22-1965 |

## ADMISSION HISTORY AND PHYSICAL

**HPI:** Tami Singletary is a 41 yr old female seen at the request of Dr. Meadows. She has a two year history of neck pain posteriorly. She has spasm in her neck on the left side with left sided occipital headaches. She's had pain in the left trapezius. She complains of no pain down her left arm and hand and no pain on the right side. She's had chiropractic treatment as well as physical therapy in the past, but continues to have problems. Flexeril and Ibuprofen have been used, but she continues to have problems. She denies bowel or bladder dysfunction.

**STUDIES:** MRI scan demonstrates mild bulging disk at C3-4 with straightening of the usual lordotic curvature. No evidence of disk herniation is seen.

Discogram was positive at C4-5, negative at C3-4, C5-6 and C6-7.

**PAST MEDICAL HISTORY:**

| | | |
|---|---|---|
| **ALLERGIES:** | 1. | Penicillin |
| | | |
| **MEDICATIONS:** | 1. | Motrin 800mg q.d. |
| | 2. | Flexeril prn spasm |
| | 3. | Cymbalta daily |
| | | |
| **SURGERIES:** | 1. | Tonsillectomy and adenoidectomy at age 6 |
| | 2. | Appendectomy at age 16 |
| | 3. | C-section in 1997 |
| | 4. | C-section in 1999 |
| | 5. | Tubal ligation, 2005 |

**SOCIAL HISTORY:** Smokes 1 ppd for 4 yrs. She drinks beer occasionally. She is a bookkeeper and office manager for Urrutia Inc.
**FAMILY HISTORY:** Positive for cancer and hypertension.
**REVIEW OF SYSTEMS:** Negative for diabetes, hypertension, renal or hepatic disease, seizure, CVA, bleeding abnormalities, peptic ulcer disease, cancer or chronic lung disease.

TAMI SINGLETARY
**ADMISSION HISTORY AND PHYSICAL**
**page two**
**08/02/07**

**PHYSICAL EXAMINATION:** 41 yr old female in no acute distress. She's right handed. She's well developed and well nourished.

**SKIN:** Within normal limits.

**HEENT:** Normocephalic, atraumatic. EOMI. PERRLA. Trachea is midline.

**NECK:** Supple and non tender. No cervical lymphadenopathy. No JVD. No thyromegaly.

**CHEST:** Clear to auscultation bilaterally with no rales, rhonchi or wheezing.

**HEART:** Regular rate and rhythm without murmur, rub or gallop.

**ABDOMEN:** Benign without organomegaly. No masses. Positive bowel sounds are present.

**GU:** Deferred

**EXTREMITIES:** No clubbing, cyanosis or edema. Pulses are full.

**NEUROLOGIC:** Awake, alert and oriented x 3. Answers questions appropriately. Gait is WNL. She has pain on rotation and extension of the cervical spine with a negative foraminal closure sign. There is palpable paracervical spasm as well as into the left trapezius. Sensory is intact to pin prick and light touch in both upper extremities. Biceps, triceps and deltoid strength are 5/5 bilaterally. Grip strength is 5/5 bilaterally. Hand intrinsics are WNL. There is a negative tinel's at the wrist and elbow bilaterally. Reflexes are 1+ to 2+ at the biceps and triceps bilaterally.

**IMPRESSION:**    1.    CERVICAL RADICULOPATHY
                   2.    CERVICAL FACET ARTHROPATHY

**PLAN:** I've discussed anterior cervical diskectomy and fusion in detail with her today as well as risks, benefits and possible complications. She wishes to proceed with surgery.

_____
**PATRICK G. RYAN, M.D., F.A.C.S.**                    PGR/eb*

*The*
# Center for Pain
*of* M O N T G O M E R Y, *p.c.*
David Herrick, M.D. ▼ Brad Katz, M.D.
P.O. Box 241348
Montgomery, AL 36124

432 St. Lukes Drive
Phone: 334-387-7246
Fax: 334-387-7250

2065 E. S. Blvd., Ste. 401
Phone: 334-288-7808
Fax: 334-288-8089

## PROCEDURE NOTE

**NAME:** TAMMI SINGLETARY
**DATE:** 07/19/07
**ACCT:** 200176
**DOB:** 12/22/65

**PREOPERATIVE DIAGNOSIS:** Cervical degenerative disc disease.

**POSTOPERATIVE DIAGNOSIS:** Cervical degenerative disc disease.

**PROCEDURE PERFORMED:** Cervical discography at C3-4, C4-5, C5-6 and C6-7 under fluoroscopy with injection of contrast.

**ANESTHESIA:** Versed 4 mg IV.

**COMPLICATIONS:** None.

**PROCEDURE IS AS FOLLOWS:** The patient was prepped and draped in the usual sterile fashion, prone on the OR table. Using fluoroscopic guidance, the discs of C3-4, C4-5, C5-6 and C6-7 were identified. A skin wheal was raised and three 18 gauge 1 ½" introducer needles were inserted. Through each introducer needle, a 7" 22 gauge spinal needle was inserted and advanced until the tip of the needle rested in the center of the discs at C3-4, C4-5, C5-6 and C6-7. Discography was performed using Omnipaque 240 with 10 mg per cc of Ancef. Results are as follows:

At C3-4, total volume injected 1 cc. The disc was pressurized to a maximum of 49 PSI. There was no pain reproduced.

At C4-5, total volume injected .9 cc. The disc was pressurized to a maximum of 26 PSI. There was concordant pain reproduced.

At C5-6, total volume injected 1.1 cc. The disc was pressurized to a maximum of 48 PSI. There was no pain reproduced.

At C6-7, total volume injected 1.1 cc. The disc was pressurized to a maximum of 51 PSI. There was no pain reproduced.

**IMPRESSION:** Positive provocative discography at C4-5.

_____
DAVID P. HERRICK, M.D.
Signed without review.

DPH/slj
D: 07/19/07
T: 07/20/07

CC:    Dr. Pat Ryan

*The*
# Center for Pain
*of* M O N T G O M E R Y, P.C.
David Herrick, M.D. ▼ Brad Katz, M.D.
P.O. Box 241348
Montgomery, AL 36124

432 St. Lukes Drive
Phone: 334-387-7246
Fax: 334-387-7250

2065 E. S. Blvd., Ste. 401
Phone: 334-288-7808
Fax: 334-288-8089

### EPIDUROGRAM REPORT

**NAME:**     TAMMI SINGLETARY
**DATE:**     07/19/07
**ACCT:**     200176
**DOB:**      12/22/65

There are multiple fluoroscopic images showing contrast injected into the discs at C3-4, C4-5, C5-6 and C6-7. Results are as follows:

At C3-4, contrast is centrally contained within the disc. There is no extravasation noted.

At C4-5, contrast is extravasated posteriorly into the epidural space.

At C5-6, contrast is centrally contained within the disc.

At C6-7, contrast is centrally contained within the disc.

**IMPRESSION:**   Abnormal discography at C4-5.

DAVID P. HERRICK, M.D.
Signed without review.

DPH/slj
D: 07/19/07
T: 07/20/07

*The*
# Center for Pain
*of* M O N T G O M E R Y, P.C.
David Herrick, M.D. ▪ Brad Katz, M.D.
P.O. Box 241348
Montgomery, AL 36124
334-387-7246 (Phone)
334-387-7250 (Fax)

Date: 7·19·07
To: Dr Ryan
Of:
Fax#:

From: Cathy
Pages, including cover sheet: ( 1 )

Comments:

CERVICAL DISCO

C 34 → NEGATIVE
C 45 → CONCORDANT
C 56 → NEGATIVE
C 67 → NEGATIVE

### Confidentiality Statement

The information contained in this facsimile is confidential and intended solely for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited under federal regulations (42 CPR part two).

# The Center for Pain

## of MONTGOMERY, P.C.

David Herrick, M.D. ▼ Brad Katz, M.D.
Adam Nortick, M.D.
P.O. Box 241348
Montgomery, AL 36124

432 St. Lukes Drive
Phone: 334-387-7246
Fax: 334-387-7250

2065 E. S. Blvd., Ste. 401
Montgomery, AL 36116
Phone: 334-288-7808
Fax: 334-288-8089

**NAME:** TAMMI L. SINGLETARY
**ACCT:** 200176

**DATE:** 05/16/2007
**DOB:** 12/22/1965

**REFERRING PHYSICIAN:** Dr. Pat Ryan.

**HISTORY OF PRESENT ILLNESS:** The patient is a 41-year-old white female referred by Dr. Pat Ryan with the chief complaint of neck pain and headaches in the posterior occipital region starting in October of 2005 when she was involved in a motor vehicle accident. Prior to that, she had no history of neck or complaints of pain. The pain is focally in the left neck going up the occipital region to the occiput and up to the cranium as a tight, heavy, constant, gripping type sensation of pain. She has had physical therapy and chiropractic care, but she had no benefit. The pain is made worse by physical activity, massage, pressure, movement, tension, and fatigue.

**PAST MEDICAL HISTORY:** No medical problems.

**PAST SURGICAL HISTORY:** Tonsillectomy, appendectomy, c-section, and tubal ligation.

**CURRENT MEDICATIONS:** Ibuprofen, Flexeril, and Cymbalta.

**ALLERGIES:** Penicillin.

**REVIEW OF SYSTEMS:** Negative for fever, chills, nausea, vomiting, chest pain, or bowel/bladder dysfunction. She sleeps six to seven hours per night. She smokes less than a pack a day and works as an accountant.

**PHYSICAL EXAM:**
**GENERAL:** The patient is well developed, well nourished white female in no apparent distress.
**HEENT:** Normocephalic, atraumatic.
**ABDOMEN:** Soft and non-tender.
**EXTREMITIES:** No clubbing, cyanosis, or edema.
**NEUROLOGICAL EXAM:** Motor examination is intact. Deep tendon reflexes are intact. She has limited range of motion of the cervical spine with rotation to the left markedly limited. She has marked tenderness to palpation of the cervical facets with some myofascial pain and tenderness to palpation in the paracervical musculature. Otherwise, neurologically, she appears intact with good handgrip.

**RADIOGRAPHIC DATA:** MRI by report is a normal MRI, which shows loss of lordosis, normal curvature, with no other abnormalities noted.

Continued...

NAME:        TAMMI L. SINGLETARY
DATE:        05/16/2007

Continued...2

**IMPRESSION:** Status post motor vehicle accident with persistent cervicalgia and myofascial pain and headaches, possible facet syndrome.

**PLAN:** At this time, I am going to recommend cervical facet blocks for diagnostic and therapeutic purposes. Consider radiofrequency neuroablation based on her response or occipital nerve blocks as well based on her response. The risks, benefits, and alternatives to the injection were discussed up to and including bleeding, infection, paralysis and death. The patient understands and agrees to proceed.

BRAD P. KATZ, M.D.
Signed without review.

BPK/cj0/SMTS/132471
D:  05/16/2007
T:  05/17/2007



## The
# Center for Pain
### *of* M O N T G O M E R Y, *P.C.*
David Herrick, M.D. ▼ Brad Katz, M.D.
Adam Nortick, M.D.
P.O. Box 241348
Montgomery, AL 36124

432 St. Lukes Drive
Phone: 334-387-7246
Fax: 334-387-7250

2065 E. S. Blvd., Ste. 401
Montgomery, AL 36116
Phone: 334-288-7808
Fax: 334-288-8089

### PROCEDURE NOTE

**NAME:**  TAMMI L. SINGLETARY
**DATE:**  05/16/2007
**ACCT:**  200176

**DOB:**  12/22/1965

**PREOPERATIVE DIAGNOSIS:** Cervical facet spondylosis and cervical facet syndrome.

**POSTOPERATIVE DIAGNOSIS:** Cervical facet spondylosis and cervical facet syndrome.

**PROCEDURE PERFORMED:** Cervical facet block at C3-4, C4-5, C5-6, C6-7, and C7-T1 on the left under fluoroscopy.

**ANESTHESIA:** 7 mg of IV Versed.

**COMPLICATIONS:** None.

The risks, benefits, and alternatives to cervical facet blocks were discussed up to and including bleeding, infection, paralysis, and death. The patient understands and agrees to proceed. The patient was taken to the procedure room, placed in a prone position, prepped and draped in the usual sterile fashion. The patient was given 7 mg of IV Versed throughout the procedure for sedation. Using fluoroscopic guidance, the skin over the C3-4, C4-5, C5-6, C6-7, and C7-T1 facets were identified on the left. A 22-gauge, 3.5-inch spinal needle was directed down-the-barrel technique to the junction of the column at each of these locations. Endpoint of bony contact was made and negative aspiration or hemoglobin or CSF. The patient then received 80 mg of Depo-Medrol and 8 cc of 0.75% Marcaine distributed amongst the five needles. The needles were removed. The patient tolerated the procedure well. The patient was observed for 30 minutes with no untoward effects and then discharged from the clinic. Under light fluoroscopic imaging the contrast was injected and there was no evidence of intravascular uptake. We will see the patient back for reevaluation on a p.r.n. basis. There will be an addendum as to how she does with the onset of local anesthetic.

BRAD P. KATZ, M.D.
Signed without review.

BPK/cjf/SMTS/132471
D: 05/16/2007
T: 05/17/2007

**ADDENDUM:** With the onset of local anesthetic of the cervical facet blocks on the left side, she reports increased range of motion with somewhat reduction of symptomatology. We will reevaluate the patient at the request of Dr. Pat Ryan.

cc:    Patrick Ryan, M.D.
       1722 Pine St., Ste. 503
       Montgomery, AL 36106

## DOTHAN DIAGNOSTIC IMAGING INC.

2241 W. Main Street
Dothan, AL 36301
(334)792-1525   fax (334)671-1678
toll free (800)239-3408

January 9, 2006

Singletary, Tammy
Dr. Richard Meadows
Film #18343
DOB: 12/22/65

## MRI SCAN OF THE CERVICAL SPINE

Patient presents with neck pain and history of MVC in 10/05.

Sagittal and axial views were obtained with T1 and T2 imaging techniques.

Sagittal views reveal straightening of the lordotic curvature of the cervical spine. The vertebral alignment appears normal. No disc bulge or herniation is seen and the neurocanal appears normal in caliber. The cervical cord appears normal with no abnormal signal focus.

Axial views reveal patent neuroforamina.

## OPINION:

STRAIGHTENING OF THE LORDOTIC CURVATURE POSSIBLY DUE TO MUSCLE SPASM WITH NO OTHER SIGNIFICANT FINDINGS.

James W. Ballard, M.D.

acb

**06/06/07**

TAMI SINGLETARY returns for a follow up visit today. She did not get relief after her blocks. She's continued to have pain despite aggressive conservative treatment. We are going to go ahead and get a cervical discogram. I'll see her back after that, or call her with the results.

PATRICK G. RYAN, M.D., F.A.C.S.
PGR/eb

cc:   RICHARD MEADOWS MD
      217 DOTHAN ROAD
      ABBEVILLE AL  36310

**MONTGOMERY NEUROSURGICAL ASSOCIATES**
**1510 FOREST AVENUE**
**MONTGOMERY AL 36106**
**PHONE: (334) 834-6422**
**FAX (334) 264-5129**

**PATRICK G RYAN, M.D.**                    **THOMAS W. RIGSBY, M.D.**

| | |
|---|---|
| **PATIENT:** | Tami Singletary |
| **REFERRED:** | Richard Meadows M.D. |
| **DATE:** | May 16, 2007 |
| **DOB:** | 12-22-1965 |

### HISTORY AND PHYSICAL

**HPI:** Tami Singletary is a 41 yr old female seen at the request of Dr. Meadows. She has a two year history of neck pain posteriorly. She has spasm in her neck on the left side with left sided occipital headaches. She's had pain in the left trapezius. She complains of no pain down her left arm and hand and no pain on the right side. She's had chiropractic treatment as well as physical therapy in the past, but continues to have problems. Flexeril and Ibuprofen have been used, but she continues to have problems. She denies bowel or bladder dysfunction.

**STUDIES:** MRI scan demonstrates mild bulging disk at C3-4 with straightening of the usual lordotic curvature. No evidence of disk herniation is seen.

**PAST MEDICAL HISTORY:**

**ALLERGIES:**      1.      Penicillin

**MEDICATIONS:**      1.      Motrin 800mg q.d.
                      2.      Flexeril prn spasm
                      3.      Cymbalta daily

**SURGERIES:**      1.      Tonsillectomy and adenoidectomy at age 6
                    2.      Appendectomy at age 16
                    3.      C-section in 1997
                    4.      C-section in 1999
                    5.      Tubal ligation, 2005

**SOCIAL HISTORY:** Smokes 1 ppd for 4 yrs. She drinks beer occasionally. She is a bookkeeper and office manager for Urrutia Inc.

**FAMILY HISTORY:** Positive for cancer and hypertension.

**REVIEW OF SYSTEMS:** Negative for diabetes, hypertension, renal or hepatic disease, seizure, CVA, bleeding abnormalities, peptic ulcer disease, cancer or chronic lung disease.

TAMI SINGLETARY
HISTORY AND PHYSICAL
page two
05/16/07

**PHYSICAL EXAMINATION:** 41 yr old female in no acute distress. She's right handed. She's well developed and well nourished.

**SKIN:** Within normal limits.

**HEENT:** Normocephalic, atraumatic. EOMI. PERRLA. Trachea is midline.

**NECK:** Supple and non tender. No cervical lymphadenopathy. No JVD. No thyromegaly.

**CHEST:** Clear to auscultation bilaterally with no rales, rhonchi or wheezing.

**HEART:** Regular rate and rhythm without murmur, rub or gallop.

**ABDOMEN:** Benign without organomegaly. No masses. Positive bowel sounds are present.

**GU:** Deferred

**EXTREMITIES:** No clubbing, cyanosis or edema. Pulses are full.

**NEUROLOGIC:** Awake, alert and oriented x 3. Answers questions appropriately. Gait is WNL. She has pain on rotation and extension of the cervical spine with a negative foraminal closure sign. There is palpable paracervical spasm as well as into the left trapezius. Sensory is intact to pin prick and light touch in both upper extremities. Biceps, triceps and deltoid strength are 5/5 bilaterally. Grip strength is 5/5 bilaterally. Hand intrinsics are WNL. There is a negative tinel's at the wrist and elbow bilaterally. Reflexes are 1+ to 2+ at the biceps and triceps bilaterally.

**IMPRESSION:**   1.   CERVICAL RADICULOPATHY
             2.   CERVICAL FACET ARTHROPATHY

**PLAN:** I have referred her for a cervical facet block series. We'll make some arrangements for her.

PATRICK G. RYAN, M.D., F.A.C.S.                    **PGR/eb\***
cc:   RICHARD MEADOWS MD
      217 DOTHAN ROAD
      ABBEVILLE AL  36310

## MEDICAL INFORMATION
### (Please answer all questions)

PLEASE PRINT

Name _Tami L. Singletary_ Age _41_ Dominant Hand: Left or (Right)

Referring Physician _Dr. Richard Meadows_ Height_____ Weight_____

Reason for seeing a Neurosurgeon? _neck_

Family Physician _Dr. Richard Meadows_ Address _Abbeville AL   217 Dothan Rd 36310_

Have you had this problem before? _no yes_ If so, when? _Since Auto_ Were you hospitalized? _no_

Have you had any of the following?   _Accident 10/05_

|  | YES | NO | WHEN | WHERE |
|---|---|---|---|---|
| MRI | ✓ | | | Dothan Diagnostic |
| CAT Scan | | | | |
| Myelogram | | | | |
| EMG/NCV | | | | |
| EEG | | | | |
| X-rays | | | | |
| Physical Therapy | ✓ | | | |
| Epidural Injections | | | | |

HAVE YOU EVER HAD OR BEEN TOLD YOU HAVE ANY OF THE FOLLOWING:

_____Diabetes          _____Seizures                _____Tuberculosis
_____High Blood Pressure  _____Stroke                  _____Asthma or Other Lung Disease
_____Heart Attack       _____Irregular Heart Beat      _____Migraine Headaches
_____Arthritis          _____Bleeding Problem          _____Depression
_____Kidney Disease     _____Venereal Disease (Syphilis, Gonorrhea, AIDS) (Circle)
_____Hepatitis          _____Peptic Ulcer Disease or Other Stomach Trouble
_____Vascular Disease   _____Cancer(If yes, where?_____)

Please list any surgery you have had:

| Surgery | Date or Age | Place | Doctor |
|---|---|---|---|
| T & A | 6 yrs | FT Gaines GA | Weatherby |
| Appendectomy | 16 yrs | " | " |
| C-Section | Jan 97 | Dothan AL | Dr. Hart |
| C Section | May 99 | Dothan AL | Dr. Hart |
| Tubes Tied | Feb 05 | Dothan AL | Dr. Hart |

Are you ALLERGIC to any medications? (Yes) or No   If yes, please list: _Penecillan_

List all medications that you are presently taking:

| Medication | Dosage | How Often |
|---|---|---|
| Motrin 800 mg | | Daily - as needed |
| Flexaril | As needed | As needed |
| Cymbalta (Just started) | 30 mg | 1 a day |

SIGNATURE _[signature]_ DATE _5/16/07_

NAME _Tami L. Singletary_ DATE _5-16-07_

Do you smoke? (Yes) or No If yes, how many packs per day? _less than 1_ How many years? _4_

Do you drink alcohol? (Yes) or No If yes, how much? _occasionally - a beer or 2_

Do you have any of the following symptoms:

| | | |
|---|---|---|
| ✓ Neck Pain | ___ Vision Changes | ___ Loss of Bowel or Bladder Control |
| ___ Shoulder Pain R L | ___ Ringing in Ears R L | ___ Indigestion |
| ___ Arm/Hand Pain R L | ___ Trouble Understanding | ___ Chest Pain |
| ___ Back Pain | ___ Facial Numbness/Drooping | ___ Shortness Of Breath |
| ___ Pain Down Your Leg R L | ___ Trouble Swallowing | ___ Joint Swelling or Redness |
| ___ Paralysis of Extremities | ___ Slurred Speech | ___ Blood in Bowel Movements |
| ✓ Headaches | ___ Trouble Talking | ___ Black Stools |
| ___ Memory Loss | ___ Nausea & Vomiting | |

Numbness? _____ Where? _____

Tingling? _____ Where? _____

_____inal Pain? _____ Where? _____

Are you married? ___ Single? ___ Divorced? ✓ Widowed? ___ How many children? _____

Occupation _Bookkeeper/office manager_

Brief description of your job: _HR/Payroll weekly/prepare financial statements_
_balance bank statements_

Does it require (Please Circle) Lifting? ___ Bending? ___ Prolonged Sitting? ✓ Prolonged Standing? ___

**FAMILY HISTORY**

Do any of your family members have a history of any of the following? (state which members)

___ Heart Attack or Stroke before the age of 50 _____

✓ Cancer or Other Tumors _Aunt Breast cancer, grandmothers -colon & throat_

___ Diabetes _____

___ Back or Neck Problems _____

___ Mental Retardation _____

✓ Hypertension-High Blood Pressure _Father_

**FEMALES ONLY**

Are you or could you be pregnant? Yes or (No)

When was your last menstrual period? _4/11/07_

How many times have you been pregnant? _2_ How many miscarriages? _none_

_MRI - mild ??? C4?_
_straightening_

SIGNATURE _[signature]_ DATE _5/16/07_

_Pts. C/o BCA, ?????? ????? WNL._

_① frpein_

_Has had chiropractic, P.T., Flexeril, Ibuprofen._

_MVA Oct 05_

**DOTHAN DIAGNOSTIC IMAGING INC.**

2240 W. Main Street
Dothan, AL 36301
(334)792-1525    fax (334)671-1678
toll free (800)239-3408

January 9, 2006

Singletary, Tammy
Dr. Richard Meadows
Film #18343
DOB: 12/22/65

## MRI SCAN OF THE CERVICAL SPINE

Patient presents with neck pain and history of MVC in 10/05.

Sagittal and axial views were obtained with T1 and T2 imaging techniques.

Sagittal views reveal straightening of the lordotic curvature of the cervical spine. The vertebral alignment appears normal. No disc bulge or herniation is seen and the neurocanal appears normal in caliber. The cervical cord appears normal with no abnormal signal focus.

Axial views reveal patent neuroforamina.

## OPINION:

**STRAIGHTENING OF THE LORDOTIC CURVATURE POSSIBLY DUE TO MUSCLE SPASM WITH NO OTHER SIGNIFICANT FINDINGS.**

James W. Ballard, M.D.

acb

MONTGOMERY NEUROSURGICAL ASSOCIATES    10/10/07
1510 FOREST AVE.
MONTGOMERY, AL 36106
334-834-6422
TAX ID #: 63-0995627

atient: 093650 SINGLETARY ,TAMI

PAT BAL:     .00
INS BAL:     .00
OTH BAL:     .00

Group:  0000    From Date: All    From Inv: All
Type:   All     Thru Date:        Thru Inv:

| erv ate | nv | Rp | Dr | Proc | Desc | Comments | Ins Co | Cla | A A Pl | Line Amount | Invoice Balance | Running Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51607 | 1 | 1 | 1 | 99204 | OFFICE VI | | BCBS | 3Y | 0 | 155.00 | | 155.00 | MONTGOMERY NEUROSURG , PATRICK G RYAN, MD |
| 51607 | 1 | 1 | 1 | CK | CHECK PAY | 3811 | | 3 | 0 | -30.00 | | 125.00 | |
| 52507 | 1 | 1 | 1 | BCBS | BCBS PAY | 070621 | | 3 | 0 | -73.00 | | 52.00 | |
| 52507 | 1 | 1 | 1 | BS | BS W/O | 070621 | | 3 | 0 | -52.00 | .00 | .00 | |
| 50607 | 2 | 1 | 1 | 99212 | OFFICE/OU | | BCBS | 4Y | 0 | 40.00 | | 40.00 | MONTGOMERY NEUROSURG , PATRICK G RYAN, MD |
| 50607 | 2 | 1 | 1 | CK | CHECK PAY | 3845 | | 4 | 0 | -30.00 | | 10.00 | |
| 52507 | 2 | 1 | 1 | BCBS | BCBS PAY | 070621 | | 4 | 0 | -9.00 | | 1.00 | |
| 52507 | 2 | 1 | 1 | BS | BS W/O | 070621 | | 4 | 0 | -1.00 | .00 | .00 | |
| 72707 | 3 | 1 | 1 | 99992 | MEDICAL I | | | | 0 | 12.00 | | 12.00 | MONTGOMERY NEUROSURG , PATRICK G RYAN, MD |
| 72707 | 3 | 1 | 1 | CK | CHECK PAY | 21263 | | | 0 | -12.00 | .00 | .00 | |
| 00207 | 4 | 1 | 1 | CAN APPT | CAN APPT | 10/03/07 | | | 0 | .00 | .00 | .00 | MONTGOMERY NEUROSURG , PATRICK G RYAN, MD |
| 00207 | 5 | 1 | 1 | 63075 | CERVICAL | | BCBS | 6Y | J0 | 4200.00 | | 4200.00 | MONTGOMERY NEUROSURG , PATRICK G RYAN, MD |
| 01107 | 5 | 1 | 1 | BCBS | BCBS PAY | 090607 | | 6 | 0 | -2425.00 | | 1775.00 | |
| 01107 | 5 | 1 | 1 | BS | BS W/O | | | 6 | 0 | -1775.00 | .00 | .00 | |
| 00207 | 6 | 1 | 1 | 22554-51 | ANTERIOR | | BCBS | 6Y | J0 | 4200.00 | | 4200.00 | MONTGOMERY NEUROSURG , PATRICK G RYAN, MD |
| 01107 | 6 | 1 | 1 | BCBS | BCBS PAY | 090607 | | 6 | 0 | -1235.00 | | 2965.00 | |
| 01107 | 6 | 1 | 1 | BS | BS W/O | | | 6 | 0 | -2965.00 | .00 | .00 | |
| 00207 | 7 | 1 | 1 | 22845 | ANTERIOR | | BCBS | 6Y | J0 | 3207.00 | | 3207.00 | MONTGOMERY NEUROSURG , PATRICK G RYAN, MD |
| 01107 | 7 | 1 | 1 | BCBS | BCBS PAY | 090607 | | 6 | 0 | -1472.00 | | 1735.00 | |
| 01107 | 7 | 1 | 1 | BS | BS W/O | | | 6 | 0 | -1735.00 | .00 | .00 | |
| 00207 | 8 | 1 | 1 | 20931 | ALLOGRAFT | | BCBS | 6Y | J0 | 400.00 | | 400.00 | MONTGOMERY NEUROSURG , PATRICK G RYAN, MD |
| 01107 | 8 | 1 | 1 | BCBS | BCBS PAY | 090607 | | 6 | 0 | .00 | | 400.00 | |
| 01107 | 8 | 1 | 1 | BS | BS W/O | | | 6 | 0 | -400.00 | .00 | .00 | |
| 00207 | 9 | 1 | 4 | 63075-AS | CERVICAL | | BCBS | 7Y | J0 | 988.25 | | 988.25 | MONTGOMERY NEUROSURG , MICHAEL EASTERLING, PA |
| 1107 | 9 | 1 | 4 | BCBS | BCBS PAY | 070906 | | 7 | 0 | -212.19 | | 776.06 | |
| 01107 | 9 | 1 | 4 | BS | BS W/O | 070906 | | 7 | 0 | -776.06 | .00 | .00 | |
| 00207 | 10 | 1 | 4 | 22554-AS51 | ANTERIOR | | BCBS | 7Y | J0 | 1050.00 | | 1050.00 | MONTGOMERY NEUROSURG , MICHAEL EASTERLING, PA |
| 1107 | 10 | 1 | 4 | BCBS | BCBS PAY | 070906 | | 7 | 0 | -432.25 | | 617.75 | |
| 1107 | 10 | 1 | 4 | BS | BS W/O | 070906 | | 7 | 0 | -617.75 | .00 | .00 | |
| 00207 | 11 | 1 | 4 | 22845-AS | ANT INST | | BCBS | 7Y | J0 | 801.75 | | 801.75 | MONTGOMERY NEUROSURG , MICHAEL EASTERLING, PA |
| 1107 | 11 | 1 | 4 | BCBS | BCBS PAY | 070906 | | 7 | 0 | -257.60 | | 544.15 | |
| 1107 | 11 | 1 | 4 | BS | BS W/O | 070906 | | 7 | 0 | -544.15 | .00 | .00 | |
| 3107 | 12 | 1 | 1 | 99992 | MEDICAL I | | | | 0 | 17.00 | | 17.00 | MONTGOMERY NEUROSURG , PATRICK G RYAN, MD |
| 3107 | 12 | 1 | 1 | CK | CHECK PAY | 001009 | | | 0 | -17.00 | .00 | .00 | |
| 1207 | 13 | 1 | 1 | 99024 | POST OP V | | | | 0 | .00 | .00 | .00 | MONTGOMERY NEUROSURG , PATRIC |

-------- END OF PATIENT HISTORY --------

PLAINTIFF'S EXHIBIT
D

atient: 093650 SINGLETARY ,TAMI
--------------------------------------------------------------------------------
erv                                        Ins    A    Line   Invoice  Running
ate   Inv Rp  Dr Proc      Desc     Comments Co Cla#A Pl  Amount Balance  Balance
--------------------------------------------------------------------------------

# The
# Center for Pain
### of M O N T G O M E R Y, *P.C.*

**David Herrick, M.D. ▼ Brad Katz, M.D.**
**Adam Nortick, M.D.**
P.O. Box 241348
Montgomery, AL 36124

432 St. Lukes Drive
Phone: 334-387-7246
Fax: 334-387-7250

2065 E. S. Blvd., Ste. 401
Montgomery, AL 36116
Phone: 334-288-7808
Fax: 334-288-8089

## PROCEDURE NOTE

**NAME:**    TAMMI L. SINGLETARY                    **DOB:**    12/22/1965
**DATE:**    05/16/2007
  **CCT:**    200176

**PREOPERATIVE DIAGNOSIS:** Cervical facet spondylosis and cervical facet syndrome.

**POSTOPERATIVE DIAGNOSIS:** Cervical facet spondylosis and cervical facet syndrome.

**PROCEDURE PERFORMED:** Cervical facet block at C3-4, C4-5, C5-6, C6-7, and C7-T1 on the left under fluoroscopy.

**ANESTHESIA:**   5 mg of IV Versed.

**COMPLICATIONS:** None.

The risks, benefits, and alternatives to cervical facet blocks were discussed up to and including bleeding, infection, paralysis, and death. The patient understands and agrees to proceed. The patient was taken to the procedure room, placed in a prone position, prepped and draped in the usual sterile fashion. The patient was given 5 mg of IV Versed throughout the procedure for sedation.   Using fluoroscopic guidance, the skin over the C3-4, C4-5, C5-6, C6-7, and C7-T1  facets were identified on the left. A 22-gauge, 3.5-inch spinal needle was directed down-the-barrel technique to the junction of the column at each of these locations. Endpoint of bony contact was made and negative aspiration or hemoglobin or CSF. The patient then received 80 mg of Depo-Medrol and 8 cc of 0.75% Marcaine distributed amongst the  five needles. The needles were removed. The patient tolerated the procedure well.  The patient was observed for 30 minutes with no untoward effects and then discharged from the clinic. Under light fluoroscopic imaging the contrast was injected and there was no evidence of intravascular uptake. We will see the patient back for reevaluation on a p.r.n. basis. There will be an addendum as to how she does with the onset of local anesthetic.

BRAD P. KATZ, M.D.
Signed without review.

BPK/cjf/SMTS/132471
D:  05/16/2007
T:  05/17/2007

**ADDENDUM:** With the onset of local anesthetic of the cervical facet blocks on the left side, she reports increased range of motion with somewhat reduction of symptomatology. We will reevaluate the patient at the request of Dr. Pat Ryan.

cc:    Patrick Ryan, M.D.
       1722 Pine St., Ste. 503
       Montgomery, AL 36106



PLAINTIFF'S
EXHIBIT

E



# The Center for Pain
## of M O N T G O M E R Y, *P.C.*
### David Herrick, M.D. ▼ Brad Katz, M.D.
### Adam Nortick, M.D.
### P.O. Box 241348
### Montgomery, AL 36124

432 St. Lukes Drive
Phone: 334-387-7246
Fax: 334-387-7250

2065 E. S. Blvd., Ste. 401
Montgomery, AL 36116
Phone: 334-288-7808
Fax: 334-288-8089

## PROCEDURE NOTE

**NAME:**    TAMMI L. SINGLETARY
**DATE:**    05/16/2007
**CCT:**     200176

**DOB:**     12/22/1965

**PREOPERATIVE DIAGNOSIS:** Cervical facet spondylosis and cervical facet syndrome.

**POSTOPERATIVE DIAGNOSIS:** Cervical facet spondylosis and cervical facet syndrome.

**PROCEDURE PERFORMED:** Cervical facet block at C3-4, C4-5, C5-6, C6-7, and C7-T1 on the left under fluoroscopy.

**ANESTHESIA:**  7 mg of IV Versed.

**COMPLICATIONS:** None.

The risks, benefits, and alternatives to cervical facet blocks were discussed up to and including bleeding, infection, paralysis, and death. The patient understands and agrees to proceed. The patient was taken to the procedure room, placed in a prone position, prepped and draped in the usual sterile fashion. The patient was given 7 mg of IV Versed throughout the procedure for sedation. Using fluoroscopic guidance, the skin over the C3-4, C4-5, C5-6, C6-7, and C7-T1 facets were identified on the left. A 22-gauge, 3.5-inch spinal needle was directed down-the-barrel technique to the junction of the column at each of these locations. Endpoint of bony contact was made and negative aspiration or hemoglobin or CSF. The patient then received 80 mg of Depo-Medrol and 8 cc of 0.75% Marcaine distributed amongst the five needles. The needles were removed. The patient tolerated the procedure well. The patient was observed for 30 minutes with no untoward effects and then discharged from the clinic. Under light fluoroscopic imaging the contrast was injected and there was no evidence of intravascular uptake. We will see the patient back for reevaluation on a p.r.n. basis. There will be an addendum as to how she does with the onset of local anesthetic.

BRAD P. KATZ, M.D.
Signed without review.

BPK/cjf/SMTS/132471
D:  05/16/2007
T:  05/17/2007

**ADDENDUM:** With the onset of local anesthetic of the cervical facet blocks on the left side, she reports increased range of motion with somewhat reduction of symptomatology. We will reevaluate the patient at the request of Dr. Pat Ryan.

cc:    Patrick Ryan, M.D.
       1722 Pine St., Ste. 503
       Montgomery, AL 36106

5-22-07

**DOTHAN DIAGNOSTIC IMAGING INC.**

W. Main Street
Dothan, AL 36301
(334)792-1525    fax (334)671-1678
toll free (800)239-3408

January 9, 2006

Singletary, Tammy
Dr. Richard Meadows
Film #18343
DOB: 12/22/65

## MRI SCAN OF THE CERVICAL SPINE

Patient presents with neck pain and history of MVC in 10/05.

Sagittal and axial views were obtained with T1 and T2 imaging techniques.

Sagittal views reveal straightening of the lordotic curvature of the cervical spine. The vertebral alignment appears normal. No disc bulge or herniation is seen and the neurocanal appears normal in caliber. The cervical cord appears normal with no abnormal signal focus.

Axial views reveal patent neuroforamina.

OPINION:

STRAIGHTENING OF THE LORDOTIC CURVATURE POSSIBLY DUE TO MUSCLE SPASM WITH NO OTHER SIGNIFICANT FINDINGS.

*James W. Ballard, M.D.*

James W. Ballard, M.D.

acb

# The Center for Pain

*of* M O N T G O M E R Y, *P.C.*

**David Herrick, M.D. ▼ Brad Katz, M.D.**
**Adam Nortick, M.D.**
P.O. Box 241348
Montgomery, AL 36124

432 St. Lukes Drive
Phone: 334-387-7246
Fax: 334-387-7250

2065 E. S. Blvd., Ste. 401
Montgomery, AL 36116
Phone: 334-288-7808
Fax: 334-288-8089

**NAME:**     TAMMI L. SINGLETARY
**ACCT:**      200176

**DATE:**     05/16/2007
**DOB:**      12/22/1965

**EFERRING PHYSICIAN:** Dr. Pat Ryan.

**HISTORY OF PRESENT ILLNESS:** The patient is a 41-year-old white female referred by Dr. Pat Ryan with the chief complaint of neck pain and headaches in the posterior occipital region starting in October of 2005 when she was involved in a motor vehicle accident. Prior to that, she had no history of neck or complaints of pain. The pain is focally in the left neck going up the occipital region to the occiput and up to the cranium as a tight, heavy, constant, gripping type sensation of pain. She has had physical therapy and chiropractic care, but she had no benefit. The pain is made worse by physical activity, massage, pressure, movement, tension, and fatigue.

**PAST MEDICAL HISTORY:** No medical problems.

**PAST SURGICAL HISTORY:** Tonsillectomy, appendectomy, c-section, and tubal ligation.

**CURRENT MEDICATIONS:** Ibuprofen, Flexeril, and Cymbalta.

**ALLERGIES:** Penicillin.

**REVIEW OF SYSTEMS:** Negative for fever, chills, nausea, vomiting, chest pain, or bowel/bladder dysfunction. She sleeps six to seven hours per night. She smokes less than a pack a day and works as an accountant.

**PHYSICAL EXAM:**
**GENERAL:** The patient is well developed, well nourished white female in no apparent distress.
**HEENT:** Normocephalic, atraumatic.
**ABDOMEN:** Soft and non-tender.
**EXTREMITIES:** No clubbing, cyanosis, or edema.
**NEUROLOGICAL EXAM:** Motor examination is intact. Deep tendon reflexes are intact. She has limited range of motion of the cervical spine with rotation to the left markedly limited. She has marked tenderness to palpation of the cervical facets with some myofascial pain and tenderness to palpation in the paracervical musculature. Otherwise, neurologically, she appears intact with good handgrip.

**RADIOGRAPHIC DATA:** MRI by report is a normal MRI, which shows loss of lordosis, normal curvature, with no other abnormalities noted.

Continued...

5-22-07

NAME:      TAMMI L. SINGLETARY
DATE:      05/16/2007

Continued...2

**IMPRESSION:** Status post motor vehicle accident with persistent cervicalgia and myofascial pain and headaches, possible facet syndrome.

**PLAN:** At this time, I am going to recommend cervical facet blocks for diagnostic and therapeutic purposes. Consider radiofrequency neuroablation based on her response or occipital nerve blocks as well based on her response. The risks, benefits, and alternatives to the injection were discussed up to and including bleeding, infection, paralysis and death. The patient understands and agrees to proceed.

                                              BRAD P. KATZ, M.D.
                                              Signed without review.

BPK/cjf/SMTS/132471
     05/16/2007
T:   05/17/2007

5-22-07

# The Center for Pain
### of MONTGOMERY, P.C.

**DAVID HERRICK, M.D. • BRAD KATZ, M.D.**

2065 East South Blvd., Ste. 401
Montgomery, AL 36116
Telephone: 334-288-7808

432 St. Lukes Drive
Montgomery, AL 36117
Telephone: 334-387-7246

| | |
|---|---|
| Name | Tami Singutary |
| Procedure | CFB #1 |
| Permit Signed | yes |
| NPO Since | |
| Allergies | PCN |
| Pregnant | Ø |
| Blood Thinner | Ø |
| Driver | YES   NO |
| Pulmonary | Normal ✓   Abnormal |
| Cardiac | Normal   Abnormal |
| IV | YES  Size 22G |
| | NO  Location RUE |
| | Started by SV |
| D/C'd | |

## IV MEDS

| Med | Time | Amt | Per |
|---|---|---|---|
| VERSED | 2:01 | 3mg | Dr. K |
| | 2:02 | 2mg | Dr. K |
| | | | |
| | | | |

## MONITOR

| Time | B/P | P | Sa02 | NSR |
|---|---|---|---|---|
| 2:00 | 147/100 | 84 | 100 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Date | 5-16-07 |
| M.D. | Katz |
| Referring M.D. | Ryan |
| Assistant | Felio |
| Other | |
| Time In | 2:00 |
| Procedure Start Time | 2:02 |
| Procedure End Time | 2:06 |
| Intra Procedure Notes | |

| | |
|---|---|
| Depomedrol | 80 |
| Marcaine | 8x .75% |
| Contrast | |
| Lidocaine | |
| Other | C 3-4 |
| | 4-5 |
| | L 5-6 |
| | 6-7 |
| Sent for CT at: | L-L |

Discharge B/P: _____

Post-Op Instructions Given:   YES   NO

☐ Patient discharged home in satisfactory condition with no apparent respiratory, cardiovascular or neurological complications.

Comments:

Follow up c Dr Ryan

BACK

50% pain reduction ↓ pain ↑ not as tight

Discharge Time: 238p

CFP-Procedure Flow Sheet / REV. 9/04
JOT COPY CENTER 334.277.3008

Ryan

**The**
# Center for Pain
*of* M O N T G O M E R Y, P.C.

2055 East South Blvd., Ste. 812
Montgomery, AL 36116
Telephone: 334-288-7808

432 St. Lukes Drive
Montgomery, AL 36117
Telephone: 334-387-7246

DAVID HERRICK, MD • BRAD KATZ, MD

Patient __Tami Singletary__    Age __41__    Date __5-16-07__
Superbill# ____

Allergies __PCN__

Chief Complaint __C/O    neck pain__

History of Present Illness

↓ Osidal HA

Symptoms present

| Location | since 905 - relate |
| Timing | |
| Other | this to a MVA. |
| PSH | |
| PMH | |
| FH/SOC Hx | |

MEDS

Flexeril

Cymbalta

Ibuprofen
1-2 gd
800 nae
in a
few days

ROS  #        #2        #3

Cl ~  J my
pr

Exam

| GEN # | #2 | #3 |
| HEENT | | |
| PUL | | |
| CARDIAC | | |
| ABD | | |
| EXT | | |
| Spine | | |
| Neuro | | |
| Extremities/Spine | | |
| X-ray/Labs | | |

Diagnosis:

Plan:

Physician Signature ____    Staff Signature ____

16. **Please list all surgeries you have had, approximate dates, and surgeon's name.**

| SURGERY | DATE | SURGEON |
|---------|------|---------|
| tonsills | when 6 yrs old | Dr. Weatherby |
| appendix | when 16 yrs old | '' |
| C Sections | Jan 97 & May 99 | Dr. Hart |
| tubes tyed | Feb 05 | Dr Hart |

17. **Please list any serious illnesses or hospitalizations you have had in the past.** _Nephritis_
(Kidneys) when Child

18. **Please check the appropriate space if you have had or presently have any of the following health problems.**

| | | | | |
|---|---|---|---|---|
| DIABETES | ☐ | EMPHYSEMA | | ☐ |
| HYPERTENSION | ☐ | EPILEPSY | | ☐ |
| HEART DISEASE | ☐ | CVA (STROKE) | | ☐ |
| VASCULAR PROBLEMS | ☐ | HERPES ZOSTER (SHINGLES) | | ☐ |
| KIDNEY PROBLEMS | ☐ | TUBERCULOSIS | | ☐ |
| AIDS | ☐ | OTHER _____ | | ☐ |
| HEPATITIS | ☐ | OTHER _____ | | ☐ |
| ASTHMA | ☐ | OTHER _____ | | ☐ |

19. ***ADDITIONAL COMMENTS.*** **Please add any comments which you feel would help us in treating your pain.**

SIGNATURE OF PATIENT _____

Thank you very much for taking the time to complete this form.

1. Is your pain the result of an:

    ILLNESS   ❏ YES ❏ NO  IF YES, explain and give dates: _____

    ACCIDENT  ☒ YES ❏ NO  IF YES, explain and give dates: 10/05  hit by big truck

2. If ACCIDENT, date of injury: _____

3. Are you presently involved in litigation or a lawsuit resulting from this accident? ☒ YES  ❏ NO

    IF YES, what is the name of your attorney?  M. Adam Jones

4. Please indicate if the following increases, decrease or causes no change in your pain:

| | INCREASES PAIN | DECREASES PAIN | NO CHANGE |
|---|:---:|:---:|:---:|
| LIQUOR | ❏ | ☒ | ❏ |
| STIMULANTS | ❏ | ❏ | N/A |
| EATING | ❏ | ❏ | ☒ |
| COLD | ❏ | ❏ | ☒ |
| DAMP | ❏ | ❏ | ☒ |
| WEATHER CHANGES | ☒ | ❏ | ❏ |
| PHYSICAL ACTIVITY | ☒ | ❏ | ❏ |
| MASSAGE | ☒ | ❏ | ❏ |
| PRESSURE | ☒ | ❏ | ❏ |
| MOVEMENT | ☒ | ❏ | ❏ |
| SLEEP, REST | ❏ | ❏ | ☒ |
| LYING DOWN | ❏ | ❏ | ☒ |
| SITTING | ❏ | ❏ | ☒ |
| SEXUAL INTERCOURSE | ❏ | ❏ | ☒ |
| STANDING | ❏ | ❏ | ☒ |
| DISTRACTION (TV, etc.) | ❏ | ❏ | ☒ |
| URINATION | ❏ | ❏ | ☒ |
| BOWEL MOVEMENT | ❏ | ❏ | ☒ |
| TENSION | ☒ | ❏ | ❏ |
| BRIGHT LIGHTS | ❏ | ❏ | ☒ |
| LOUD NOISES | ❏ | ❏ | ☒ |
| FATIGUE | ☒ | ❏ | ❏ |
| SNEEZING, COUGHING | ❏ | ❏ | ☒ |

5. How many hours do you sleep at night? ___7___

6. Do you smoke? ❏ NO  (YES) How much and for how long? less than 1 pack per day 4 years

7. How much coffee or cafeinated beverages (tea, cola, Mt. Dew, etc.) do you drink daily? 3 to 4 diet drinks usually decaf

8. Do you drive a car with ☒ automatic transmission  ❏ manual transmission

9. Do you sleep on: ❏ water bed  ☒ traditional mattress

10. What is your usual occupation? accounting

11. Are you presently working? ☒ YES ❏ NO

Case 2:07-cv-00840-MEF-SRW    Document 31-8    Filed 04/08/2008    Page 49 of 126

# ♪ The Center for Pain
## of MONTGOMERY, P.C.

David Herrick, M.D. • Brad Katz, M.D.

☑ 432 St Lukes Drive
Montgomery, AL 36117
Office: (334) 387-7246
Fax: (334) 387-7250

☐ Parker Pavillion
2065 East South Blvd., Ste. 401
Montgomery, AL 36116
Office: (334) 288-7808
Fax: (334) 288-8089

DATE: 5-16-07

Please read these sheets carefully and answer all the questions to the best of your ability. They will assist us in better treating your pain. Thank you for your time and cooperation.

NAME: Singletary    Tam    L
    LAST          FIRST        MIDDLE

Birthdate: 12/22/05    Age: 41    Height: 5'7    Weight: 152    Social Security #: 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

Insurance Company: BCBS of AL

Policy #: ____    Group #: ____

Emergency Contact Name: Jesse Harpe    Phone: (334) 565-5386

IS THIS A WORKING INJURY? ☐ Yes  ☒ No    Sina auto accident

IS THIS A NEW OR PRE-EXISTING PROBLEM/INJURY? ☒ NEW  ☐ PRE-EXISTING

Referring Physician(s): Dr. Patrice Ryan

Other Physician(s) seen for this problem: Dr. Richard Meadows

Allergies or adverse reactions to MEDICATIONS (pill or injection): Penicillin

Other Allergies: ____

HOW LONG HAVE YOU HAD THIS PAIN? Sina Oct-05

PLEASE SHADE IN THE AREAS ON THE DIAGRAMS BELOW WHERE YOUR PAIN IS LOCATED:



Some thing also my legs

RIGHT    LEFT         LEFT    RIGHT

PLEASE CIRCLE THE APPROPRIATE WORDS THAT BEST DESCRIBE YOUR PAIN:

ACHING    STABBING    (INTENSE)    SORENESS    (ANNOYING)
BURNING    SHOOTING    SHARP    BRIEF    SEVERE
CRAMPING    TINGLING    DULL    TRANSIENT    UNBEARABLE
NUMBING    HOTNESS    (TIGHT)    (CONSTANT)    EXCRUCIATING
STINGING    COLDNESS    HEAVY    RADIATING

12. Please indicate which diagnostic procedures (tests) you have had, and the approximate date and location where the test was performed.

| | YES | DATE | LOCATION |
|---|---|---|---|
| X-RAY | ☐ | | |
| EMG | ☐ | | |
| CT SCAN | ☐ | | |
| MYELOGRAM | ☐ | | |
| DISCOGRAM | ☐ | | |
| NMR, MRI SCAN | ☒ | 1/7/06 | Dothan Diagnostic Imagi[illegible] |

13. Please check any of the following treatments you have had for this pain problem. Include the dates and results.

| TREATMENT | YES | PAIN RELIEF YES | PAIN RELIEF NO | DATE DONE |
|---|---|---|---|---|
| NERVE BLOCKS, EPIDURAL STEROIDS | ☐ | ☐ | ☐ | |
| TENS UNIT | ☐ | ☐ | ☐ | |
| PHYSICAL THERAPY | ☒ | ☐ | ☒ | Jan → April 06 |
| TRACTION | ☐ | ☐ | ☐ | |
| ACUPUNCTURE | ☐ | ☐ | ☐ | |
| CHIROPRACTOR | ☒ | ☐ | ☒ | OCT → Dec 05 |
| PAIN CLINIC | ☐ | ☐ | ☐ | |
| PSYCHIATRIST, PSYCHOLOGIST | ☐ | ☐ | ☐ | |
| HYPNOSIS, BIOFEEDBACK | ☐ | ☐ | ☐ | |
| OTHER | ☐ | ☐ | ☐ | |

14. Please list *all* medications (prescription and non-prescription) you are currently taking. Pleas indicate the doctor who prescribed them.

| MEDICATION | REASON TAKEN | HOW OFTEN | DOCTOR |
|---|---|---|---|
| Ibuprophen | Inflamation | 1 to 2 daily | Meadows |
| Flexaril | muscle spasms | when can't take Pain | Meadows |
| Cymbalta | Nerves/has something for nerve pain | 1 a day | Meadows |
| | | | |
| | | | |

15. Have you ever taken or been given

| | YES | NO | WHEN? ANY PROBLEMS? |
|---|---|---|---|
| Anticoagulants (blood thinners — Coumadin, Heparin) | ☐ | ☒ | |
| Cortisone or steroids | ☒ | ☐ | after accident |
| Local anesthetic (given by a doctor or dentist) | ☒ | ☐ | none |

# The Center for Pain
## of MONTGOMERY, P.C.

### DAVID HERRICK, M.D. • BRAD KATZ, M.D.

2065 East South Blvd., Ste. 401
Montgomery, AL 36116
Telephone: 334-288-7808

432 St. Lukes Drive
Montgomery, AL 36117
Telephone: 334-387-7246

---

Name __Tammi Singletary__
Procedure __C DISCO__
Permit Signed __Yes__
NPO Since _____
Allergies __NV__
Pregnant _____
Blood Thinner __Ibuprofen 800 TID__
Driver    YES    NO
Pulmonary    Normal _____ Abnormal_____
Cardiac    Normal _____ Abnormal_____
IV    YES    Size __22G__
NO    Location __NV__
Started by __Sg__
D/C'd _____

## IV MEDS

| Med | Time | Amt | Per |
|-----|------|-----|-----|
| VERSED | 0750 | 4mg | Dr. K |
| | | | |
| | | | |
| | | | |

## MONITOR

| Time | B/P | P | Sa02 | NSR |
|------|-----|---|------|-----|
| 0750 | | | | — |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date __7-19-07__
M.D. __Herrick__
Referring M.D. __Ryan__
Assistant _____
Other _____
Time In __0750__
Procedure Start Time __0800__
Procedure End Time _____
Intra Procedure Notes _____
_____

Depomedrol _____
Marcaine _____
Contrast __9__
Lidocaine _____
Other __Ancef 3cc__

C3-4 —
(1) needle    4-5 +
5-6 —
6-7 —

Sent for CT at: _____

Discharge B/P: _____
Post-Op Instructions Given    YES    NO

Patient discharged home in satisfactory condition with no apparent
respiratory, cardiovascular or neurological complications.

Comments: __follow up__
__Dr Ryan__

Discharge Time: __840 A__

CFP-Procedure Flow Sheet / REV. 9/04
JOT COPY CENTER 334.277.5500

David Herrick, M.D.
DEA: BH9545837

DEA: BK9545825

**Center for Pain**
*of* M O N T G O M E R Y, *P.C.*
P.O. Box 241348
Montgomery, AL 36124

Telephone: (334) 387-7246

432 St. Luke Drive
Montgomery, AL 36117

Name: _____

Address: _____  Date: 7-19-0

Rx   *Lortab 10*   *Flexeril 10mg*

#20;  x QID   #15; po T ID

☐ Label

☐ May Refill Monthly. No Early Refills

Refill ___ Times / N.R. ☐

_____ M.D.        _____ M.D.
Medically Necessary              Product Selection Permitted
Dispense as Written
No Substitution allowed

**FILLING THIS RX CONSTITUTES CONSENT TO THE CENTER FOR PAIN OF
MONTGOMERY PATIENT AGREEMENT.**

# *The* Center for Pain

*of* M O N T G O M E R Y, *P.C.*

**David Herrick, M.D. ▼ Brad Katz, M.D.**
**Adam Nortick, M.D.**
**P.O. Box 241348**
**Montgomery, AL 36124**

432 St. Lukes Drive
Phone: 334-387-7246
Fax: 334-387-7250

2065 E. S. Blvd., Ste. 401
Montgomery, AL 36116
Phone: 334-288-7808
Fax: 334-288-8089

## PROCEDURE NOTE

| | |
|---|---|
| **NAME:** TAMMI L. SINGLETARY | **DOB:** 12/22/1965 |
| **DATE:** 11/29/2007 | |
| **ACCT:** 200176 | |

**PREOPERATIVE DIAGNOSIS:** Cervical facet spondylosis and cervical fusion.

**POSTOPERATIVE DIAGNOSIS:** Cervical facet spondylosis and cervical fusion.

**PROCEDURE PERFORMED:** Cervical facet block at C3-4, C4-5, C5-6, and C6-7 on the left under fluoroscopy.

**ANESTHESIA:** 7 mg of IV Versed.

**COMPLICATIONS:** None.

The risks, benefits, and alternatives to cervical facet blocks were discussed up to and including bleeding, infection, paralysis, and death. The patient understands and agrees to proceed. The patient was taken to the procedure room, placed in a prone position, prepped and draped in the usual sterile fashion. The patient was given 7 mg of IV Versed throughout the procedure for sedation. Using fluoroscopic guidance, the skin over the C3-4, C4-5, C5-6, and C6-7 facets were identified. A 22-gauge, 3.5-inch spinal needle was directed down-the-barrel technique to the junction of the column at each of these locations. Endpoint of bony contact was made and negative aspiration or hemoglobin or CSF. The patient then received 40 mg of Depo-Medrol and 4 cc of 0.75% Marcaine distributed amongst the four needles. The needles were removed. The patient tolerated the procedure well. The patient was observed for 30 minutes with no untoward effects and then discharged from the clinic. Under live fluoroscopic imaging the contrast was injected and there was no evidence of intravascular uptake. We will see her back for reevaluation by Dr. Pat Ryan.

BRAD P. KATZ, M.D.
Signed without review.

BPK/cjf
D: 11/29/2007
T: 11/30/2007

cc:   Patrick Ryan, M.D.
       1722 Pine St., Ste. 503
       Montgomery, AL 36106



# The
# Center for Pain
### of MONTGOMERY, P.C.

DAVID HERRICK, M.D. • BRAD KATZ, M.D.

❏ 2065 East South Blvd., Ste. 401
Montgomery, AL 36116
Telephone: 334-288-7808

❏ 432 St. Lukes Drive
Montgomery, AL 36117
Telephone: 334-387-7246

Name _Tammi Singleton_
Procedure _C.F.B_
Permit Signed _____
NPO Since _10/50_
Allergies _NCA NO_        #1
Pregnant _NO_
Blood Thinner _____
Driver (YES)    NO
_ulmonary    Normal ___    Abnormal ____
Cardiac    Normal _✓_    Abnormal ____
IV    YES   Size _22_
      NO   Location ____
      Started by ____
D/C's ____

## IV MEDS

| Med | Time | Amt | Per |
|-----|------|-----|-----|
| VERSED | 430 | 2 | IVP |
|  | 431 | 1 |  |
|  | 432 | 3 |  |

## MONITOR

| Time | B/P | P | Sa02 | NSR |
|------|-----|---|------|-----|
| 430 | 145/91 | 108 | 96 |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date _11/29/07_
M.D. _____
Referring M.D. _____
Assistant _____
Other _____
Time In _430_
Procedure Start Time _431_
Procedure End Time _____
Intra Procedure Notes _____

Depomedrol _40_
Marcaine _____
Contrast _____
Lidocaine _____
Ancef _____
Other _____

Set for CT at: _____

Discharge B/P: _____
Post-Op Instructions Given:    (YES)   NO

❏ Patient discharged home in satisfactory condition with no apparant respiratory, cardiovascular or neurological complications.

Comments: _FU With Dr Ryan_

Discharge Time: _4:44_

TAMMI L. SINGLETARY
325 CO RD 45 SOUTH
HEADLAND, AL 36345

Remit To:

CENTER FOR PAIN OF MONTGOMERY
P.O. Box 241348
MONTGOMERY, AL 361241348

## ITEMIZED STATEMENT OF CHARGES

Account #:    200176

Printed On:    03/26/2008

**Account Balance Information:**

| | | | |
|---|---|---|---|
| Your Insurance Owes: | $0.00 | | |
| You Owe: | $13.10 | Over 60 Days: | $0.00 |
| Current: | $13.10 | Over 90 Days: | $0.00 |
| Over 30 Days: | $0.00 | Over 120 Days: | $0.00 |

**Charges that are your responsibility**

| Date | Description Of Services | Procedure | Diagnosis | Price | QTY | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/16/2007 | FACET | 64470 | 721.0 | $501.00 | 1 | $501.00 | $0.00 |
| 05/31/2007 | BCBS OF ALABAMA - Payment | | | | | $0.00 | 21603300066 |
| | 156 Applied to your deductible | | | | | | |
| 05/31/2007 | BCBS ALA - Payment | | | | | $0.00 | |
| | BCBS ALA - Write Off | | | | | -$345.00 | |
| | 156 Applied to your deductible | | | | | | |
| 07/31/2007 | Patient Payment - CHECK | | | | | -$156.00 | |
| 05/16/2007 | FACET | 64472 | 721.0 | $250.00 | 1 | $250.00 | $0.00 |
| 05/31/2007 | BCBS OF ALABAMA - Payment | | | | | $0.00 | 21603300066 |
| | BCBS OF ALABAMA - Write Off | | | | | -$185.00 | |
| | 65 Applied to your deductible | | | | | | |
| 07/31/2007 | Patient Payment - CHECK | | | | | -$65.00 | |
| 05/16/2007 | FACET | 64472 | 721.0 | $250.00 | 1 | $250.00 | $0.00 |
| 05/31/2007 | BCBS OF ALABAMA - Payment | | | | | $0.00 | 21603300066 |
| | BCBS OF ALABAMA - Write Off | | | | | -$185.00 | |
| | 85 Applied to your deductible | | | | | | |
| 07/31/2007 | Patient Payment - CHECK | | | | | -$65.00 | |
| 05/16/2007 | FACET | 64472 | 721.0 | $250.00 | 1 | $250.00 | $0.00 |
| 05/31/2007 | BCBS OF ALABAMA - Payment | | | | | -$1.00 | 21603300066 |
| | BCBS OF ALABAMA - Write Off | | | | | -$185.00 | |
| | 64 Applied to your deductible | | | | | | |
| 07/31/2007 | Patient Payment - CHECK | | | | | -$64.00 | |
| 05/16/2007 | FACET | 64472 | 721.0 | $250.00 | 1 | $250.00 | $0.00 |
| 05/31/2007 | BCBS OF ALABAMA - Payment | | | | | -$65.00 | 21603300066 |
| | BCBS OF ALABAMA - Write Off | | | | | -$185.00 | |
| 05/16/2007 | FLUOROSCOPIC GUIDANCE AND LOCA | 77003 | 721.0 | $100.00 | 1 | $100.00 | $0.00 |
| 05/31/2007 | BCBS OF ALABAMA - Payment | | | | | -$75.00 | 21603300066 |
| | BCBS OF ALABAMA - Write Off | | | | | -$25.00 | |

PLAINTIFF'S
EXHIBIT

**F**

Account #:    200176                                                  Printed On:    03/26/2008

**Account Balance Information:**

| | | | |
|---|---|---|---|
| Your Insurance Owes: | $0.00 | | |
| You Owe: | $13.10 | Over 60 Days: | $0.00 |
| Current: | $13.10 | Over 90 Days: | $0.00 |
| Over 30 Days: | $0.00 | Over 120 Days: | $0.00 |

**Charges that are your responsibility**

| Date | Description Of Services | Procedure | Diagnosis | Price | QTY | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/16/2007 | INJECTION | J1040 | 721.0 | $20.00 | 1 | $20.00 | $0.00 |
| 05/31/2007 | BCBS OF ALABAMA – Payment | | | | | $0.00 | 21603300066 |
| | BCBS OF ALABAMA – Write Off | | | | | -$20.00 | |
| 05/16/2007 | VERSED | J2250G | 721.0 | $0.00 | 5 | $0.00 | $0.00 |
| 05/16/2007 | INTERMEDIATE | 99242 | 721.0 | $135.00 | 1 | $135.00 | $0.00 |
| 05/16/2007 | Patient Payment – CHECK | | | | | -$30.00 | 3812 |
| 05/31/2007 | BCBS OF ALABAMA – Payment | | | | | -$61.00 | 21603300066 |
| | BCBS OF ALABAMA – Write Off | | | | | -$44.00 | |
| 07/19/2007 | ANCEF | J0690 | 722.4 | $14.00 | 1 | $14.00 | $0.00 |
| 08/16/2007 | BCBS OF ALABAMA – Payment | | | | | -$2.08 | 21603300069 |
| | BCBS OF ALABAMA – Write Off | | | | | -$11.92 | |
| 07/19/2007 | VERSED | J2250G | 722.4 | $0.00 | 4 | $0.00 | $0.00 |
| 07/19/2007 | DISCOGRAM CERVICAL | 62291 | 722.4 | $520.00 | 1 | $520.00 | $0.00 |
| 08/16/2007 | BCBS OF ALABAMA – Payment | | | | | -$255.00 | 21603300069 |
| | BCBS OF ALABAMA – Write Off | | | | | -$265.00 | |
| 07/19/2007 | DISCOGRAM CERVICAL | 62291 | 722.4 | $520.00 | 1 | $520.00 | $0.00 |
| 08/16/2007 | BCBS OF ALABAMA – Payment | | | | | -$255.00 | 21603300069 |
| | BCBS OF ALABAMA – Write Off | | | | | -$265.00 | |
| 07/19/2007 | DISCOGRAM CERVICAL | 62291 | 722.4 | $520.00 | 1 | $520.00 | $0.00 |
| 08/16/2007 | BCBS OF ALABAMA – Payment | | | | | -$255.00 | 21603300069 |
| | BCBS OF ALABAMA – Write Off | | | | | -$265.00 | |
| 07/19/2007 | DISCOGRAM CERVICAL | 62291 | 722.4 | $520.00 | 1 | $520.00 | $0.00 |
| 08/16/2007 | BCBS OF ALABAMA – Payment | | | | | -$255.00 | 21603300069 |
| | BCBS OF ALABAMA – Write Off | | | | | -$265.00 | |
| 07/19/2007 | DISCOGRAM CERVICAL | 72285 | 722.4 | $400.00 | 1 | $400.00 | $0.00 |
| 08/16/2007 | BCBS OF ALABAMA – Payment | | | | | -$272.00 | 21603300069 |
| | BCBS OF ALABAMA – Write Off | | | | | -$128.00 | |
| 07/19/2007 | LOW OSMOLAR CONTRAST MATERIAL. | Q9947 | 722.4 | $40.00 | 4 | $160.00 | $0.00 |
| 08/16/2007 | BCBS OF ALABAMA – Payment | | | | | -$1.20 | 21603300069 |
| | BCBS OF ALABAMA – Write Off | | | | | -$158.80 | |
| 11/29/2007 | INJECTION | J1030 | 721.0 | $20.00 | 1 | $20.00 | $0.00 |
| 12/13/2007 | BCBS OF ALABAMA – Payment | | | | | $0.00 | 21603300073 |
| | BCBS OF ALABAMA – Write Off | | | | | -$20.00 | |
| 11/29/2007 | VERSED | J2250G | 721.0 | $0.00 | 7 | $0.00 | $0.00 |
| 11/29/2007 | FACET | 64470 | 721.0 | $501.00 | 1 | $501.00 | $0.00 |
| 12/13/2007 | BCBS ALA – Payment | | | | | -$124.80 | |
| | BCBS ALA – Write Off | | | | | -$345.00 | |
| | 31.2 Required by Co-Insurance | | | | | | |
| 02/20/2008 | Patient Payment – CREDIT CARD | | | | | -$31.20 | |
| 11/29/2007 | FACET | 64472 | 721.0 | $250.00 | 3 | $750.00 | $0.00 |
| 12/13/2007 | BCBS OF ALABAMA – Payment | | | | | -$156.00 | 21603300073 |
| | BCBS OF ALABAMA – Write Off | | | | | -$555.00 | |
| 02/20/2008 | Patient Payment – CREDIT CARD | | | | | -$39.00 | |
| 11/29/2007 | FLUOROSCOPIC GUIDANCE AND LOCA | 77003 | 721.0 | $100.00 | 1 | $100.00 | $0.00 |
| 12/13/2007 | BCBS OF ALABAMA – Payment | | | | | -$60.00 | 21603300073 |
| | BCBS OF ALABAMA – Write Off | | | | | -$25.00 | |
| 02/20/2008 | Patient Payment – CREDIT CARD | | | | | -$15.00 | |
| 02/25/2008 | GREATER OCCIPITAL | 64405 | 723.8 | $125.00 | 1 | $125.00 | $12.00 |
| 03/06/2008 | BCBS OF ALABAMA – Payment | | | | | -$48.00 | 21603300076 |
| | BCBS OF ALABAMA – Write Off | | | | | -$65.00 | |
| 02/25/2008 | INJECTION | J1030 | 723.8 | $20.00 | 1 | $20.00 | $1.10 |
| 03/06/2008 | BCBS OF ALABAMA – Payment | | | | | -$4.41 | 21603300076 |
| | BCBS OF ALABAMA – Write Off | | | | | -$14.49 | |

| | | |
|---|---|---|
| **Total Patient Balance Owed:** | | **$13.10** |

**AMBULATORY CARE**                    242

**JACKSON HOSPITAL & CLINIC, INC.**
1725 Pine St. / Montgomery, Alabama 36106-1117
293-8000

| | | VRN NO 41-63-60 | | |
|---|---|---|---|---|
| PATIENT'S NAME - LAST, FIRST, MIDDLE SINGLETARY, TAMI L | SEX F | AGE 41Y | BIRTH DATE 12/22/65 | M.S W.D. SEP D | RACE W | ACCOUNT NO. 0721100417 | PHONE |

PATIENT'S ADDRESS - ST., CITY, STATE, ZIP CODE
325 COUNTY RD 45 SOUTH  ,  HEADLAND  AL  36345

SOCIAL SECURITY NO 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      RELIG.      PREV. ADMISSION ☐ YES ☐ NO

PATIENT'S EMPLOYER NAME
URRUTIA INC        106 WEST COURT SQUAR,  ABBEVILLE  AL  36310  PHONE (334)726-1051    HOW LONG  OCCUPATION

NOTIFICATION NAME        RELATIONSHIP        HOME PHONE        BUSINESS PHONE & EXT

SPOUSE, NEXT OF KIN, PARENT/GUARDIAN
SINGLETARY, TAMI L

ADDRESS - ST., CITY, STATE, ZIP CODE
325 COUNTY RD 45 SO, HEADLAND AL 36345

RELATION TO PATIENT SELF    SOCIAL SECURITY NO. 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    PHONE (334)585-5647    OCCUPATION BOOKKEEPE    HOW LONG

EMPLOYER URRUTIA INC    ADDRESS - ST., CITY, STATE, ZIP CODE 106 WEST COURT SQ, ABBEVILLE AL 36310    PHONE (334)726-1051

INSURANCE PRIMARY BLUE CROSS OF ALABAMA    NAME OF INSURANCE CO    POLICY OR CONTRACT NO. & GROUP NO PPA881020583    SUBSCRIBERS NAME SINGLETARY, TAMI; L

OTHER

MEANS OF ARRIVAL CAR    BY WHOM    PRE-ADMISSION TEST YES☐ NO☐    DATE 10/05/05    TIME 1530

PHYSICIAN NAME RYAN, PATRICK G    AREA OF TREATMENT

EXAM/PROCEDURE

DIAGNOSIS ANTERIOR CERVICAL DISECTOMY....

HISTORY    BP    T    P    R    ALLERGIES

PRESENT MEDS:

IMMUNIZATIONS

| MEDICATION/PROCEDURES | ORDERED BY | GIVEN BY | TIME | SITE |
|---|---|---|---|---|
| | | | | |

X-RAY

LAB

EKG

| DISPOSITION OF PATIENT | DATE | TIME | ACCOMPANIED BY: |
|---|---|---|---|

CONDITION AT DISCHARGE

SIGNATURE-PATIENT/RESPONSIBLE PARTY

The patient has received a copy of discharge
instructions and understands what it says.

COMMENTS:

PRINTED BY: LISENBYM
DATE    8/9/2007    SIGNATURE OF PHYSICIAN

SIGNATURE OF NURSE                    MD

PLAINTIFF'S
EXHIBIT
G

07/30/2007 MON 17:05 FAX 3342645129 Montg. Neurosurgical                    [003/008]

Case 2:07-cv-00840-MEF-SRW    Document 34-2    Filed 04/08/2008    Page 58 of 116

## MONTGOMERY NEUROSURGICAL ASSOCIATES
### 1610 FOREST AVENUE
### MONTGOMERY AL 36106
### PHONE: (334) 834-6422
### FAX (334) 264-5129

**PATRICK G RYAN, M.D.**                    **THOMAS W. RIGSBY, M.D.**

**PATIENT:**        Tami Singletary
**REFERRED:**       Richard Meadows M.D.
**DATE:**           August 2, 2007
**DOB:**            12-22-1965

### ADMISSION HISTORY AND PHYSICAL

**HPI:** Tami Singletary is a 41 yr old female seen at the request of Dr. Meadows. She has a two year history of neck pain posteriorly. She has spasm in her neck on the left side with left sided occipital headaches. She's had pain in the left trapezius. She complains of no pain down her left arm and hand and no pain on the right side. She's had chiropractic treatment as well as physical therapy in the past, but continues to have problems. Flexeril and Ibuprofen have been used, but she continues to have problems. She denies bowel or bladder dysfunction.

**STUDIES:** MRI scan demonstrates mild bulging disk at C3-4 with straightening of the usual lordotic curvature. No evidence of disk herniation is seen.

Discogram was positive at C4-5, negative at C3-4, C5-6 and C6-7.

### PAST MEDICAL HISTORY:

**ALLERGIES:**     1.    Penicillin

**MEDICATIONS:**   1.    Motrin 800mg q.d.
                   2.    Flexeril prn spasm
                   3.    Cymbalta daily

**SURGERIES:**     1.    Tonsillectomy and adenoidectomy at age 6
                   2.    Appendectomy at age 16
                   3.    C-section in 1997
                   4.    C-section in 1999
                   5.    Tubal ligation, 2005

**SOCIAL HISTORY:** Smokes 1 ppd for five yrs. She drinks beer occasionally. She is a bookkeeper and office manager for Urrutia Inc.
**FAMILY HISTORY:** Positive for cancer and hypertension.
**REVIEW OF SYSTEMS:** Negative for diabetes, hypertension, renal or hepatic disease, seizure, CVA, bleeding abnormalities, peptic ulcer disease, cancer or chronic lung disease.

07/30/2007 MON 17:05 FAX 3342645129 Montg. Neurosurgical @004/008

Case 2:07-cv-00840-MEF-SRW     Document 34-2     Filed 04/08/2008     Page 59 of 116

**TAMI SINGLETARY**
**ADMISSION HISTORY AND PHYSICAL**
**page two**
**08/02/07**

**PHYSICAL EXAMINATION:** 41 yr old female in no acute distress. She's right handed. She's well developed and well nourished.

**SKIN:** Within normal limits.

**HEENT:** Normocephalic, atraumatic. EOMI. PERRLA. Trachea is midline.

**NECK:** Supple and non tender. No cervical lymphadenopathy. No JVD. No thyromegaly.

**CHEST:** Clear to auscultation bilaterally with no rales, rhonchi or wheezing.

**HEART:** Regular rate and rhythm without murmur, rub or gallop.

**ABDOMEN:** Benign without organomegaly. No masses. Positive bowel sounds are present.

**GU:** Deferred

**EXTREMITIES:** No clubbing, cyanosis or edema. Pulses are full.

**NEUROLOGIC:** Awake, alert and oriented x 3. Answers questions appropriately. Gait is WNL. She has pain on rotation and extension of the cervical spine with a negative foraminal closure sign. There is palpable paracervical spasm as well as into the left trapezius. Sensory is intact to pin prick and light touch in both upper extremities. Biceps, triceps and deltoid strength are 5/5 bilaterally. Grip strength is 5/5 bilaterally. Hand intrinsics are WNL. There is a negative tinel's at the wrist and elbow bilaterally. Reflexes are 1+ to 2+ at the biceps and triceps bilaterally.

**IMPRESSION:**    1.    CERVICAL RADICULOPATHY
                   2.    CERVICAL FACET ARTHROPATHY

**PLAN:** I've discussed anterior cervical diskectomy and fusion in detail with her today as well as risks, benefits and possible complications. She wishes to proceed with surgery.

PRINTED BY: LISENBYM
DATE: 8/3/2007

**PATRICK G. RYAN, M.D., F.A.C.S.**                    **PGR/eb***

**MONTGOMERY NEUROSURGICAL ASSOCIATES**
**1510 FOREST AVENUE**
**MONTGOMERY AL 36106**
**PHONE: (334) 834-6422**
**FAX (334) 264-5129**

**PATRICK G RYAN, M.D.**                    **THOMAS W. RIGSBY, M.D.**

**PATIENT:**      Tami Singletary
**REFERRED:**   Richard Meadows M.D.
**DATE:**          August 2, 2007
**DOB:**            12-22-1965

### ADMISSION HISTORY AND PHYSICAL

**HPI:** Tami Singletary is a 41 yr old female seen at the request of Dr.
Meadows. She has a two year history of neck pain posteriorly. She has
spasm in her neck on the left side with left sided occipital headaches.
She's had pain in the left trapezius. She complains of no pain down her
left arm and hand and no pain on the right side. She's had chiropractic
treatment as well as physical therapy in the past, but continues to have
problems. Flexeril and Ibuprofen have been used, but she continues to
have problems. She denies bowel or bladder dysfunction.

**STUDIES:** MRI scan demonstrates mild bulging disk at C3-4 with
straightening of the usual lordotic curvature. No evidence of disk
herniation is seen.

Discogram was positive at C4-5, negative at C3-4, C5-6 and C6-7.

**PAST MEDICAL HISTORY:**

**ALLERGIES:**     1.    Penicillin

**MEDICATIONS:**  1.    Motrin 800mg q.d.
                  2.    Flexeril prn spasm
                  3.    Cymbalta daily

**SURGERIES:**    1.    Tonsillectomy and adenoidectomy at age 6
                  2.    Appendectomy at age 16
                  3.    C-section in 1997
                  4.    C-section in 1999
                  5.    Tubal ligation, 2005

**SOCIAL HISTORY:** No smoker. No drugs for 4 yrs. She drinks beer
occasionally. She is a bookkeeper and office manager for Urrutia Inc.
**FAMILY HISTORY:** Positive for cancer and hypertension.
**REVIEW OF SYSTEMS:** Negative for diabetes, hypertension, renal or
hepatic disease, seizure, CVA, bleeding abnormalities, peptic ulcer
disease, cancer or chronic lung disease.

**TAMI SINGLETARY**
**ADMISSION HISTORY AND PHYSICAL**
**page two**
**08/02/07**

**PHYSICAL EXAMINATION:** 41 yr old female in no acute distress. She's right handed. She's well developed and well nourished.

**SKIN:** Within normal limits.

**HEENT:** Normocephalic, atraumatic. EOMI. PERRLA. Trachea is midline.

**NECK:** Supple and non tender. No cervical lymphadenopathy. No JVD. No thyromegaly.

**CHEST:** Clear to auscultation bilaterally with no rales, rhonchi or wheezing.

**HEART:** Regular rate and rhythm without murmur, rub or gallop.

**ABDOMEN:** Benign without organomegaly. No masses. Positive bowel sounds are present.

**GU:** Deferred

**EXTREMITIES:** No clubbing, cyanosis or edema. Pulses are full.

**NEUROLOGIC:** Awake, alert and oriented x 3. Answers questions appropriately. Gait is WNL. She has pain on rotation and extension of the cervical spine with a negative foraminal closure sign. There is palpable paracervical spasm as well as into the left trapezius. Sensory is intact to pin prick and light touch in both upper extremities. Biceps, triceps and deltoid strength are 5/5 bilaterally. Grip strength is 5/5 bilaterally. Hand intrinsics are WNL. There is a negative tinel's at the wrist and elbow bilaterally. Reflexes are 1+ to 2+ at the biceps and triceps bilaterally.

**IMPRESSION:**     1.     CERVICAL RADICULOPATHY
               2.     CERVICAL FACET ARTHROPATHY

**PLAN:** I've discussed anterior cervical diskectomy and fusion in detail with her today as well as risks, benefits and possible complications. She wishes to proceed with surgery.

PRINTED BY: LISENBYM
DATE: 8/9/2007

**PATRICK G. RYAN, M.D., F.A.C.S.**                           PGR/eb*

07/30/2007 MON 17:05 FAX 3342645129 Montg. Neurosurgical @002/008

Case 2:07-cv-00840-MEF-SRW    Document 30-2    Filed 04/08/2008    Page 62 of 116



**JACKSON HOSPITAL & CLINIC, INC.**
1235 Forest Avenue
Montgomery, Alabama 36106

**DIAGNOSTIC &
THERAPEUTIC ORDERS**

Singletary, Tarri
Patient Label

HT._____ WT. _____

ALLERGIES _____

| DATE | TIME | USE BALL POINT PEN (BLACK INK ONLY) |
|---|---|---|
| 8/2/07 | | 1) ADMIT MORNING OF SURGERY (OUTPATIENT DEPARTMENT) |
| | | 2) DX: *Cervical Radiculitis* |
| | | 3) NPO |
| | | 4) CBC, U/A, DIAGNOSTIC, ESR |
| | | 5) CXR    YES  ✓    NO |
| | | 6) EKG    YES    NO |
| | | 7) APPLY TED HOSE ON CALL TO OR |
| | | 8) ALLERGIC TO: *PCN* |
| | | 9) CALL ROOM NUMBER TO OFFICE, EXT.5907 |
| | | 10) ANESTHESIA CONSULT |
| | | 11) PULL OLD PATIENT CHART TO SURGERY |
| | | 12) OP PERMIT SIGNED FOR: ANTERIOR CERVICAL FUSION WITH BONE BANK AND ANTERIOR INSTRUMENTATION |



PRINTED BY: LISENBYM
DATE     8/9/2007

FORM # D-205 (5/96)

JACKSON HOSPITAL & CLINIC, INC.
1235 Forest Avenue
Montgomery, Alabama 36106

SINGLETARY, TAMI L
41-63-60 D721100417 12/22/65 41Y F
PAT -          B          PAT
RYAN, PATRICK G                07/30/07

### DIAGNOSTIC &
### THERAPEUTIC ORDERS

HT. _____ WT. _____

ALLERGIES _____

| DATE | TIME | USE BALL POINT PEN (BLACK INK ONLY) |
|---|---|---|
| 8/2/07 | | 1) ADMIT MORNING OF SURGERY (OUTPATIENT DEPARTMENT) |
| | | 2) DX: *Cervical Radiculitis* |
| | | 3) NPO |
| | | 4) CBC, U/A, DIAGNOSTIC, ESR |
| | | 5) CXR   YES ✓   NO |
| | | 6) EKG   YES ✓   NO |
| | | 7) APPLY TED HOSE ON CALL TO OR |
| | | 8) ALLERGIC TO: *PCN* |
| | | 9) CALL ROOM NUMBER TO OFFICE, EXT.5907 |
| | | 10) ANESTHESIA CONSULT |
| | | 11) PULL OLD PATIENT CHART TO SURGERY |
| | | 12) OP PERMIT SIGNED FOR: ANTERIOR CERVICAL FUSION WITH BONE BANK AND ANTERIOR INSTRUMENTATION |



PRINTED BY: LUCASL
DATE     8/1/2007

PRINTED BY: EISENBYM
DATE     8/9/2007

FORM # D-506 (5/92)



# MONTGOMERY NEUROSURGICAL ASSOCIATES
## 1610 FOREST AVENUE
## MONTGOMERY AL 36106
### PHONE: (334) 834-6422
### FAX (334) 264-5129

**PATRICK G RYAN, M.D.**                    **THOMAS W. RIGSBY, M.D.**

| | |
|---|---|
| **PATIENT:** | Tami Singletary |
| **REFERRED:** | Richard Meadows M.D. |
| **DATE:** | August 2, 2007 |
| **DOB:** | 12-22-1965 |

## ADMISSION HISTORY AND PHYSICAL

**HPI:** Tami Singletary is a 41 yr old female seen at the request of Dr. Meadows. She has a two year history of neck pain posteriorly. She has spasm in her neck on the left side with left sided occipital headaches. She's had pain in the left trapezius. She complains of no pain down her left arm and hand and no pain on the right side. She's had chiropractic treatment as well as physical therapy in the past, but continues to have problems. Flexeril and Ibuprofen have been used, but she continues to have problems. She denies bowel or bladder dysfunction.

**STUDIES:** MRI scan demonstrates mild bulging disk at C3-4 with straightening of the usual lordotic curvature. No evidence of disk herniation is seen.

Discogram was positive at C4-5, negative at C3-4, C5-6 and C6-7.

## PAST MEDICAL HISTORY:

| **ALLERGIES:** | 1. | Penicillin |
|---|---|---|

| **MEDICATIONS:** | 1. | Motrin 800mg q.d. |
|---|---|---|
| | 2. | Flexeril prn spasm |
| | 3. | Cymbalta daily |

| **SURGERIES:** | 1. | Tonsillectomy and adenoidectomy at age 6 |
|---|---|---|
| | 2. | Appendectomy at age 16 |
| | 3. | C-section in 1997 |
| | 4. | C-section in 1999 |
| | 5. | Tubal ligation, 2005 |

**SOCIAL HISTORY:** Smokes 1 ppd for 4 yrs. She drinks beer occasionally. She is a bookkeeper and office manager for Urrutia Inc.
**FAMILY HISTORY:** Positive for cancer and hypertension.
**REVIEW OF SYSTEMS:** Negative for diabetes, hypertension, renal or hepatic disease, seizure, CVA, bleeding abnormalities, peptic ulcer disease, cancer or chronic lung disease.

TAMI SINGLETARY
ADMISSION HISTORY AND PHYSICAL
page two
08/02/07

**PHYSICAL EXAMINATION:** 41 yr old female in no acute distress. She's right handed. She's well developed and well nourished.

**SKIN:** Within normal limits.

**HEENT:** Normocephalic, atraumatic. EOMI. PERRLA. Trachea is midline.

**NECK:** Supple and non tender. No cervical lymphadenopathy. No JVD. No thyromegaly.

**CHEST:** Clear to auscultation bilaterally with no rales, rhonchi or wheezing.

**HEART:** Regular rate and rhythm without murmur, rub or gallop.

**ABDOMEN:** Benign without organomegaly. No masses. Positive bowel sounds are present.

**GU:** Deferred

**EXTREMITIES:** No clubbing, cyanosis or edema. Pulses are full.

**NEUROLOGIC:** Awake, alert and oriented x 3. Answers questions appropriately. Gait is WNL. She has pain on rotation and extension of the cervical spine with a negative foraminal closure sign. There is palpable paracervical spasm as well as into the left trapezius. Sensory is intact to pin prick and light touch in both upper extremities. Biceps, triceps and deltoid strength are 5/5 bilaterally. Grip strength is 5/5 bilaterally. Hand intrinsics are WNL. There is a negative tinel's at the wrist and elbow bilaterally. Reflexes are 1+ to 2+ at the biceps and triceps bilaterally.

**IMPRESSION:**     1.     CERVICAL RADICULOPATHY
                    2.     CERVICAL FACET ARTHROPATHY

**PLAN:** I've discussed anterior cervical diskectomy and fusion in detail with her today as well as risks, benefits and possible complications. She wishes to proceed with surgery.

PRINTED BY: LUCASL
DATE      8/9/2007

PATRICK G. RYAN, M.D., F.A.C.S.                                    PGR/eb*

PRINTED BY: LISENBYM
DATE      8/9/2007

**JACKSON HOSPITAL & CLINIC, INC.**
1725 Pine Street
Montgomery, Alabama 36109
(334) 293 8794

**MEDICAL RECORD
LABORATORY REPORT**

Patient: SINGLETARY, TAMI L
Patient ID: 416360
Encounter: 0721100417
Room: Outpatient Surgery
DOB: 12/22/65   SEX: F

## CHEMISTRY

**DIAGNOSTIC CHEMISTRIES**

| | 08/01/07 11:30 | Ref. Range | Units |
|---|---|---|---|
| Glucose | 92 | 74-118 | mg/dL |
| BUN | 6 L | 8-20 | mg/dL |
| Creatinine | 0.70 | 0.70-1.30 | mg/dL |
| Bun/Creat Ratio | 8.6 L | 12.0-20.0 | |
| Sodium | 141 | 136-144 | mmol/L |
| Potassium | 4.4 | 3.5-5.3 | mmol/L |
| Chloride | 106 | 101-111 | mmol/L |
| Carbon Dioxide | 28 | 22-32 | mmol/L |
| Calcium | 9.5 | 8.9-10.3 | mg/dL |
| Protein, Total | 6.3 | 6.1-7.9 | g/dL |
| Albumin | 3.8 | 3.5-4.8 | g/dL |
| Globulin | 2.5 | 2.2-3.5 | g/dL |
| A/G Ratio | 1.5 | 1.0-2.0 | |
| AST (SGOT) | 18 | 15-41 | IU/L |
| ALT (SGPT) | 20 | 10-60 | IU/L |
| Alkaline Phosphatase | 40 | 38-126 | IU/L |
| Bilirubin, Total | 0.6 | 0.2-1.3 | mg/dL |
| GFR Estimated | >60[1] | | mL/min per 1.73 m^2 |

[1]The National Kidney Foundation Practice Guidelines for the classification of CKD based on GFR:

| Stage 1 | >=90 | Kidney damage with normal or increased GFR |
|---|---|---|
| Stage 2 | 60-89 | Kidney damage with mild decreased GFR |
| Stage 3 | 30-59 | Kidney damage with moderately decreased GFR |
| Stage 4 | 15-29 | Kidney damage with severely decreased GFR |
| Stage 5 | <15 | Kidney failure or ongoing dialysis |

Patient: SINGLETARY, TAMI L
Patient ID: 416360
Encounter: 0721100417
Location: Outpatient Surgery

PRINTED BY: LISENBYM
DATE    8/9/2007
Printed: 08/04/07 00:03  Page 1 of 3

Physician: RYAN, PATRICK G
Admitted: 08/02/07
Discharged: 08/02/07

**JACKSON HOSPITAL & CLINIC, INC.**
1725 Pine Street
Montgomery, Alabama 36109
(334) 293-8794

**MEDICAL RECORD
LABORATORY REPORT**

Patient: SINGLETARY, TAMI L
Patient ID: 416360
Encounter: 0721100417
Room: Outpatient Surgery
DOB: 12/22/65   SEX: F

# HEMATOLOGY

## BLOOD COUNTS

| | 08/01/07 11:30 | Ref. Range | Units |
|---|---|---|---|
| WBC | 8.6 | 3.9-10.8 | k/cumm |
| RBC | 4.41 | 3.90-5.00 | m/cumm |
| Hemoglobin | 14.7 | 12.0-16.0 | g/dL |
| Hematocrit | 42.2 | 37.0-47.0 | % |
| MCV | 95.8 | 82.0-100.0 | fL |
| MCH | 33.2 H | 27.0-33.0 | pg |
| MCHC | 34.7 | 31.0-36.0 | g/dL |
| RDW | 13.6 | 11.5-14.5 | % |
| Platelet Count | 349 | 140-440 | k/cumm |
| MPV | 8.3 | 7.4-10.4 | fL |
| Diff Type | Auto | | |
| Seg | 66.7 | 40.0-89.0 | % |
| Lymph | 26.6 | 15.0-50.0 | % |
| Mono | 5.5 | 0.0-14.0 | % |
| Eosin | 1.0 | 0.0-7.0 | % |
| Baso | 0.2 | 0.0-2.0 | % |
| Seg (Abs) | 5.8 | 2.9-6.5 | k/cumm |
| Lymph (Abs) | 2.3 | 1.1-3.7 | k/cumm |
| Mono (Abs) | 0.5 | 0.0-1.0 | k/cumm |
| Eosinophils (Abs) | 0.1 | 0.0-0.5 | k/cumm |
| Baso (Abs) | 0.0 | 0.0-0.1 | k/cumm |

## MISC HEMATOLOGY

| | Analyte | Result | Ref. Range | Units |
|---|---|---|---|---|
| Blood 08/01/07 11:30 | Sed Rate | 6 | 0-20 | mm/hr |

---

Patient: SINGLETARY, TAMI L
Patient ID: 416360
Encounter: 0721100417
Location: Outpatient Surgery

PRINTED BY: LISENBYM
DATE    8/9/2007
Printed: 08/04/07 08:03   Page 2 of 3

Physician: RYAN, PATRICK G
Admitted: 08/02/07
Discharged: 08/02/07

**JACKSON HOSPITAL & CLINIC, INC.**
1725 Pine Street
Montgomery, Alabama 36109
(334) 293-8794

MEDICAL RECORD
LABORATORY REPORT

Patient: SINGLETARY, TAMI L
Patient ID: 416360
Encounter: 0721100417
Room: Outpatient Surgery
DOB: 12/22/65   SEX: F

## URINALYSIS

| URINALYSIS | 08/01/07 | Ref. Range |
|---|---|---|
| | 11:30 | |
| Color | Yellow | Yellow, Straw |
| Clarity | Clear[2] | Clear |
| Spec Gravity | 1.010 | 1.000-1.035 |
| Leukocytes | Negative | Negative |
| Nitrite | Negative | Negative |
| pH | 7.5 | 5.0-8.0 |
| Protein | Negative | Negative |
| Glucose | Negative | Negative |
| Ketone | Negative | Negative |
| Bilirubin | Negative | Negative |
| Blood | Negative | Negative |
| Urobilinogen | 0.2 | 0.2, 1.0 |

[2]Microscopic not indicated when appearance, leukocyte, nitrite, protein, and occult blood are negative.

Patient: SINGLETARY, TAMI L
Patient ID: 416360
Encounter: 0721100417
Location: Outpatient Surgery

PRINTED BY: LISENBYM
DATE     8/9/2007
Printed: 08/04/07 08:03   Page 3 of 3

Physician: RYAN, PATRICK G
Admitted: 08/02/07
Discharged: 08/02/07

JACKSON HOSPITAL AND CLINIC, INC.

1725 PINE STREET
MONTGOMERY, AL  36106

Order Location:

Name: TAMI  SINGLETARY                    DOB: 12/22/1965
Physician: PATRICK G RYAN                 Patient Location:  /
MRN: 416360                               Account #: 0721100417
Order ID: 0001732061
------------------------------------------------------------------
Clinical Data: POST OP ALIGNMENT
Procedure: CERVICAL-SINGLE VIEW
Date of Exam: 08/02/2007          Date of Transcription: 08/02/2007


Two lateral views are submitted. There is a ventral metallic plate
that extends from C4 to C5 with screws traversing the plate and
adjacent vertebral bodies. A bone graft is seen in the intervening
disc space. Surgical drain is present along the ventral aspect of
the plate.

Dictated by: ROBERT L HUTTO
Signed by: ROBERT L HUTTO
Transcribed by:

PRINTED BY: LISENBYM
DATE     8/9/2007

JACKSON HOSPITAL AND CLINIC, INC.

1725 PINE STREET
MONTGOMERY, AL  36106

Order Location: PAT

Name: TAMI  SINGLETARY                    DOB: 12/22/1965
Physician: PATRICK G RYAN                 Patient Location: PAT /
MRN: 416360                               Account #: 0721100417
Order ID: 0001731621
--------------------------------------------------------------------

Clinical Data: ACF
Procedure: CHEST 2 VIEWS
Date of Exam: 08/01/2007          Date of Transcription: 08/01/2007


Lungs are clear.  Heart size and central pulmonary vasculature are
within normal limits.  There are mild degenerative changes in the
spine.  No prior study is available for comparison.
IMPRESSION:
NO EVIDENCE OF ACTIVE PULMONARY DISEASE.

Dictated by: ROBERT L HUTTO
Signed by: ROBERT L HUTTO
Transcribed by:

PRINTED BY: LISENBYM
DATE     8/9/2007

JACKSON HOSPITAL AND CLINIC, INC.

1725 PINE STREET
MONTGOMERY, AL  36106

Order Location: PAT

Name: TAMI  SINGLETARY                    DOB: 12/22/1965
Physician: PATRICK G RYAN                 Patient Location: PAT /
MRN: 416360                               Account #: 0721100417
Order ID: 0001731968
------------------------------------------------------------------
Clinical Data: acf
Procedure: SPINE SINGLE LEVEL
Date of Exam: 08/02/2007      Date of Transcription: 08/02/2007


Cross-table lateral view done in the OR shows a metallic probe
with its tip projected in the ventral aspect of the C4-5 disc
space.

Dictated by: ROBERT L HUTTO
Signed by: ROBERT L HUTTO
Transcribed by:

PRINTED BY: LISENBYM
DATE     8/9/2007

JACKSON HOSPITAL AND CLINIC, INC.

NAME: SINGLETARY, TAMI                             MR NUM: 416360
DOB: 12/22/1965   SEX: F                 ACCT NUM: 0721100417
LOC/SVC:        ROOM:                ADMISSION DATE: 08/02/2007
                                       DISCHARGE DATE:

OPERATIVE REPORT

DATE OF OPERATION: 08/02/2007

SURGEON: PATRICK G. RYAN, M.D.

PREOPERATIVE DIAGNOSIS:  C4-C5 radiculopathy.

POSTOPERATIVE DIAGNOSIS:  C4-C5 radiculopathy.

NAME OF PROCEDURE
1.   Anterior microsurgical diskectomy C4-C5
2.   Anterior interbody fusion C4-C5.
3.   Anterior instrumentation C4-C5, with Stryker H plate.
4.   Preparation of allograft.

SURGEON: Patrick Ryan, M.D.

ASSISTANT: Mike Easterling, S.A.

ESTIMATED BLOOD LOSS:  Less than 100 cc

COMPLICATIONS:  None.

ANESTHESIA: General endotracheal anesthesia.

INDICATIONS FOR PROCEDURE: The patient is known to have cervical
radiculitis.  The patient wishes to proceed with surgery.  The procedure,
risks, benefits, and alternatives were explained in detail to the patient.
The risks include bleeding, infection, weakness, numbness,
tracheoesophageal injury, hoarseness, graft migration, pseudoarthrosis,
plate or screw failure, failure to relieve pain or symptoms, as well as
others.  The patient chooses to use banked bone.  The alternatives and
risks of allograft versus autograft have been discussed with the patient.

DESCRIPTION OF PROCEDURE:  The patient was taken to the operating room.
After the induction of general endotracheal anesthesia, the patient was
placed on the table with the neck prepped and draped in the usual sterile
manner.  The incision was marked and opened with a #15 blade transversely.

PRINTED BY: LISENBYM
DATE     8/9/2007

NAME: SINGLETARY, TAMI                              MR NUM: 416360

This was carried down to the platysma muscle.  The muscle was opened in the
direction of its fibers.  Dissection was then carried along the anterior
border of the sternomastoid muscle, medial to the carotid sheath, and to
the prevertebral fascia.  The fascia was dissected with the Kitner
dissector.  Interspaces were identified and confirmed with x-ray.

The longus colli muscles were taken up bilaterally.  The Caspar
self-retaining retractors were placed under the belly of the muscle.
Interspaces were identified and confirmed with x-ray.  The annulus at the
upper level was incised with a #15 blade.  Diskectomy was carried out using
pituitary rongeurs and straight-and-angled curets.

Following completion of diskectomy, a micro-Kerrison rongeur was utilized
to open the posterior longitudinal ligament and remove osteophytes as well
as disk fragments.  Following completion, there was no further compression
noted on the nerve root and the thecal sac.  The cartilaginous end-plates
were removed at the upper and lower vertebral borders.  A trough was
created to facilitate placement of the graft.

An allograft was then prepared using a reciprocating saw to cut it to the
appropriate size and then a high-speed drill was used to shape it to the
appropriate shape.  This was then impacted into place at each level under
direct vision.  An appropriate cervical plate was selected and placed over
the fused interspaces.  An initial pilot hole was drilled, tapped, and a
cancellous screw was placed.  The same procedure was then carried out at
the remaining screw holes.  The screws were locked into place.  The wound
was irrigated copiously.  A 7-mm Jackson-Pratt drain was laid in the
operative bed and brought out through a separate stab incision.

The wound was then closed in layers using 3-0 Polysorb for the platysma,
3-0 Polysorb for the subcu and a 4-0 Polysorb running subcuticular for the
skin.  A sterile dressing was applied.  The sponge and needle counts were
reported correct.


_____                      _____
PATRICK G. RYAN, M.D.                               Date Signed


T:DATE: 08/02/2007 10:39
D:DATE: 08/02/2007 09:59
JOB #: 138585

Authenticated by PATRICK G RYAN, MD On 08/07/2007 09:59:14 AM




                         PRINTED BY: LISENBYM
                         DATE     8/9/2007



**CONSENT FOR TREATMENT, RELEASE OF INFORMATION,**
**PERSONAL PROPERTY RESPONSIBILITY, ASSIGNMENT,**
**MEDICARE PAYMENT AND FINANCIAL AGREEMENT**

JACKSON HOSPITAL & CLINIC, INC.
1725 PINE STREET, MONTGOMERY, ALABAMA 36106

SINGLETARY, TAMI L
41-63-60 0721100417 12/22/65 41Y F
PAT -        B        PAT
RYAN, PATRICK G              07/30/07



**CONSENT FOR TREATMENT:** I, knowing that I (or the patient named on this Admission Record if the patient is unable to consent) am (is) suffering from a condition requiring diagnosis and medical surgical treatment do hereby voluntarily consent to such diagnostic procedures and hospital care and to such medical or x-ray treatment by the Attending Physician named on this Admission Record, his/her assistants or his/her designees as is necessary in his/her judgment.

I acknowledge and understand that in order to insure, to the greatest extent possible under current medical guidelines that there is not a transmission of blood borne diseases such as Hepatitis-B or Acquired Immune Deficiency Syndrome, that it may be necessary to draw and test my blood while I am a patient in Jackson Hospital & Clinic, Inc. ("Hospital"). Such action would be necessary should:

    1. A health care worker should get stuck by a needle while drawing my blood, or;
    2. Should a health care worker sustain scalpel injury in the course of my treatment, or:
    3. Should either I or any health care worker rendering care to me incur a parenteral or mucous membrane exposure to blood or other body fluids of one another.

I therefore consent to have my blood drawn and tested. I further understand that my blood will not be routinely tested for diseases, and that the results of any testing will be kept strictly confidential.                                                                                                                     Initials

I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatment or examination in the Hospital.                                                                                                                     Initials

I hereby authorize the Hospital to retain, preserve and use for scientific or teaching purposes, or dispose of at their convenience, any specimens or tissues taken from my body during my hospitalization.                                                                                                                     Initials

**RELEASE OF INFORMATION:** I hereby authorize the Hospital to dispose all or any part of my medical records for the period of hospitalization, including release of copies and completion of forms, to any person or corporation which may be liable under a contract to the Hospital, myself, a member of my family or my employer for all or part of the Hospital's charges, including, but not limited to, hospital or medical service companies, insurance companies, workmen's compensation carriers, welfare funds, drug manufacturers that may offer patient assistance programs or my employer, and to use and disclose my health information for treatment, payment, health care operations and to protect others.                                                                                                                     Initials

**PERSONAL PROPERTY:** Patients are strongly urged to leave money and other valuables at home but may deposit such items with the Hospital Security Department for safekeeping. The Hospital will not be held responsible for damage to, loss or theft or any money, jewelry, documents or other personal property kept with a patient. This also applies to personal items such as dentures, eyeglasses and hearing aids. These items should be keep in a protective container when not in use and are, at all times, the responsibility of the patient.                                                                                                                     Initials

**ASSIGNMENT OF INSURANCE BENEFITS:** In the event the patient is entitled to hospital or health benefits of any type because of any insurance policy insuring the patient or someone else who is responsible for paying the patient's hospital bills, the undersigned hereby agrees that these benefits can he paid directly to the Hospital and applied to the patient's bill. The patient and/or the undersigned are responsible for any portion of the Hospital's bill not paid by an insurance company.                                                                                                                     Initials

**MEDICARE AND/OR CHAMPUS PAYMENT:** I certify that the information given the Hospital in applying for payment by the Medicare or Champus program is correct. I request that payment of authorized Medicare and Champus benefits be made either to me or in my behalf for any services furnished me by Jackson Hospital & Clinic, Inc., Montgomery, Alabama, including physician services. I authorize any holder of medical or other information about me to release to Health Care Financing Administration and/or Champus and its agents any information needed to determine these benefits for related services.                                                                  Initials N/A

**FINANCIAL AGREEMENT:** The undersigned agrees, whether he/she signs as agent or as patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the amount charged by the Hospital in accordance with the regular rates and terms of payment to the Hospital. It is also agreed that in case of default of payment and if this account is placed in the hands of a collector or an attorney for collection, all collection fees, attorney's fees, court and all other expenses will be paid by the undersigned. All parties hereon, whether maker or endorser, each for himself/herself waives notice of dishonor, demand and protest and consents to any extension of time the holder may grant.                                                                                                                     Initials

**NOTICE OF PRIVACY PRACTICES:** I have received the Hospital's Notice of Privacy Practices.

**PATIENT INFORMATION DISCLOSER: Choose one of the following:**

    1. YES, I want to be listed in the Hospital Directory _____ (Initials)
    2. NO, I do not want to be listed in the Hospital Directory _____ (Initials)

While hospitalized, my medical/health information may be released to: (verbal information only; disclosure of medical records requires separate authorization.)
(Circle all that apply):
Spouse    Immediate family    Other relatives    Close Personal friends    Personal Representative    None    Other _____

This consent form has been fully explained to me and I certify that I understand its contents.

| | | |
|---|---|---|
| 8-1-07 | RWynick | Tami Pins |
| DATE | WITNESS | SIGNATURE OF PATIENT |

| | | |
|---|---|---|
| _____ | _____ | _____ |
| DATE | WITNESS | SIGNATURE OF MAKER OR ENDORSER IF OTHER THAN PATIENT |

If patient is unable to consent or is a minor, check and complete one of the following:

_____ Patient is a minor _____ years of age.

_____ Patient is unable to consent because _____

PRINTED BY: LISENBYM
DATE    8/9/2007

_____    _____    _____    Form #C-50 (Rev 04/06)
DATE       WITNESS      CLOSEST RELATIVE OR LEGAL GUARDIAN



AMI LYN SINGLETARY

5010917 - 0

ass:
perator
latorcycle
dorsements:

strictions:



## ADVANCE
## DIRECTIVE
## ACKNOWLEDGMENT

SINGLETARY, TAMI L
41-63-60 0721100417 12/22/65 41Y P
PAT -           B         PAT
RYAN, PATRICK G                    07/30/07

**PLEASE READ THE FOLLOWING INFORMATION AND
ACKNOWLEDGE AT THE BOTTOM OF THIS FORM:**

I have been given written materials about my right to accept or refuse medical treatment and
have been informed of my rights to formulate Advance Directives.

I understand that I am not required to have an Advance Directive in order to receive medical
treatment at Jackson Hospital.

**PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:**

_____ **I HAVE** executed an Advance Directive and I have a copy with me.

_____ **I HAVE** executed an Advance Directive but did not bring a copy with me.
I understand I must provide a copy and/or talk with my physician.
Attempts to obtain a copy,
(Date & Initial) _____

____✓____ **I HAVE NOT** executed an Advance Directive and do not wish to at this time.

_____ I would like to talk with someone about Advance Directives.

Date _8-1-07_                          Hospital Representative _BMognick_

Signed _X_____            Relationship _____

Date _____

Received by _____
                          **(Hospital Representative)**

Attempts to provide Information (Business Office)
Date & Initial _____

**Advance Directive**

NSG-80 JH (4/97)

PRINTED BY: LISENBYM
DATE      8/9/2007

Hospital and Clinic, Inc.
1725 Pine Street
Montgomery, AL 36106
(334) 293-8913

TAMI L SINGLETARY                    07211-00417    F  41Y  08/02/07  08/02/07

100100 BLUE CROSS OF ALABAMA    09825        PPA881020583
100900 BC OF AL 1500            09825        PPA881020583


        TAMI L SINGLETARY
        325 COUNTY RD 45 SOUTH
        HEADLAND AL          36345

--------------------------------------------------------------------------------
                    Total Charges:
        250 PHARMACY                                     1,753.20
        258 IV SOLUTIONS                                   265.50
        271 NON-STER SUPPLY                                510.00
        272 STERILE SUPPLY                                 715.15
        278 SUPPLY/IMPLANTS                              7,069.00
        301 LAB/CHEMISTRY                                   55.00
        305 LAB/HEMATOLOGY                                  65.00
        307 LAB/UROLOGY                                     15.00
        320 DX X-RAY                                       320.00
        324 DX X-RAY/CHEST                                 205.00
        360 OR SERVICES                                  4,815.00
        370 ANESTHESIA                                     855.00
        710 RECOVERY ROOM                                  860.00
        730 EKG/ECG                                        180.00
        985 PRO FEE/EKG                                     40.00


Insurance Benefits      100100        100900
                        COB. 1        COB. 2

Total Charges         17,722.85     17,722.85
Non-Covered Chgs          40.00     17,682.85
Deductibles/Co-Ins         0.00          0.00             Patient

COB/Plan Amt Due      17,682.85         40.00                 0.00

Payments                   0.00          0.00                 0.00
Adjs/Refunds               0.00          0.00                 0.00
Balance Transfers          0.00          0.00                 0.00

Balance Due           17,682.85         40.00                 0.00

Third Party Excess                       0.00
Account Balance                     17,722.85


                                                             0.00

07211-00417



PLAINTIFF'S
EXHIBIT

H

MS0375                        S T A T E M E N T                              10/18/07

```
                    MONTGOMERY ANESTHESIA ASSOC PC              PAGE:    1
                    PO BOX 934462
                    ATLANTA          ,  GA    31193-4462
                    (334) 279-1450


TAMI        K SINGLETARY        ACCOUNT NUMBER: 105299
325 CO RD 45 SOUTH              PATIENT NAME  : TAMI        K SINGLETARY
HEADLAND, AL 36345


             CODE...    DESCRIPTION ...................

DIAGNOSIS:   723 .4     BRACHIAL NEURITIS NOS
             716 .98    UNSPEC ARTHROPATHY OTH UNSPEC SIT

*******************************************************************************
 .O.S.   CPT ...   DESCRIPTION ...............    PROV        AMOUNT

                   SERVICES RENDERED

08/02/07  22554    ARTHRODESIS, ANTERIOR INTERB   LLERA        1170.00
  TIME 08:03  09:55 C-UNIT 18.0 ANES-G PS-   LOC-I  MDIR-4
08/13/07  <BILLED>   BLUE CROSS BLUE SHIELD                    1170.00
08/29/07  <COMMENT>  REFILED CLAIM-USER                            .00
          <BILLED>   BLUE CROSS BLUE SHIELD                    1170.00
 )/04/07  <COMMENT>  REFILED CLAIM-USER                            .00
          <BILLED>   BLUE CROSS BLUE SHIELD                    1170.00
09/17/07  <PAYMENT>  BCBS ERA PAYMENT               LLERA       893.00-
          <ADJUST.>  BCBS ERA ADJ                   LLERA       277.00-

             TOTAL ...................................         $.00
```

.OTICE:  THIS IS AN ITEMIZED STATEMENT OF ACTIVITY ON YOUR ACCOUNT

         THIS STATEMENT ONLY REFLECTS ACTIVITY FOR THE DATES SH



PLAINTIFF'S
EXHIBIT

I



DOTHAN DIAGNOSTIC IMAGING INC.

**DOTHAN DIAGNOSTIC IMAGING INC.**

2240 W. Main Street
Dothan, AL 36301
(334)792-1525    fax (334)671-1678
toll free (800)239-3408

January 9, 2006

Singletary, Tammy
Dr. Richard Meadows
Film #18343
DOB: 12/22/65

## MRI SCAN OF THE CERVICAL SPINE

Patient presents with neck pain and history of MVC in 10/05.

Sagittal and axial views were obtained with T1 and T2 imaging techniques.

Sagittal views reveal straightening of the lordotic curvature of the cervical spine. The vertebral alignment appears normal. No disc bulge or herniation is seen and the neurocanal appears normal in caliber. The cervical cord appears normal with no abnormal signal focus.

Axial views reveal patent neuroforamina.

## OPINION:

**STRAIGHTENING OF THE LORDOTIC CURVATURE POSSIBLY DUE TO MUSCLE SPASM WITH NO OTHER SIGNIFICANT FINDINGS.**

James W. Ballard, M.D.

acb

PLAINTIFF'S
EXHIBIT

J

# Patient Ledger - Detailed

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Patient ID: | 18343 | Tami L Singletary | | | Total Charges: | | $1,300.00 |
| Birthdate: | 12/22/1965 | 325 Co Rd 45 South | | | Total Payments: | | $473.11 |
| Phone 1: | (334) 585-5647 Home | Headland AL  36345 | | | Total Adjustments: | | $826.89 |
| Phone 2: | (334) 585-3699 Work | | | | Insurance Balance: | | $0.00 |
| | | | | | Patient Balance: | | $0.00 |

| Visit DOS | Visit DOE | Company | Doctor | Facility | Ticket Number | | | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Procedure DOS | DOE | Code | Modifiers | Description | Check # Units | Charge | Payment | Adjustment | Insurance | Patient |
| 01/07/2008 | 01/09/2006 | Dothan | Ballard MD, James W | Dothan | DOT005410 | | | | | | |
| | Current Insurance Carrier: | United Health Care    740800 | | | | | | | | | |
| | 01/10/2006 | Filed HCFA to United Health Care for $1300.00 | | | | | | | | | |
| 01/07/2006-01/07/2006 | 01/07/2006 | 72141 | | MR-Cervical Spine Without Contr | 1.00 | $1,300.00 | | | $0.00 | $0.00 |
| | 02/23/2006 | United Health Care - 740800 | | Insurance Adjustment | OP51473850 | | $0.00 | ($826.89) | | |
| | 02/23/2006 | United Health Care - 740800 | | Payment from Insurance | OP51473850 | | ($473.11) | $0.00 | | |
| | | | | *Visit Total/Balance Due* | | $1,300.00 | ($473.11) | ($826.89) | $0.00 | $0.00 |
| | | | | *Selected Visit Totals* | | $1,300.00 | ($473.11) | ($826.89) | $0.00 | $0.00 |



PLAINTIFF'S
EXHIBIT

K

July 10, 2006


Christoper Turner. P.C. Attorney at Law
202 1/2 East Broad Street
Suite A
Eufaula, AL  36072

ATTENTION: Chris Turner

RE: Tami Singletary


Dear Mr. Turner:

Mrs. Singletary originally presented herself in this office for consultation and examination on 10/20/2005.  The following is a report of my initial evaluation as pertaining to this patient:

## HISTORY OF ACCIDENT/INJURY

Mrs. Singletary reported that she was the driver of a mini van.  The vehicle she was driving, when it was sideswiped on the right by a big truck.  The collision totaled the van she was driving.  The truck that collided with the vehicle she was driving sustained extensive damage. The accident occurred during daylight, the road condition was dry, and the visibility was good.

Mrs. Singletary stated that she was aware of the impending collision and braced for impact.  At the time of the accident she was wearing a shoulder-lap belt.  The van had a headrest, which was adjusted in the low position.  The vehicle was equipped with an air bag, which did not deploy. Additionally when impact occurred, her head and neck were whipped through a sideways motion.


## PATIENT'S COMPLAINTS

Mrs. Singletary's complaints were as follows:

**Left Side**
  ·**Neck** pain
**Left Upper Extremity**
  ·**Shoulder** pain
**Additional Complaints**
  ·Spasms in neck and upper shoulder, nausea and headaches

PLAINTIFF'S
EXHIBIT

L

Re: Mrs. Tami Singletary
Initial Evaluation - Page 2

Mrs. Singletary reported that her symptoms began 10/04/2005 and had occurred constantly. Mrs. Singletary asserted that this condition was aggravated by neck movement. She indicated that there were no palliative measures she could employ to help relieve her symptoms. The patient stated she had received previous treatment outside this office for her condition. This evaluation and treatment was performed the day following the accident. A local Dr. prescribed steroids, 800mg Ibuprofin, and Ultraset.

## PAST MEDICAL HISTORY

The patient's reported past medical history revealed no evidence of same or similar symptoms and complaints. Her medical history did include sinus trouble, high blood pressure, and kidney trouble. Mrs. Singletary noted having had surgery for a tubal ligation. The patient indicated she had a serious automobile accident 10/04/2005.

## MEDICATIONS

Mrs. Singletary was taking the following medications: anti-inflammatories and pain medication/analgesic for neck and headaches. The patient reported being allergic to Penicillin.

## FAMILY HISTORY

Family history was significant for the following: The patient's father had been diagnosed with heart trouble and high blood pressure. The patient indicated her mother's medical history includes headaches.

## OCCUPATIONAL INFORMATION - ACTIVITIES OF DAILY LIVING

At the time of the initial examination, Mrs. Singletary reported that she was a full time employee. She had been employed at this occupation for 10 years. Her work week consisted of a nine-hour day, five days per week. She indicated that her complaints affected the number of hours she worked.

The patient characterized her work activity as sedentary and was normally seated at a desk. The patient was right-handed and her employment never required any lifting. She felt that her complaints were aggravated by her work activities and she functioned under a moderate level of stress.

## REVIEW OF SYSTEMS

A review of systems revealed the patient to be suffering from fatigue, loss of sleep, headache, anxiety, and mood swings.

## PHYSICAL EXAMINATION

**General Impression:**      Age: 39      Sex: Female

                    Demeanor: Relaxed          Posture: Erect

Back & Neck Pain Clinic, L.L.C.

Re: Mrs. Pann Singletary
Initial Evaluation - Page 3

| | |
|---|---|
| **Head:** | The facial muscles were intact and there were no masses, tenderness, lacerations, or abrasions. |
| **Eyes:** | Pupils were round, regular, and equal. They reacted normally to light and accommodation. Extraocular movements were full in all fields of gaze with no nystagmus apparent. |
| **Thorax:** | No deformities were noted and respiratory excursions were normal. |

## NEUROLOGICAL EXAMINATION

Cerebellar function testing revealed no dystaxia. Rapidly alternating movements and heel to shin test were performed quickly and accurately. Deep tendon reflexes of biceps, triceps, brachioradialis, patella, and achilles tendons were all grade 2 and symmetric. There was no motor loss in the upper extremities. There was no sensory deficit apparent in either upper extremity.

## ORTHOPEDIC EXAMINATION

### Cervical Region

Examination of the cervical spine revealed spastic and tender deep paraspinal musculature bilaterally with tenderness in the midline overlying the upper and lower range. Articular fixation was noted in the upper range. Cervical compression test was positive in the neutral position for local neck pain. The Valsalva maneuver failed to recreate the patient's symptoms. The distraction test was negative.

Cervical spine ranges-of-motion were as follows:

| | |
|---|---|
| **Flexion:** | moderately restricted |
| **Extension:** | severely restricted with pain |
| **Right Lateral Flexion:** | severely restricted with pain |
| **Left Lateral Flexion:** | severely restricted with pain |
| **Right Rotation:** | moderately restricted |
| **Left Rotation:** | moderately restricted |

### Thoracolumbar Region

Palpation of the thoracic spine revealed the following: Spasm and tenderness bilaterally with tenderness in the midline overlying the upper range. There was spasm and tenderness bilaterally overlying the middle range. Articular fixation was noted in the upper and middle range.

## RADIOGRAPHIC EVALUATION

Radiographic examinations of the cervical, thoracic, and lumbosacral spinal regions were performed in this office on 10/20/2005.

Back & Neck Pain Clinic, L.L.C.

Re: Mrs. Tami Singletary
Initial Evaluation - Page 4

Examination of the **cervical spine**, utilizing views obtained in the A-P, A-P open mouth, Lateral, Flexion, and Extension projections revealed the following: Lytic and blastic changes were non-evident. The spine appeared in the midline. The patient's cervical lordotic curve appeared to be straightened.

Examination of the **thoracic spine**, utilizing views taken in the A-P and Lateral projections revealed the following: Lytic and blastic changes were non-evident. There was radiographic evidence of a mild right thoracic scoliosis with the apex at T6 level.

Examination of the **lumbosacral spinal areas**, utilizing the A-P, A-P upshot, and Lateral spinal projections revealed the following impressions: Lytic and blastic changes were non-evident. There was radiographic evidence of a mild left lumbar scoliosis with the apex at L3 level. The sagittal diameter of the spinal canal is WNL. 6 Lumbar vertebrae present.


## ASSESSMENT

**Clinical Impression**

| | |
|---|---|
| 847.0 | Cervical Sprain/Strain |
| 723.4 | Cervical Radiculitis |
| 847.1 | Thoracic Sprain/Strain |
| 728.85 | Muscle Spasm |


## CASE PLAN / MANAGEMENT

**Treatment:**
- Specific spinal adjustments of the cervical spine, thoracic spine, and lumbosacral spine
- Spinal distractive adjustments to the lumbosacral spine
- Adjunctive physical modalities consisting of diathermy and high volt galvanic spasm relieving current

**Comments:**
The pain interferes with the patient's daily living activities by 51% as assessed by the **Neck Pain Disability Index** administered on 10/20/2005. The pain interference by individual activities is summarized in the table below.

| Activities | |
|---|---|
| Pain Intensity | ???.% |
| Personal Care | 20.% |
| Lifting | ???.% |
| Reading | 80.% |
| Headaches | 60.% |
| Concentration | 40.% |
| Work | 60.% |
| Driving | 40.% |
| Sleeping | 60.% |
| Recreation | ???.% |

Back & Neck Pain Clinic, L.L.C.

Re: Mrs. Tami Singletary
Initial Evaluation - Page 5

## GENERAL MEASURES AND POTENTIAL RISKS

All general measures associated with Mrs. Singletary's condition were reviewed. The potential risks were described and Mrs. Singletary did acknowledged her understanding of them.

I will continue to keep you informed regarding the patient's status as I view it .

Sincerely,

William C. Alderman, D.C.

Back & Neck Pain Clinic, L.L.C.

**BACK & NECK PAIN LLC**
321 Westgate Pkwy Ste 1
Dothan, AL 36303
334-702-0898
ID#: 63 1271186
Tuesday March 4, 2008

Patient          : Tami Singletary #07262
Itemized Statement: 10/20/2005 - 03/04/2008
DOB              : 12/22/1965
Onset date       : 10/20/2005


        Mail to:
        **Tami Singletary**
        **325 County Road 45 So.**
        **Headland AL 36345**


**Insured**                              **Insurance Carrier (primary)**
Tami Singletary                          Fireman's Fund
325 County Road 45 So.                   P.O. Box 740174
Headland AL 36345                        Atlanta GA 30374
D(    12/22/1965
Policy#: 005 05 251216 001/405

**Attorney**                             **Employer**
Adam Jones, Esq
3334 Ross Clark Circle
Dothan AL 36303

**Current Diagnosis**
847.0    Sprain/Strain Cervical
723.4    Brachial Neuritis/Radiculitis NOS
847.1    Sprain/Strain Thoracic
728.85   Spasm Of Muscles


PLEASE PAY AMOUNT INDICATED BELOW AS "PATIENT BALANCE".

| Date | Description | Amount |
|------|-------------|--------|
| 1 0/05 | 99203 New Pt Detailed Exam/Eval | $ 74.00 |
| 10/20/05 | 72050 Xray - Cervical - 4 Views | $ 160.00 |
| 10/20/05 | 72070 X-ray -Thoracic- 2 Views | $ 100.00 |
| 10/20/05 | 97014 Electrical Muscle Stimulation | $ 25.00 |
| 10/21/05 | 99212 Estb Pt Expanded Exam/Eval | $ 35.00 |
| 10/21/05 | 97024 Diathermy | $ 25.00 |
| 10/21/05 | 97014 Electrical Muscle Stimulation | $ 25.00 |
| 10/21/05 | E0943 Body line Mediun Pillow | $ 35.00 |
| 10/21/05 | E0230 Cold Pack (Blue) | $ 30.00 |
| 10/24/05 | 97024 Diathermy | $ 25.00 |
| 10/24/05 | 97014 Electrical Muscle Stimulation | $ 25.00 |
| 10/24/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ 37.00 |
| 10/26/05 | 97024 Diathermy | $ 25.00 |
| 10/26/05 | 97014 Electrical Muscle Stimulation | $ 25.00 |
| 10/26/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ 37.00 |
| 10/27/05 | 97024 Diathermy | $ 25.00 |
| 10/27/05 | 97014 Electrical Muscle Stimulation | $ 25.00 |
| 10/27/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ 37.00 |
| 10/28/05 | 97024 Diathermy | $ 25.00 |
| 10/28/05 | 97014 Electrical Muscle Stimulation | $ 25.00 |
| 10/28/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ 37.00 |
| 10/31/05 | 97024 Diathermy | $ 25.00 |
| 10/31/05 | 97014 Electrical Muscle Stimulation | $ 25.00 |
| 10/31/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ 37.00 |
| 11/02/05 | 97024 Diathermy | $ 25.00 |
| 11/02/05 | 97014 Electrical Muscle Stimulation | $ 25.00 |
| 11/02/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ 37.00 |
| 11/03/05 | 97024 Diathermy | $ 25.00 |
| 11/03/05 | 97014 Electrical Muscle Stimulation | $ 25.00 |
| 11/03/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ 37.00 |

PLAINTIFF'S
EXHIBIT

**M**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/04/05 | 97024 Diathermy | $ | 25.00 |
| 11/04/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/04/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 11/07/05 | 97024 Diathermy | $ | 25.00 |
| 11/07/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/07/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 11/09/05 | 97024 Diathermy | $ | 25.00 |
| 11/09/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/09/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 11/11/05 | 97024 Diathermy | $ | 25.00 |
| 11/11/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/11/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 11/14/05 | 97024 Diathermy | $ | 25.00 |
| 11/14/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/14/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 11/16/05 | 97024 Diathermy | $ | 25.00 |
| 11/16/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/16/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 11/18/05 | 97024 Diathermy | $ | 25.00 |
| 11/18/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/18/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 11/21/05 | 97024 Diathermy | $ | 25.00 |
| 11/21/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/21/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 11/23/05 | 97024 Diathermy | $ | 25.00 |
| 11/23/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/23/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 11/28/05 | 97024 Diathermy | $ | 25.00 |
| 11/28/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/28/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 11/30/05 | 97024 Diathermy | $ | 25.00 |
| 11/30/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 11/30/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 12/02/05 | 97024 Diathermy | $ | 25.00 |
| 12/02/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 12/02/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 12/07/05 | 97024 Diathermy | $ | 25.00 |
| 12/07/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 12/07/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 12/09/05 | 97024 Diathermy | $ | 25.00 |
| 12/09/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 12/09/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |
| 12/12/05 | 97024 Diathermy | $ | 25.00 |
| 12/12/05 | 97014 Electrical Muscle Stimulation | $ | 25.00 |
| 12/12/05 | 98941 Spinal Adjustment - 3 or 4 Areas | $ | 37.00 |

```
Total Sales Tax            : $      0.00
Total Late Charges         : $      0.00
Total Interest Charges     : $      0.00
Patients-Cash Rcvd         : $      0.00
Patients-Chks Rcvd         : $      0.00
Patients-Crdt Crd          : $      0.00
Payer Payments             : $      0.00

Total Charges              : $   2423.00
Total Received             : $      0.00
Total Adjustment           : $      0.00
Balance (based on search)  : $   2423.00
```



# Wiregrass Therapy & Wellness Company

*407 N. Shady Lane*                    Phone (334) 673-7282
*Dothan, Alabama 36303*              Fax (334) 673-7283
*www.wiregrasstherapy.com*

### DISCHARGE REEVALUATION

**Patient:** Tammy Singletary (#300516)      **DOB:** December 22, 1965      **Physician:** Richard Meadows, D.O.
**Date:** April 26, 2006                **Start of Care:** February 27, 2006      **Number of Visits:** 11

| Subjective: |
|---|
| Patient with report of feeling significant decrease in headaches and neck pain over the last couple of weeks. Patient does report that she still has neck pain and stiffness and headaches, but the severity is decreased. Patient feels that her occupation, with working at a computer and accounting type work, is contributing to the degree of neck pain and headache symptoms, as her symptoms tend to be worse at the end of the day. |

| Objective: | Initial Measurements | Present Measurements |
|---|---|---|
| Postural Alignment | Slightly forward head, rounded shoulders posture, no asymmetries in shoulder heights. | Patient working through achieving cervical and scapular retraction and avoiding slouched positioning. |
| Range of Motion – Cervical | Forward flexion = 55°<br>Backward bend = 60°<br>Right lateral flexion = 35° and painful<br>Left lateral flexion = 40°<br>Right rotation = 9.5cm and painful<br>Left rotation = 8cm | Forward flexion = 50°<br>Backward bend = 60°<br>Right lateral flexion = 35°<br>Left lateral flexion = 40°<br>Right rotation = 9cm<br>Left rotation = 8.5cm<br>Significantly improved range of motion through the cervical spine as compared to last reevaluation on 04/07/06. |

| Strength: | Initial Measurements | Present Measurements |
|---|---|---|
| Upper Extremities | 5/5 | 5/5 |

| Pain: (0-10) | Initial Measurements | Present Measurements |
|---|---|---|
| | 5/10<br>Increased to an 8/10 at reevaluation on 04/07/06. | 4-5/10 |

| ther Tests & Measurements: | Initial Measurements | Present Measurements |
|---|---|---|
| Palpation | Grade II tenderness noted over left occiput and upper trapezius.<br>Grade I over cervical paraspinals and transverse processes. | Significant decrease in palpable tenderness, with only area along the left upper trapezius and left occiput at a grade I. |

| Assessment/Recommendations: Patient has progressed slowly with decreased severity of headaches and neck pain. Patient does continue with some asymmetry in cervical range of motion and feels as though her job requirements in performing accounting type work are contributing to the continued severity of pain and stiffness. Patient has been instructed in cervical range of motion stretching and strengthening exercises as well as educated in ergonomics regarding positioning at work station and educated in frequent changing of positions and limiting the amount of time spent at the computer and desk by frequently alternating positions. Recommend discontinuing skilled physical therapy intervention at this time, with patient to continue with an independent home program and follow-up with Dr. Meadows as needed. Again, thank you for this referral. |
|---|

Kim Conner, P.T.          Date          05/03/06 PTH 3478

PLAINTIFF'S EXHIBIT

N

*"solutions for living well"*

**Patient:  Tammy Singletary  (#300516)**          **Date:  April 26, 2006**          **Page 2**

Physician's Comments/Orders:

___✗___ Agree with recommendations to continue Rx     _____D/C with home program.

2x/week_____    3x/week __✗__ for one month __✗__ for two weeks_____

_____
Richard Meadows, D.O.                    Date

MAILED
5-3-06

Patient: Tami Singletary Chart Number _____ Physician: _____

**Patient Reports:** Symptoms ☑ Decreased ☐ Increased ☐ Same **Exercise Compliance** ☐ Yes ☐ No ☐ n/a
**Subjective:**_____

**Key Objective Findings:**_____

Rx: MH/CP US____m USMS _10_ m ES _20_ m ManES____m W.Pool____m T.Pool _30_ m T.Ex____m T.Act____m
Jt. Mob/Myo _15_ m NM ReEd____m Gait Training____m Traction ConBath ParBath TENS ☐ Ionto ☐ Anodyne
Work Hard ___h FCE___h ImpairRate ___ ☐ PT Eval ☐ Re-Eval ☐Other _____
**Exercises Performed** _spray + stretch_ _____
_____ ☐ See Flowsheet

**Assessment:** Progressing ☐ as expected ☐ slowly ☐ rapidly ☑ unchanged ☐ regressing
_cont c significant tenderness (L) UT, scalenes, levator_
_↓ HA sx_ _____

**Plan of Care:** ☑ Continue POC Changes include:_____
Therapist _Ashly Tuttle, PTA_ Date _4/21/06_

**Patient Reports:** Symptoms ☑ Decreased ☐ Increased ☐ Same **Exercise Compliance** ☑ Yes ☐ No ☐ n/a
**Subjective:**_____ reports 50% ↓ in symptoms ____

**Key Objective Findings:**_____ see re-eval ____

Rx: MH/CP US____m USMS____m ES ⓐ20 m ManES____m W.Pool____m T.Pool____m T.Ex _12_ m T.Act____m
Jt. Mob/Myo____m NM ReEd____m Gait Training____m Traction ConBath ParBath TENS ☐ Ionto ☐ Anodyne
Work Hard ___h FCE___h ImpairRate ___ ☐ PT Eval ☑ Re-Eval *Other _____
**Exercises Performed** _manual Cx isometric ex's, chin tuck_
_AAD/AROM_ _____ ☐ See Flowsheet

**Assessment:** Progressing ☑ as expected ☐ slowly ☐ rapidly ☐ unchanged ☐ regressing
_see re-eval_ _____

**Plan of Care:** ☐ Continue POC ☑ Changes include:_____ D/C home c HEP ____
Therapist _Kim Criner PT_ Date _4/26/06_

**Patient Reports:** Symptoms ☐ Decreased ☐ Increased ☐ Same **Exercise Compliance** ☐ Yes ☐ No ☐ n/a
**Subjective:**_____

**Key Objective Findings:**_____

Rx: MH/CP US____m USMS____m ES____m ManES____m W.Pool____m T.Pool____m T.Ex____m T.Act____m
Jt. Mob/Myo____m NM ReEd____m Gait Training____m Traction ConBath ParBath TENS ☐ Ionto ☐ Anodyne
Work Hard ___h FCE___h ImpairRate ___ ☐ PT Eval ☐ Re-Eval *Other _____
**Exercises Performed**_____
_____ ☐ See Flowsheet

**Assessment:** Progressing ☐ as expected ☐ slowly ☐ rapidly ☐ unchanged ☐ regressing

**Plan of Care:** ☐ Continue POC Changes include:_____
Therapist _____ Date___/___/___

Patient: Tami Singletary  Chart Number 30516  Physician:

**Patient Reports:** Symptoms ☐ Decreased ☐ Increased ☐ Same    **Exercise Compliance** ☐ Yes ☐ No ☐ n/a
**Subjective:** cont c̄ HA sx ® temporal lobe

**Key Objective Findings:**_____

Rx: MH/CP US____m USMS 10 m ES 20m ManES 15 m W.Pool____m T.Pool____m T.Ex 15 m T.Act____m
Jt. Mob/Myo 25 m NM ReEd____m Gait Training____m Traction ConBath ParBath TENS ☐ Ionto ☐ Anodyne
Work Hard____h FCE____h ImpairRate____ ☐ PT Eval ☐ Re-Eval ☐Other_____
**Exercises Performed** myo K C3
                                                                    ☐ See Flowsheet
**Assessment:** Progressing ☐ as expected ☐ slowly ☐ rapidly ☐ unchanged ☐ regressing
↓ sx p̄ Rx today

**Plan of Care:** ☐ Continue POC   Changes include:_____
                        Therapist _Mily Tuttle PTA_    Date 4/13/06

---

**Patient Reports:** Symptoms ☐ Decreased ☐ Increased ☐ Same    **Exercise Compliance** ☐ Yes ☐ No ☐ n/a
**Subjective:** Pt cont c̄ HA ® temporal lobe → sx down ® cervical into shoulder
**Key Objective Findings:** ↑ ms tension UT, levator, scalenes, SCM

Rx: MH/CP US 10 m USMS 10 m ES 20 m ManES 12 m W.Pool____m T.Pool____m T.Ex____m T.Act____m
Jt. Mob/Myo 25 m NM ReEd____m Gait Training____m Traction ConBath ParBath TENS ☐ Ionto ☐ Anodyne
Work Hard____h FCE____h ImpairRate____ ☐ PT Eval ☐ Re-Eval *Other_____
**Exercises Performed**_____
                                                                    ☐ See Flowsheet
**Assessment:** Progressing ☐ as expected ☐ slowly ☐ rapidly ☐ unchanged ☐ regressing
ROM improved p̄ Rx

**Plan of Care:** ☐ Continue POC   Changes include:_____
                        Therapist _Mily Tuttle PTA_    Date 4/14/06

---

**Patient Reports:** Symptoms ☐ Decreased ☐ Increased ☐ Same    **Exercise Compliance** ☐ Yes ☐ No ☐ n/a
**Subjective:** states MD changed some of her medications and she's doing a lot better
**Key Objective Findings:**_____

Rx: MH/CP US____m USMS____m ES 20 m ManES____m W.Pool 15 m T.Pool 30 m T.Ex____m T.Act____m
Jt. Mob/Myo____m NM ReEd____m Gait Training____m Traction ConBath ParBath TENS ☐ Ionto ☐ Anodyne
Work Hard____h FCE____h ImpairRate____ ☐ PT Eval ☐ Re-Eval *Other_____
**Exercises Performed** pool ex's Scapular stabilization and strengthening
                                                                    ☐ See Flowsheet
**Assessment:** Progressing ☐ as expected ☐ slowly ☐ rapidly ☐ unchanged ☐ regressing
improving

**Plan of Care:** ☐ Continue POC   Changes include:_____
                        Therapist _Mily Tuttle PTA_    Date 04/19/06

**Daily Progress Notes**

| Patient Tami Singletary | Chart Number | Physician | Diagnosis |
|---|---|---|---|

**Patient Reports:** Symptoms ☑Decreased ☐Increased ☐Same     Exercise Compliance ☑yes ☐no ☐n/a

**Subjective:** " Doing better, had a little ache yesterday
@ riding pushing grocery cart @ walmart

**Key Objective Findings:**

Rx: (MH)/CP (US) USMS (ES) ManES 15 m Ionto Trac WP T.Pool____m Myo/Jt. Mob____m T.Ex 15 m T.Act____m Gait
ParB   NM ReEd____m TENS PT Eval   Re-Eval   Work Hard ____h FCE ____h ImpairRate _____ Anodyne
Other_____

Exercises Performed ___UBE_____
_____☐See Flowsheet

**Assessment:** Progressing ☑as expected ☐slowly ☐ rapidly ☐ unchanged ☐regressing Progressing
Well c j'd pain

**Plan of Care:** ☑Continue POC   Changes include: _____
Therapist _Only Tuttle, PTA_____ Date 03/20/06

**Patient Reports:** Symptoms ☑Decreased ☐ Increased ☐ Same     Exercise Compliance ☑yes ☐no ☐n/a

**Subjective:** C/o headache this a.m. but not as bad as
usual "

**Key Objective Findings:**_____

Rx (MH)/CP US USMS (ES) ManES____m Ionto Trac WP T.Pool____m Myo/Jt. Mob 15 m T.Ex 15 m T.Act____m Gait
ParB   NM ReEd____m TENS PT Eval   Re-Eval   Work Hard ____h FCE____h ImpairRate _____ Anodyne Other

Exercises Performed ___UBE 8min.____
_____☐See Flowsheet

**Assessment:** Progressing ☑as expected ☐slowly ☐ rapidly ☐ unchanged ☐regressing _____

**Plan of Care:** ☑Continue POC   Changes include: _____
Therapist _Kim Casper PT_____ Date 3/21/06

**Patient Reports:** Symptoms ☐Decreased ☑Increased ☐Same     Exercise Compliance ☐yes ☐no ☐n/a

**Subjective:** reports being sick c sinus infection + has had a
HA x 6 days. reports j'd LUP a stiffness.

**Key Objective Findings:**_____

Rx (MH)/CP US USMS (ES) ManES____m Ionto Trac WP T.Pool____m Myo/Jt. Mob 15 m T.Ex 15 m T.Act____m Gait
Par B   NM ReEd____m TENS PT Eval   Re-Eval   Work Hard ____h FCE ____h ImpairRate _____ Anodyne Other

Exercises Performed_____
_____☐See Flowsheet

**Assessment:** Progressing ☐as expected ☑slowly ☐ rapidly ☐ unchanged ☐regressing _____ Daily   Complaints
j'd today c

**Plan of Care:** ☐ Continue POC ☑ Changes include: __1. Request continuation orders
Therapist _Kim Casper_____ Date 4/12/06

*"stay fit…live well"*

**Daily Progress Notes**

Patient: Tami Singletary   Chart Number _____   Physician _____   Diagnosis _____

Patient Reports : Symptoms □ Decreased □ Increased □ Same   Exercise Compliance □ yes □ no □ n/a
Subjective: _____

Key Objective Findings: _____
Appearance/Posture Observed □ Improved □ Same □ Diminished _____
Movement Quality/ROM □ Improved □ Same □ Diminished _____
Work/Activity Status □ regular □ modified □ Off/hold □ Pt. PDC □ Unemp □ SED □LIG □HEA □VHEA
Rx: MH/CP US ES ManES Ionto Trac WP T.Pool Myo Jt. Mob T.Ex___m T.Act___m Gait ConB PB NM ReEd TENS Anodyne
Work Hard ____h FCE ____h PT Eval Re-Eval ImpairRate ____ Other _Reevaluation by USMS.

Exercises Performed _____ □See Flowsheet Re Eval
Assessment: Progressing □as expected □slowly □ rapidly □ unchanged □regressing _____
_____

Plan of Care: □ Continue POC   Changes include: _____
                          Therapist _Kim Anner PT_   Date _8/21/06_

—————————————————————————————————————

Patient Reports : Symptoms □ Decreased □ Increased □ Same   Exercise Compliance □ yes □ no □ n/a
Subjective: _Pt. C/o HA (L) temporal/frontal area – occipital TP_
Key Objective Findings: _↓ROM lat flex + rotation_
Appearance/Posture Observed □ Improved □ Same □ Diminished _____
Movement Quality/ROM □ Improved □ Same □ Diminished _____
Work/Activity Status □ regular □ modified □ Off/hold □ Pt. PDC □ Unemp □ SED □LIG □HEA □VHEA
Rx: MH/CP US ES ManES Ionto Trac WP T.Pool Myo/Jt. Mob T.Ex √m T.Act___m Gait ConB PB NM ReEd TENS Anodyne
Work Hard ____h FCE ____h PT Eval Re-Eval ImpairRate ____ Other _____
Exercises Performed _as outlined_ □See Flowsheet
Assessment: Progressing □as expected □slowly □ rapidly □ unchanged □regressing _performing HEP,_
_↑ ROM, √ tenderness p̄ R/_

Plan of Care: □ Continue POC   Changes include: _____
                          Therapist _Nily Tuttle PT_   Date _3/6/06_

—————————————————————————————————————

Patient Reports: Symptoms □ Decreased □ Increased □ Same   Exercise Compliance □ yes □ no □ n/a
Subjective: _Pt. reports ↑ tightness in UT area ® >L_
Key Objective Findings: _TrP (B) levator, UT, scalenes, SCM, C3-C5 TP_
Appearance/Posture Observed □ Improved □ Same □ Diminished _____
Movement Quality/ROM □ Improved □ Same □ Diminished _____
Work/Activity Status □ regular □ modified □ Off/hold □ Pt. PDC □ Unemp □ SED □LIG □HEA □VHEA
Rx: MH/CP US ES ManES Ionto Trac WP T.Pool Myo/Jt. Mob T.Ex___m T.Act___m Gait ConB PB NM ReEd TENS Anodyne
Work Hard ____h FCE ____h PT Eval Re-Eval ImpairRate ____ Other _facets not (L)_
Exercises Performed _____ □See Flowsheet
Assessment: Progressing □as expected □slowly □ rapidly □ unchanged □regressing _improved C-Rom_
_p̄ R/_

Plan of Care: □ Continue POC   Changes include: _____
                          Therapist _Nily Tuttle PT_   Date _3/3/06_



# Wiregrass Therapy & WEllness Company

**407 N. Shady Lane**  
**Dothan, Alabama 36303**

Phone (334) 673-7282  
Fax (334) 673-7283  

*www.wiregrasstherapy.com*

### REEVALUATION

**Patient:** Tami Singletary  
**Date:** April 7, 2006

**DOB:** December 22, 1965  
**Start of Care:** February 27, 2006

**Physician:** Richard Meadows, D.O.  
**Number of Visits:** 6

| Subjective: |
|---|
| Patient reports that she has been sick with a sinus infection and allergies over the past week and reports that she has had a headache for the last six days. Patient also complains of having increased neck pain and stiffness today and over the last few days. |

| Objective: | Initial Measurements | Present Measurements |
|---|---|---|
| Postural Alignment | Slightly forward head and rounded shoulders posture. No asymmetries in shoulder heights. | This is continued. |
| Range of Motion – Cervical | Forward flexion = 55° <br> Backward bend = 60° <br> Right lateral flexion = 35° and painful <br> Left lateral flexion = 40° <br> Right rotation = 9.5cm and painful <br> Left rotation = 8cm | Forward flexion = 30° <br> Backward bend = 30° <br> Lateral flexion = 30° <br> All range of motion painful and severely limited today. Patient very guarded with range of motion. |

| Strength: | Initial Measurements | Present Measurements |
|---|---|---|
| Upper Extremities | 5/5 | Strength testing deferred today secondary to increased pain symptoms. |

| Pain: (0-10) | Initial Measurements | Present Measurements |
|---|---|---|
| | 5/10 | 8/10 |

| Other Tests & Measurements: | Initial Measurements | Present Measurements |
|---|---|---|
| Palpation | Grade II tenderness noted over left occiput, upper trapezius. <br> Grade I over cervical paraspinals and transverse processes. | Significant palpable tightness in left upper trapezius region. Tenderness continued with headache symptoms into the temporal region, left sided. |

**Assessment/Recommendations:** Patient had progressed with decreased headaches, improving range of motion, and progressed with therapeutic exercise program until this visit. Patient with significant increase in pain symptoms and loss of range of motion. Patient has only been able to attend therapy at one time per week, and recommend continuation of physical therapy at least twice per week x three weeks to address continued symptoms. Thank you.

_Kim Conner PT_ 04/12/06 PTH 3478  
Kim Conner, P.T.                Date

Physician's Comments/Orders:

_____Agree with recommendations to continue Rx _____D/C with home program.

2x/week_____ 3x/week_____ for one month_____ for two weeks_____

**MAILED**  
4-12-06

_signature_ 6/14/06  
Richard Meadows, D.O.                Date

*"solutions for living well"*

UPPER TRUNK - 88  Pectoralis Stretch With Scapula
Adduction: Supine (Towel Roll)



Lie with rolled towel under spine vertically. Gently squeeze
shoulder blades together.

Do __5__ times, __2__ times per day.

UPPER TRUNK - 5  Nod: Cervical Flexion



Nod head, tipping
chin down. Tighten
muscles in the back
of throat.

Do __5__ times,
__2__ times per day.

---

EXERCISE - 1
Stretch Break - Chin Tuck



Looking straight forward, tuck chin and hold __5__ seconds.
Relax and return to starting position.

Repeat __5__ times every __2__ hours.

EXERCISE - 5
Stretch Break - Chest and Shoulder Stretch



Maintaining erect posture, draw
shoulders back while bringing
elbows back and inward.
Return to starting position.

Repeat __5__ times
every __2__ hours.

---

EXERCISE - 3
Stretch Break - Shoulder Roll



Roll shoulders forward, up, back, and down to complete a
circle __10__ times. Reverse direction and repeat.

Repeat __5__ times every __2__ hours.

CERVICAL SPINE - 26
Flexibility: Neck Stretch

Grasp arm above wrist and
pull downward across body
while gently tilting head.
Hold _5-10_ seconds. Relax.

Repeat __3__ times.
Do __2__ sessions per day.

---

Copyright© 1999-2005 VHI                                                    Page 1 of 1



# Wiregrass Therapy & Wellness Company

**407 N. Shady Lane**  
**Dothan, Alabama 36303**

Phone (334) 673-7282  
Fax (334) 673-7283

*www.wiregrasstherapy.com*

## PHYSICAL THERAPY INITIAL EVALUATION

**Patient:** Tami Singletary  
**Date of Birth:** December 22, 1965  
**Physician:** Richard Meadows, D.O.  
**Therapist:** Kim Conner, P.T.  
**Diagnosis:** Neck Pain, S/P Motor Vehicle Accident  
**Onset Date:** October 4, 2005  
**Evaluation Date:** February 27, 2006

**Subjective:** Patient is a 40-year-old female who presented today with complaints of left sided neck pain following a motor vehicle accident in October 2005. Patient reports her mini-van was sideswiped by an 18-wheeler as she was stopped on the highway for a school bus. Patient reports that she saw the truck approaching and looked into her rearview mirror and over her right shoulder at her children in the backseat. Patient reports her vehicle was knocked into a ravine. She was not taken to the ER at that time, however, does report that her pain symptoms began within a few minutes following the accident in her neck. Patient reports that she was seen shortly after the accident by a chiropractor and received several treatments from the chiropractor as well as taking muscle relaxers and pain medication. Patient reports that she was issued a contour pillow from the chiropractor but that her pain symptoms have continued and that she has become dependent on Flexeril at night to be able to rest, and her symptoms are increased if she has not taken the Flexeril. Patient also reports that she works in an accounting position and that her job requirements for looking down at spreadsheets as well as a computer frequently tend to aggravate her neck pain symptoms. Patient also complains of having daily headaches, for which she does have to take additional medications two to three times per week. Patient did undergo an MRI in, she believes, January of this year, with the results of a whiplash injury. A copy of the MRI report will be requested from Dr. Meadows. Patient denies any symptoms into her left upper extremity beyond the upper trapezius region or into her hand. Patient works full-time, is married, and has a nine-year-old daughter and a six-year-old son.

**Past Medical History:** Patient denies any significant medical history and reports that the only other medication she takes is for sinus problems.

**Patient's Goal:** To be able to return to her regular daily activities and job requirements without having to take medication. Patient wants to be able to discontinue taking Flexeril or any type of muscle relaxer or pain medicine.

**Objective:** **Mobility Skills:** Patient demonstrated independent ambulation and overall mobility.

**Structural Observation:** Patient demonstrated a slightly forward head, rounded shoulders posture. No asymmetries were noted in the shoulder heights.

**ROM: Cervical:** Forward flexion = 55°, backward bend = 60°, right lateral flexion = 35° and painful, left lateral flexion = 40°, right rotation = 9.5cm and painful, and left rotation = 8cm.

**Upper Extremities:** Range of motion was within normal limits.

**Lower Extremities:** Not assessed at this time.

**Thoracolumbar Spine:** Within normal limits.

**Strength:** Upper extremity strength was a 5/5, no asymmetry noted. Right grip strength was 25kg. Left grip strength was 22kg, using dynamometer.

**Neuroscreen:** Bilateral upper extremities with sensation were grossly intact with light touch.

**Pain:** Using 0-10 pain analog scale, patient rates pain now = 5/10, however, does report her symptoms are worse with work activities with looking down and when not taking Flexeril.

**Palpation:** Grade II tenderness noted through the left occiput and upper trapezius region at insertion. Grade I tenderness at the upper trapezius and cervical paraspinals and transverse processes.

*"solutions for living well"*

Patient: Tami Singletary                    Date: February 27, 2006                    Page 2

<u>RX:</u> Patient's evaluation was performed today followed by treatment of ultrasound and electrical stimulation combination to the left upper trapezius and posterior cervical region. Patient then received myofascial release and gentle stretching into the cervical tissue while in a supine position. Patient was initiated with cervical range of motion, postural and gentle stretching exercises to begin performing on a daily basis. Patient also was instructed in use of continued heat and ice at home.

<u>Assessment:</u> Patient presented today with significant complaints of pain, limited cervical range of motion involving right lateral flexion and rotation to the right. Patient's pain symptoms are interfering with daily work activities as well as all activities of daily living requiring her to continue use of Flexeril for relief at night and during the day. Patient also with palpable tightness and tenderness through the left upper trapezius and left cervical region. Feel patient should benefit from physical therapy intervention to address problems and to work toward achieving goals. Patient's job requirements and required 30 to 45 minutes of drive time to attend physical therapy sessions will limit her visits to one to two times per week x four to six weeks.

<u>LTG:</u> (4-6 weeks):
1.  Patient will demonstrate improved cervical range of motion to symmetrical, within normal limits, and pain free range.
2.  Pain symptoms reduced, such that patient is no longer dependent on Flexeril or any prescription medications for sleeping or for pain relief during the day.

<u>STG:</u> (3-4 weeks):
1.  Patient will demonstrate independence with a home exercise program.
2.  Decrease tenderness on palpation to a grade zero.
3.  Patient education in posture and positioning with job and driving environments.
4.  Decrease subjective pain to a 3/10 at worst, with headache symptoms no more than three times per week.

<u>Plan:</u> Continue physical therapy at one to two times per week x four to six weeks for treatment to include ultrasound, electrical stimulation, moist heat, cold pack, manual therapy techniques of myofascial release and soft tissue mobilization, neuromuscular reeducation for posture, movement, and positioning, and therapeutic exercise program, with patient progressing to an independent home program.

Thank you for this referral.

Kim Conner, P.T.                    030306    PTH 3478
Kim Conner, P.T.                    Date

I have read the above evaluation and also agree and certify the plan of care.

_____        _____
Richard Meadows, D.O.                    Date

DD: 02/27/06
DT: 03/01/06

KC/mt

FAXED
3-8-06

Tami Singletary
585-5647 or work # 585-3699




## Wiregrass Therapy & Wellness Company
*"solutions for living well"*
Phone (334) 673-7282   Dothan, Alabama   Fax (334) 673-7283

### Physical Therapy Referral

Patient Name: Tami Singletary          Date: 1-25-06

Diagnosis: Neck pain          Code: _____

Frequency: ___ Daily ___ 4 x Week ___ 3 x Week ___ 2 x Week ___ 1 x Week
Duration: ___ 1 Time Visit   Weeks: ___ 1 ___ 2 ___ 3 ___ 4

I certify the Physical Therapy services for the above named patient are medically necessary.

Physician: R. Meadows          Physician's Signature: _____

Special Precautions: Neck pain post MVA

### ☑ Physical Therapy Evaluate and Treat

**☐ Evaluate and Treat Physical Therapy**
- ☐ Low Back Pain
- ☐ Spinal Disc /Deg. Disc Disease
- ☒ Neck Pain
- ☐ Tendonitis
- ☐ Fibromyalgia
- ☐ Osteoarthritis Program
- ☐ Headaches
- ☐ Post-Operative: _____
- ☐ Joint Strain/Sprain _____
- ☐ TMJ Dysfunction
- ☐ Sacro-iliac Dysfunction
- ☐ Adhesive Capsulitis
- ☐ Shoulder impingement
- ☐ Trochanteric Bursitis
- ☐ Hip Pain, Sciatica
- ☐ Plantarfasciitis
- ☐ Total Joint Replacement
- ☐ Post-Mastectomy

**☐ Certified Hand Therapist Consult**
- ☐ Edema Control
- ☐ Joint Protection Protocol
  - ☐ Splint ☐ Education
- ☐ Static Splint _____
- ☐ Dynamic Splint _____
- ☐ RA/Arthritic Hand Management
- ☐ CTS
- ☐ Other _____

**☐ Corporate/Industrial P.T. Consult**
- ☐ Modified Work Duty/Job Match
- ☐ Functional Capacity Evaluation
- ☐ PPD/Impairment Evaluation
- ☐ Disability/Pain Control Interface
- ☐ Job Site Analysis
- ☐ Work Method Training
- ☐ Other _____

### ☐ Physical Therapy Treatment Requested
- ☐ ROM ___ Active ___ Passive ___ HEP
- ☐ Myofascial Release/Soft Tissue Mob.
- ☐ Lumbar Spine: Stabilization/Education
- ☐ McKenzie Extension Program
- ☐ Ultrasound
- ☐ Patello-Femoral Joint Program
- ☐ Iontophoresis
- ☐ Spinal Traction
- ☐ Gait Training
- ☐ Cardiac Rehab/Home Program

### ☐ Wellness Services
- ☐ Pre-/Post-Partum Program
- ☐ Relaxation Training/Stress Mgt.
- ☐ Personal Trainer/Fitness
- ☐ Cardiovascular Conditioning
- ☐ Diabetes Program
- ☐ Nutrition Counseling
- ☐ Yoga
- ☐ Well-Kids
- ☐ Massage

### ☐ Auxiliary Services
- ☐ Cervical/Lumbar Pillow
- ☐ Theraputty
- ☐ Orthotic _____
- ☐ TENS Unit Rental: Fit & Ed.
- ☐ Trigger Point Thera-Cane
- ☐ Shoulder Pulley
- ☐ Theraband
- ☐ Heel Lift
- ☐ _____

**STATEMENT**

688-0053                              September 01, 2006

**WIREGRASS THERAPY AND WELLNESS**
**407 N SHADY LANE**
**Dothan, AL 36303**

Tax ID#:  631258539

Bill To:

TAMI L SINGLETARY
325 CO ROAD 45  SOUTH
Headland, AL 36345

Account #: 000300516

TAMI L SINGLETARY
325 CO ROAD 45  SOUTH
Headland, AL 36345

Tel: 334-585-5647      334-726-1051

Amount Enclosed: _____

| Provider: KIMBERLY B CONNER RPT | | WIREGRASS THERAPY AND WELLNESS | | | | |
|---|---|---|---|---|---|---|
| Account #: 000300516  Patient: | TAMI L SINGLETARY | Responsible: TAMI L SINGLETARY | | | | 09/01/2006 |

| Chrg# | Date | Description of Services and Reference | Provider | Charges | Pymt/Adj | Balance |
|---|---|---|---|---|---|---|
| | | TAMI L SINGLETARY | | | | |
| 1 | 02/27/06 | CHARGES PHYSICAL THERAPY EVALUATION | CONNER, KIMBERLY B | 185.00 | | 185.00 * |
| 2 | 02/27/06 | CHARGES PHYSICAL TX EXCERCISES, EA 15 MIN | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 3 | 02/27/06 | CHARGES MFR RELEASE/JOINT MOBILE, EA 15 MINS | CONNER, KIMBERLY B | 75.00 | | 75.00 * |
| 4 | 02/27/06 | CHARGES ULTRASOUND, EACH 15 MINUTES | CONNER, KIMBERLY B | 78.00 | | 78.00 * |
| 5 | 02/27/06 | CHARGES ELECTRICAL STIMULATOR SUPPLIES, PER M | CONNER, KIMBERLY B | 19.95 | | 19.95 * |
| | 02/28/06 | ECTRODES, W/ MUSCLE STIM | | | | |
| 6 | 03/06/06 | CHARGES ELECTRICAL STIM UNATTENDED, EA 15 MINU | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 7 | 03/06/06 | CHARGES ELECTRICAL STIM MANUAL, EA 15 MINS | CONNER, KIMBERLY B | 148.00 | | 148.00 * |
| 8 | 03/06/06 | CHARGES PHYSICAL TX EXCERCISES, EA 15 MIN | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 9 | 03/06/06 | CHARGES ULTRASOUND, EACH 15 MINUTES | CONNER, KIMBERLY B | 78.00 | | 78.00 * |
| 10 | 03/06/06 | CHARGES HOT OR COLD PACKS THERAPY | CONNER, KIMBERLY B | 30.00 | | 30.00 * |
| 11 | 03/13/06 | CHARGES ELECTRICAL STIM UNATTENDED, EA 15 MINU | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 12 | 03/13/06 | CHARGES MFR RELEASE/JOINT MOBILE, EA 15 MINS | CONNER, KIMBERLY B | 150.00 | | 150.00 * |
| 13 | 03/13/06 | CHARGES ULTRASOUND, EACH 15 MINUTES | CONNER, KIMBERLY B | 78.00 | | 78.00 * |
| 14 | 03/13/06 | CHARGES HOT OR COLD PACKS THERAPY | CONNER, KIMBERLY B | 30.00 | | 30.00 * |
| 15 | 03/20/06 | CHARGES ELECTRICAL STIM UNATTENDED, EA 15 MINU | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 16 | 03/20/06 | CHARGES ELECTRICAL STIM MANUAL, EA 15 MINS | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 17 | 03/20/06 | CHARGES PHYSICAL TX EXCERCISES, EA 15 MIN | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 18 | 03/20/06 | CHARGES ULTRASOUND, EACH 15 MINUTES | CONNER, KIMBERLY B | 78.00 | | 78.00 * |
| 19 | 03/20/06 | CHARGES HOT OR COLD PACKS THERAPY | CONNER, KIMBERLY B | 30.00 | | 30.00 * |
| 20 | 03/29/06 | CHARGES ELECTRICAL STIM UNATTENDED, EA 15 MINU | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 21 | 03/29/06 | CHARGES PHYSICAL TX EXCERCISES, EA 15 MIN | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 22 | 03/29/06 | CHARGES MFR RELEASE/JOINT MOBILE, EA 15 MINS | CONNER, KIMBERLY B | 75.00 | | 75.00 * |
| 23 | 03/29/06 | CHARGES ULTRASOUND, EACH 15 MINUTES | CONNER, KIMBERLY B | 78.00 | | 78.00 * |
| 24 | 03/29/06 | CHARGES HOT OR COLD PACKS THERAPY | CONNER, KIMBERLY B | 30.00 | | 30.00 * |
| 25 | 04/07/06 | CHARGES PHYSICAL THERAPY, RE-EVALUATION | CONNER, KIMBERLY B | 85.00 | | 85.00 * |

**CONTINUED ON NEXT PAGE**                    **CONTINUED ON NEXT PAGE**

PLAINTIFF'S
EXHIBIT

6

**WIREGRASS THERAPY AND WELLNESS**
**407 N SHADY LANE**
**Dothan, AL 36303**

Tax ID#:   631258539

September 01, 2006

Bill To:

TAMI L SINGLETARY
325 CO ROAD 45  SOUTH
Headland, AL 36345

Account #: 000300516

TAMI L SINGLETARY
325 CO ROAD 45  SOUTH
Headland, AL 36345

Tel: 334-585-5647      334-726-1051

Amount Enclosed: _____

| | | | | | | |
|---|---|---|---|---|---|---|
| Provider: | KIMBERLY B CONNER RPT | | WIREGRASS THERAPY AND WELLNESS | | | |
| Account #: 000300516 Patient: | TAMI L SINGLETARY | | Responsible: TAMI L SINGLETARY | | | 09/01/2006 |

| Chrg# | Date | Description of Services and Reference | Provider | Charges | Pymt/Adj | Balance |
|---|---|---|---|---|---|---|
| 26 | 04/07/06 | CHARGES ELECTRICAL STIM UNATTENDED, EA 15 MINL | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 27 | 04/07/06 | CHARGES PHYSICAL TX EXCERCISES, EA 15 MIN | CONNER, KIMBERLY D | 74.00 | | 74.00 * |
| 28 | 04/07/06 | CHARGES MFR RELEASE/JOINT MOBILE, EA 15 MINS | CONNER, KIMBERLY B | 75.00 | | 75.00 * |
| 29 | 04/07/06 | CHARGES HOT OR COLD PACKS THERAPY | CONNER, KIMBERLY H | 30.00 | | 30.00 * |
| 30 | 04/12/06 | CHARGES ELECTRICAL STIM UNATTENDED, EA 15 MINL | CONNER, KIMBERLY H | 74.00 | | 74.00 * |
| 31 | 04/12/06 | CHARGES ELECTRICAL STIM MANUAL, EA 15 MINS | CONNER, KIMBERLY D | 74.00 | | 74.00 * |
| 32 | 04/12/06 | CHARGES PHYSICAL TX EXCERCISES, EA 15 MIN | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 33 | 04/12/06 | CHARGES MFR RELEASE/JOINT MOBILE, EA 15 MINS | CONNER, KIMBERLY H | 75.00 | | 75.00 * |
| 34 | 04/12/06 | CHARGES ULTRASOUND, EACH 15 MINUTES | CONNER, KIMBERLY U | 78.00 | | 78.00 * |
| 35 | 04/14/06 | CHARGES ELECTRICAL STIM UNATTENDED, EA 15 MINL | CONNER, KIMBERLY H | 74.00 | | 74.00 * |
| 36 | 04/14/06 | CHARGES ELECTRICAL STIM MANUAL, EA 15 MINS | CONNER, KIMBERLY H | 74.00 | | 74.00 * |
| 37 | 04/14/06 | CHARGES MFR RELEASE/JOINT MOBILE, EA 15 MINS | CONNER, KIMBERLY B | 150.00 | | 150.00 * |
| 38 | 04/14/06 | CHARGES ULTRASOUND, EACH 15 MINUTES | CONNER, KIMBERLY B | 78.00 | | 78.00 * |
| 39 | 04/19/06 | CHARGES ELECTRICAL STIM UNATTENDED, EA 15 MINL | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 40 | 04/19/06 | CHARGES ULTRASOUND, EACH 15 MINUTES | CONNER, KIMBERLY B | 78.00 | | 78.00 * |
| 41 | 04/19/06 04/24/06 | CHARGES POOL/AQUATIC THERAPY W/EXERCISES/EAC TES | CONNER, KIMBERLY U | 110.00 | | 110.00 * |
| 42 | 04/19/06 04/24/06 | CHARGES WHIRLPOOL THERAPUETIC THERAPY/APPLIC DALITY TO 1+ AREAS;EACH 15 MINUTE | CONNER, KIMBERLY H | 55.00 | | 55.00 * |
| 43 | 04/19/06 | CHARGES HOT OR COLD PACKS THERAPY | CONNER, KIMBERLY H | 30.00 | | 30.00 * |
| 44 | 04/21/06 | CHARGES ELECTRICAL STIM UNATTENDED, EA 15 MINL | CONNER, KIMBERLY U | 74.00 | | 74.00 * |
| 45 | 04/21/06 | CHARGES ELECTRICAL STIM MANUAL, EA 15 MINS | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 46 | 04/21/06 | CHARGES MFR RELEASE/JOINT MOBILE, EA 15 MINS | CONNER, KIMBERLY B | 76.00 | | 75.00 * |
| 47 | 04/21/06 04/25/06 | CHARGES POOL/AQUATIC THERAPY W/EXERCISES/EAC TES | CONNER, KIMBERLY B | 110.00 | | 110.00 * |
| 48 | 04/21/06 | CHARGES HOT OR COLD PACKS THERAPY | CONNER, KIMBERLY B | 30.00 | | 30.00 * |
| 49 | 04/26/06 | CHARGES PHYSICAL THERAPY, RE-EVALUATION | CONNER, KIMBERLY B | 85.00 | | 85.00 * |

**CONTINUED ON NEXT PAGE**                                    **CONTINUED ON NEXT PAGE**

**STATEMENT**

September 01, 2006

**WIREGRASS THERAPY AND WELLNESS**

**407 N SHADY LANE**
**Dothan, AL 36303**

Tax ID#:   631258539

Bill To:

TAMI L SINGLETARY
325 CO ROAD 45  SOUTH
Headland, AL 36345

Account #: 000300516

TAMI L SINGLETARY
325 CO ROAD 45  SOUTH
Headland, AL 36345

Tel: 334-585-5647      334-726-1051

Amount Enclosed:_____

| Provider: | KIMBERLY B CONNER RPT | | WIREGRASS THERAPY AND WELLNESS | | | |
|---|---|---|---|---|---|---|
| Account #: 000300516 Patient: | | TAMI L SINGLETARY | | Responsible: TAMI L SINGLETARY | | 09/01/2006 |

| Chrg# | Date | Description of Services and Reference | Provider | Charges | Pymt/Adj | Balance |
|---|---|---|---|---|---|---|
| 50 | 04/26/06 | CHARGES ELECTRICAL STIM UNATTENDED, EA 15 MIN | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 51 | 04/26/06 | CHARGES PHYSICAL TX EXCERCISES, EA 15 MIN | CONNER, KIMBERLY B | 74.00 | | 74.00 * |
| 52 | 04/26/06 | CHARGES HOT OR COLD PACKS THERAPY | CONNER, KIMBERLY B | 30.00 | | 30.00 * |

Amount Due

 3,890.95

| | Current | Over 30 | Over 60 | Over 90 | Balance | Unapplied |
|---|---|---|---|---|---|---|
| Pt. | 0.00 | 3,890.95 | 0.00 | 0.00 | 3,890.95 | |
| Ins | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total | 0.00 | 3,890.95 | 0.00 | 0.00 | 3,890.95 | 0.00 |

* Charge Balances with an asterisk are your responsibility.
U This charge may not be covered by your primary insurance.
Please make check payable to Wiregrass Therapy & Wellness.  Send with top part of this statement.

THANK YOU!

Please call 334-673-7282 if you have any questions on this statement or amount due.
(  ) Payment is overdue on your account.Your prompt attention will be greatly appreciated .Thank you
(  ) Insurance has finished paying on your account. The balance is patient responsibility. Thank you

☒ **PATRICK G.** ___AN, M.D.          ☐ **THOMAS W. RIG** ___, Sr., M.D.
AL # 13839                                      AL # 16989
DEA #AR 2436497                           DEA #AR 1897909

1510 Forest Ave.
Montgomery, AL 36106
(334) 834-6422

Name _Tami Singletary_                    Age ___
Address ___                                  Date _9-12-07_

℞ Cervical P.T.
2-3x/wk x 3wks

DX: Cervical Rad

☐ Label

Refill ___ Times ___

_Patrick Ryan MD_ , M.D.          _____, M.D.
Dispense as Written                    Product Selection Permitted



PLAINTIFF'S
EXHIBIT

P



**Chuck Outlaw, PT, OCS**[1]
**Bobby Perkins, PT, OCS, SCS**[2]
1 Board Certified Orthopaedic Physical Therapist
2 Board Certified Orthopaedic & Sports Physical Therapist

### INITIAL EVALUATION

| | | |
|---|---|---|
| **PATIENT:** | TAMI SINGLETARY  (5111) | **SEPTEMBER 26, 2007** |
| **DOB:** | DECEMBER 22, 1965 | |
| **DIAGNOSIS CODE:** | CERVICAL RADICULOPATHY | |
| **REFERRING PHYSICIAN:** | PATRICK RYAN, M.D. | |
| **PHYSICAL THERAPIST:** | CHUCK OUTLAW, P.T., O.C.S. | |

**HISTORY:** This patient is a 41-year-old female who presents with cervical radiculopathy. This patient states that she underwent an anterior cervical discectomy and fusion in August of 2007. She states that she is still experiencing pain and headache sensations and spasm in the cervical and parascapular area on the left. She states she does take Flexeril and ibuprofen for her current symptoms here.

**OBJECTIVE:** On examination today, the patient is complaining of pain in the posterior cervical and parascapular area radiating down to the superior angle of the left scapula here. Tenderness is noted along the upper trapezius and levator with trigger point tenderness and spasm seen here today. She reports no upper extremity symptoms, and manual muscle testing shows no motor or neurological deficits here. We do see slight forward head positioning, but no significant thoracic postural deviations are noted here today.

**ASSESSMENT:** Patient should benefit from modalities, massage, and exercise program.

**PATIENT UNDERSTANDS AND AGREES TO THE FOLLOWING GOALS:**

**SHORT-TERM GOALS:**       **Time Frame – Zero to Two Weeks**
1. Decrease pain and spasm in the cervical and parascapular area by 30% to 50%.
2. Initiate suboccipital stretching, postural correction, and parascapular strengthening exercises.

**LONG-TERM GOALS:**       **Time Frame –Three Weeks**
1. Full pain-free range of motion of the cervical spine, as possible.
2. Patient reporting 80% to 100% decrease in tightness and spasm of the left cervical and parascapular musculature.
3. Patient independent in a home exercise program

**PLAN OF TREATMENT:**
1. Modalities as needed to the involved areas.
2. Soft tissue massage.
3. Therapeutic exercise to include cervical spine range of motion, suboccipital extension, stretching, parascapular strengthening, and a postural program.

**FREQUENCY AND DURATION OF TREATMENT:** We will see this patient on a three-time a week basis for three weeks. At the end of this time, we will discharge this patient from physical therapy unless new orders are received.

Thank you for this referral.

Chuck Outlaw, P.T., O.C.S.

CO/eh
DD: 09/28/07
DT: 09/31/07

---

**3118 Ross Clark Circle, Suite 1, Dothan, AL 36303**
**Phone: (334) 673-2422  FAX: (334) 673-2425**

Tami Singletary                                      5111                                      09/27/07
Charges:  U/S, E/S, Exercise x 15 minutes.
Tami is in today showing good improvement with symptoms in the cervical and parascapular areas. Continued working with modalities and soft tissue massage to this region. Also working with exercises today for suboccipital stretching and stretching to a normal cervical curvature here. She states she has not been working on this exercise at home as regularly as she should be, but she states she is going to try to improve this over the weekend.

                                      Chuck Outlaw, P.T./eh


Tami Singletary                                      5111                                      09/26/07
Charges:  Evaluation, U/S, E/S, Exercise x 15 minutes.
This patient is seen initially today at the request of Dr. Patrick Ryan. The patient was treated with modalities to the posterior cervical and parascapular musculature. This was followed by instruction in suboccipital stretching in the supine position, as well as cervical curve stretching with a towel roll. Performed all of this quite well. We will progress here, as tolerated.

Chuck Outlaw, P.T./eh


Tami Singletary                                      5111                                      10/01/07
Charges:  U/S, E/S, Massage.
Tami is in today continuing with some tightness and pressure sensation in the cervical and parascapular area on the left. Continued working with local modalities and soft tissue massage to this region. Continues working with suboccipital stretching and chin tucking activities. Added scapular retraction with yellow Thera-Band for her to start working with at home, so she was given a home Thera-Band and understood the exercise quite well.

Chuck Outlaw, P.T./eh


'ı ami Singletary                                      5111                                      10/03/07
Charges: U/S, E/S, Massage.
Tami is in today still having a lot of discomfort in the cervical region.  We continued working with modalities and soft tissue massage to the parascapular region.  She states that she is actually going to have a little time off from work, which she has really been overdoing here over the past several days and not giving herself any chance to relax.  We will progress here, as tolerated.

Chuck Outlaw, P.T./eh


Tami Singletary                                      5111                                      10/10/07
Charges: U/S, E/S, Massage
Tami is in today continuing with modalities and soft tissue massage to the cervical and parascapular musculature.  She is showing best improvement today with tension and spasm seen in the neck and shoulder area.  She states she has been back to work for two days, and we do not see the amount of tension and spasm we had prior to her four-day vacation.  We will continue with localized treatment.

Chuck Outlaw, P.T./mt


10/24   Left message   3:04 pm

```
###.. Date.... Code.. Description DrFcl... Dx.... .Original Batch.. Ref........
        151682.1*5111 TAMI SINGLETARY              *Closed*
1    09/26/07 97001 PHYSICAL TH 36.3     723.1    133.00 100107S 151682.1
18   10/12/07 3.1   BLUE CROSS  36.3              -48.00 101207S BC101107A.1
19   10/12/07 49.303 $12.00 CO-P 36.3              0.00 101207S BC101107A.2
20   10/12/07 3.2   BLUE CROSS  36.3              -73.00 101207S BC101107A.3
72   12/07/07 5.5   APPROVAL 54 36.3              -12.00 120707S 157639.1*51
                    Balance:                        0.00

Primary: -48.00 Secondary: 0.00   Personal: -12.00  Adjustments: -73.00
       10/01/07 insur  BLUECROS                             61021
-------------------------------------------------------------------------------
        151682.2*5111 TAMI SINGLETARY              *Closed*
2    09/26/07 97110 THERAP PROC 36.3     723.1     48.00 100107S 151682.2
21   10/12/07 3.1   BLUE CROSS  36.3              -22.40 101207S BC101107A.4
22   10/12/07 49.303 $5.60 CO-PA 36.3              0.00 101207S BC101107A.5
23   10/12/07 3.2   BLUE CROSS  36.3              -20.00 101207S BC101107A.6
73   12/07/07 5.5   APPROVAL 54 36.3               -5.60 120707S 157639.2*51
                    Balance:                        0.00

Primary: -22.40 Secondary: 0.00   Personal: -5.60  Adjustments: -20.00
       10/01/07 insur  BLUECROS                             61021
---   -------------------------------------------------------------------------
        151682.3*5111 TAMI SINGLETARY              *Closed*
3    09/26/07 97014 APPLICATION 36.3     723.1     32.00 100107S 151682.3
24   10/12/07 3.1   BLUE CROSS  36.3              -17.60 101207S BC101107A.7
25   10/12/07 49.303 $4.40 CO-PA 36.3              0.00 101207S BC101107A.8
26   10/12/07 3.2   BLUE CROSS  36.3              -10.00 101207S BC101107A.9
74   12/07/07 5.5   APPROVAL 54 36.3               -4.40 120707S 157639.3*51
                    Balance:                        0.00

Primary: -17.60 Secondary: 0.00   Personal: -4.40  Adjustments: -10.00
       10/01/07 insur  BLUECROS                             61021
-------------------------------------------------------------------------------
        151682.4*5111 TAMI SINGLETARY              *Closed*
4    09/26/07 97035 APPLICATION 36.3     723.1     26.00 100107S 151682.4
27   10/12/07 3.1   BLUE CROSS  36.3              -16.80 101207S BC101107A.1
28   10/12/07 49.303 $4.20 CO-PA 36.3              0.00 101207S BC101107A.1
29   )/12/07 3.2    BLUE CROSS  36.3               -5.00 101207S BC101107A.1
75   12/07/07 5.5   APPROVAL 54 36.3               -4.20 120707S 157639.4*51
                    Balance:                        0.00

Primary: -16.80 Secondary: 0.00   Personal: -4.20  Adjustments: -5.00
       10/01/07 insur  BLUECROS                             61021
-------------------------------------------------------------------------------
        151737.1*5111 TAMI SINGLETARY              *Closed*
     09/27/07 97110 THERAP PROC 36.3     723.1     48.00 100107S 151737.1
0    10/12/07 3.1   BLUE CROSS  36.3              -22.40 101207S BC101107A.1
1    10/12/07 49.303 $5.60 CO-PA 36.3              0.00 101207S BC101107A.1
2    10/12/07 3.2   BLUE CROSS  36.3              -20.00 101207S BC101107A.1
     12/07/07 5.5   APPROVAL 54 36.3               -5.60 120707S 157639.5*51
                    Balance:                        0.00

rimary: -22.40 Secondary: 0.00   Personal: -5.60  Adjustments: -20.00
       10/01/07 insur  BLUECROS                             61062
-------------------------------------------------------------------------------
        151737.2*5111 TAMI SINGLETARY              *Closed*
     09/27/07 97014 APPLICATION 36.3     723.1     32.00 100107S 151737.2
3    10/12/07 3.1   BLUE CROSS  36.3              -17.60 101207S BC101107A.1
```



PLAINTIFF'S
EXHIBIT

Q

```
34   10/12/07 49.303 $4.40 CO-PA 36.3              0.00 101207S BC101107A.1
35   10/12/07 3.2   BLUE CROSS  36.3             -10.00 101207S BC101107A.1
77   12/07/07 5.5   APPROVAL 54 36.3              -4.40 120707S 157639.6*51
                    Balance:                       0.00
```

Primary: -17.60 Secondary: 0.00  Personal: -4.40  Adjustments: -10.00
     10/01/07 insur  BLUECROS                              61062
--------------------------------------------------------------------------
```
    151737.3*5111 TAMI SINGLETARY             *Closed*
7    09/27/07 97035  APPLICATION 36.3    723.1   26.00 100107S 151737.3
36   10/12/07 3.1    BLUE CROSS  36.3           -16.80 101207S BC101107A.1
37   10/12/07 49.303 $4.20 CO-PA 36.3            0.00 101207S BC101107A.2
38   10/12/07 3.2    BLUE CROSS  36.3           -5.00 101207S BC101107A.2
78   12/07/07 5.5    APPROVAL 54 36.3           -4.20 120707S 157639.7*51
                     Balance:                    0.00
```

Primary: -16.80 Secondary: 0.00  Personal: -4.20  Adjustments: -5.00
     10/01/07 insur  BLUECROS                              61062
--------------------------------------------------------------------------
```
    152196.1*5111 TAMI SINGLETARY             *Closed*
10   10/01/07 97124  THERAP PROC 36.3    723.1   38.00 100807S 152196.1
44   0/26/07 3.1     BLUE CROSS  36.3           -17.60 102607S 102507BCBS.
45   10/26/07 49.303 $4.40 CO-PA 36.3            0.00 102607S 102507BCBS.
46   10/26/07 3.2    BLUE CROSS  36.3           -16.00 102607S 102507BCBS.
79   12/07/07 5.5    APPROVAL 54 36.3           -4.40 120707S 157639.8*51
88   01/17/08 3.1    BLUE CROSS  36.3            0.00 011708S BCBS0117.1*
                     Balance:                    0.00
```

Primary: -17.60 Secondary: 0.00  Personal: -4.40  Adjustments: -16.00
     10/08/07 insur  BLUECROS                              61219
--------------------------------------------------------------------------
```
    152196.2*5111 TAMI SINGLETARY             *Closed*
11   10/01/07 97014  APPLICATION 36.3    723.1   32.00 100807S 152196.2
7    10/26/07 3.1    BLUE CROSS  36.3           -17.60 102607S 102507BCBS.
8    10/26/07 49.303 $4.40 CO-PA 36.3            0.00 102607S 102507BCBS.
9    10/26/07 3.2    BLUE CROSS  36.3           -10.00 102607S 102507BCBS.
0    12/07/07 5.5    APPROVAL 54 36.3           -4.40 120707S 157639.9*51
9    /17/08 3.1      BLUE CROSS  36.3            0.00 011708S BCBS0117.2*
                     Balance:                    0.00
```

rimary: -17.60 Secondary: 0.00   Personal: -4.40  Adjustments: -10.00
     10/08/07 insur  BLUECROS                              61219
--------------------------------------------------------------------------
```
    152196.3*5111 TAMI SINGLETARY             *Closed*
2    10/01/07 97035  APPLICATION 36.3    723.1   26.00 100807S 152196.3
0    10/26/07 3.1    BLUE CROSS  36.3           -16.80 102607S 102507BCBS.
4    10/26/07 49.303 $4.20 CO-PA 36.3            0.00 102607S 102507BCBS.
2    10/26/07 3.2    BLUE CROSS  36.3           -5.00 102607S 102507BCBS.
1    12/07/07 5.5    APPROVAL 54 36.3           -4.20 120707S 157639.10*5
0    01/17/08 3.1    BLUE CROSS  36.3            0.00 011708S BCBS0117.3*
                     Balance:                    0.00
```

imary: -16.80 Secondary: 0.00   Personal: -4.20  Adjustments: -5.00
     10/08/07 insur  BLUECROS                              61219
--------------------------------------------------------------------------
```
    152331.1*5111 TAMI SINGLETARY             *Closed*
    10/03/07 97124  THERAP PROC 36.3    723.1   38.00 100807S 152331.1
    10/26/07 3.1    BLUE CROSS  36.3           -17.60 102607S 102507BCBS.
```

```
###.. Date.... Code.. Description DrFcl... Dx.... .Original Batch.. Ref........
54   10/26/07 49.303 $4.40 CO-PA 36.3              0.00 102607S 102507BCBS.
55   10/26/07 3.2    BLUE CROSS 36.3             -16.00 102607S 102507BCBS.
82   12/07/07 5.5    APPROVAL 54 36.3             -4.40 120707S 157639.11*5
91   01/17/08 3.1    BLUE CROSS 36.3              0.00 011708S BCBS0117.4*
                     Balance:                     0.00
```

Primary: -17.60 Secondary: 0.00   Personal: -4.40  Adjustments: -16.00
        10/08/07 insur  BLUECROS                                  61348
--------------------------------------------------------------------------
```
     152331.2*5111 TAMI SINGLETARY              *Closed*
14   10/03/07 97014 APPLICATION 36.3    723.1   32.00 100807S 152331.2
56   10/26/07 3.1    BLUE CROSS 36.3             -17.60 102607S 102507BCBS.
57   10/26/07 49.303 $4.40 CO-PA 36.3             0.00 102607S 102507BCBS.
58   10/26/07 3.2    BLUE CROSS 36.3             -10.00 102607S 102507BCBS.
83   12/07/07 5.5    APPROVAL 54 36.3             -4.40 120707S 157639.12*5
92   01/17/08 3.1    BLUE CROSS 36.3              0.00 011708S BCBS0117.5*
                     Balance:                     0.00
```

Primary: -17.60 Secondary: 0.00   Personal: -4.40  Adjustments: -10.00
        10/08/07 insur  BLUECROS                                  61348
----  -------------------------------------------------------------------
```
     52331.3*5111 TAMI SINGLETARY               *Closed*
15   10/03/07 97035 APPLICATION 36.3    723.1   26.00 100807S 152331.3
59   10/26/07 3.1    BLUE CROSS 36.3             -16.80 102607S 102507BCBS.
60   10/26/07 49.303 $4.20 CO-PA 36.3             0.00 102607S 102507BCBS.
61   10/26/07 3.2    BLUE CROSS 36.3             -5.00 102607S 102507BCBS.
84   12/07/07 5.5    APPROVAL 54 36.3             -4.20 120707S 157639.13*5
93   01/17/08 3.1    BLUE CROSS 36.3              0.00 011708S BCBS0117.6*
                     Balance:                     0.00
```

Primary: -16.80 Secondary: 0.00   Personal: -4.20  Adjustments: -5.00
        10/08/07 insur  BLUECROS                                  61348
--------------------------------------------------------------------------
```
     152911.1*5111 TAMI SINGLETARY              *Closed*
39   10/10/07 97124 THERAP PROC 36.3    723.1   38.00 101507S 152911.1
52   10/26/07 3.1    BLUE CROSS 36.3             -17.60 102607S 102507BCBS.
53   10/26/07 49.303 $4.40 CO-PA 36.3             0.00 102607S 102507BCBS.
54   0/26/07 3.2     BLUE CROSS 36.3             -16.00 102607S 102507BCBS.
85   12/07/07 5.5    APPROVAL 54 36.3             -4.40 120707S 157639.14*5
94   01/17/08 3.1    BLUE CROSS 36.3              0.00 011708S BCBS0117.7*
                     Balance:                     0.00
```

Primary: -17.60 Secondary: 0.00   Personal: -4.40  Adjustments: -16.00
        10/15/07 insur  BLUECROS                                  61600
--------------------------------------------------------------------------
```
     152911.2*5111 TAMI SINGLETARY              *Closed*
.0   10/10/07 97014 APPLICATION 36.3    723.1   32.00 101507S 152911.2
5    10/26/07 3.1    BLUE CROSS 36.3             -17.60 102607S 102507BCBS.
6    10/26/07 49.303 $4.40 CO-PA 36.3             0.00 102607S 102507BCBS.
7    10/26/07 3.2    BLUE CROSS 36.3             -10.00 102607S 102507BCBS.
6    12/07/07 5.5    APPROVAL 54 36.3             -4.40 120707S 157639.15*5
5    01/17/08 3.1    BLUE CROSS 36.3              0.00 011708S BCBS0117.8*
                     Balance:                     0.00
```

Primary: -17.60 Secondary: 0.00   Personal: -4.40  Adjustments: -10.00
        10/15/07 insur  BLUECROS                                  61600
--------------------------------------------------------------------------
```
     152911.3*5111 TAMI SINGLETARY              *Closed*
```

| ###.. | Date.... | Code.. | Description | DrFcl... | Dx.... | .Original | Batch.. | Ref....... |
|-------|----------|--------|-------------|----------|--------|-----------|---------|------------|
| 41 | 10/10/07 | 97035 | APPLICATION | 36.3 | 723.1 | 26.00 | 101507S | 152911.3 |
| 68 | 10/26/07 | 3.1 | BLUE CROSS | 36.3 | | -16.80 | 102607S | 102507BCBS. |
| 69 | 10/26/07 | 49.303 | $4.20 CO-PA | 36.3 | | 0.00 | 102607S | 102507BCBS. |
| 70 | 10/26/07 | 3.2 | BLUE CROSS | 36.3 | | -5.00 | 102607S | 102507BCBS. |
| 87 | 12/07/07 | 5.5 | APPROVAL 54 | 36.3 | | -4.20 | 120707S | 157639.16*5 |
| 96 | 01/17/08 | 3.1 | BLUE CROSS | 36.3 | | 0.00 | 011708S | BCBS0117.9* |
| | | | Balance: | | | 0.00 | | |

Primary: -16.80  Secondary: 0.00     Personal: -4.20   Adjustments: -5.00
    10/15/07 insur  BLUECROS                              61600

--------------------------------------------------------------------------------

   Statements for TAMI SINGLETARY            *Closed*

| 43 | 10/18/07 | 98.1 | STATEMENT S | 0.00 | stmt |
|----|----------|------|-------------|------|------|
| 71 | 11/13/07 | 98.1 | STATEMENT S | 0.00 | stmt |

--------------------------------------------------------------------------------

    TOTAL : 0.00

**RADIOLOGY GROUP, PA**
SUITE 200
2257 TAYLOR ROAD
MONTGOMERY  AL  36117

CHECK CREDIT CARD USING FOR PAYMENT AND FILL OUT BELOW.
MasterCard   VISA   DISCOVER
CARD NUMBER                                    Security Code   AMOUNT
NAME ON CARD (PLEASE PRINT)                    EXP. DATE
SIGNATURE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 08/10/2007 | 675724 | $100.00 |

IRS# 630581077  Phone: 334-270-9914    Patient: TAMI SINGLETARY

AMOUNT PAID

4112 1 AB 0.341 *17                    04112
Tami Singletary    675724
325 County Road 45 S
Headland  AL  36345-7224

MAKE CHECK PAYABLE & REMIT TO:

RADIOLOGY GROUP, PA
SUITE 200
2257 TAYLOR ROAD
MONTGOMERY  AL  36117-3439

PROBILL3-0141262-0004112-0893045-001-001278-#004441
☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.    DETACH HERE    AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

The balance due is your responsibility. If you have any questions, please call the billing office.

| ACCOUNT # | PATIENT | DUE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| 675724 | TAMI SINGLETARY | UPON RECEIPT | $100.00 |

| DATE | CODE | DESCRIPTION | CHARGE AMOUNT | INSURANCE | INS. PAYMENT | PATIENT PAYMENT | ADJUST-MENTS | BALANCE |
|---|---|---|---|---|---|---|---|---|
|  |  | Balance Forward |  |  |  |  |  | $0.00 |
| 08/01/07 | 71020 | RADEX CH 2 VIEWS FRNT&LAT | $30.00 | SELF PAY | $0.00 | $0.00 | $0.00 | $30.00 |
| 08/02/07 | 72020 | RADEX SPI 1 VIEW SPEC LVL | $35.00 | SELF PAY | $0.00 | $0.00 | $0.00 | $35.00 |
| 08/02/07 | 72020 | RADEX SPI 1 VIEW SPEC LVL | $35.00 | SELF PAY | $0.00 | $0.00 | $0.00 | $35.00 |

*Please note that this is the only statement that you will receive for this balance.*
*If you have any questions, please call our office.*

*Para espanol marque: 334/270-9914, presione opcion 2*

| BAL. FWD. | CURRENT | OVER 30 | OVER 60 | OVER 90 | OVER 120 | TOTAL BAL. |
|---|---|---|---|---|---|---|
|  | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 |

| BILLING INQUIRIES | MESSAGES |
|---|---|
| **RADIOLOGY GROUP, PA**<br>SUITE 200<br>2257 TAYLOR ROAD<br>MONTGOMERY  AL  36117<br>IRS# 630581077  Phone: 334-270-9914 | The balance due is your responsibility. Please remit thank you. |

PLAINTIFF'S
EXHIBIT

R

PROBILL3-0141262-0004112-0893045-001-001278-#004441

**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX  707584
325 CO RD 45 S              01/06/2006
HEADLAND, AL 36345-        12/23/1965

PATIENT #    22717    (334) 585-5647
AUTH #: 06019133249867          WG
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
CYCLOBENZAPRINE HCL 10MG TAB
NDC # 50111-0563-03      QTY: 30.0EA
NEW PRESCRIPTION

S COPAY PAID          $ 11.19
TAKE 1 TABLET BY MOUTH
THREE TIMES DAILY AS
NEEDED FOR MUSCLE
SPASMS

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX  766915
325 CO RD 45 S             06/27/2007
HEADLAND, AL 36345-        12/22/1965

PATIENT #    22717    (334) 585-5647
AUTH #: 071784854344008999      HMA
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
IBUPROFEN 800MG TABS
NDC # 00603-4020-21      QTY: 60.0EA
NEW PRESCRIPTION

B COPAY PAID          $ 5.15
TAKE 1 TABLET BY MOUTH
TWICE DAILY AFTER MEALS
AS NEEDED

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX  770613
325 CO RD 45 S             08/03/2007
HEADLAND, AL 36345-        12/22/1965

PATIENT #    22717    (334) 585-5647
AUTH #: 072154632800003999      WG
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
PROMETHAZINE 50MG TAB   5
NDC # 00781-1832-01      QTY: 24.0EA
NEW PRESCRIPTION

B COPAY PAID          $ 15.00
TAKE 1/2 TO 1 TABLET BY
MOUTH FOUR TIMES DAILY AS
NEEDED FOR NAUSEA

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX  697313
325 CO RD 45 S             10/05/2005
HEADLAND, AL 36345-        12/23/1965

PATIENT #    22717    (334) 585-5647
AUTH #: 05219042653487          WG
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
TRAMADOL HCL/APAP 37.5/325MG
NDC # 49884-0946-01      QTY: 40.0EA
NEW PRESCRIPTION

S COPAY PAID          $ 5.00
TAKE 1 OR 2 TABLETS BY
MOUTH EVERY 8 HOURS AS
NEEDED FOR PAIN

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX C 774156
325 CO RD 45 S             09/05/2007
HEADLAND, AL 36345-        12/22/1965

PATIENT #    22717    (334) 585-5647
                                WG
DR. RYAN, PATRICK
    1722 PINE STREET
    MONTGOMERY AL 36106, AL 36106-
    (334) 834-6422
HYDROCOD/APAP 7.5/500MG TABLET
NDC # 00406-0358-05      QTY: 40.0EA
NEW PRESCRIPTION

PAID AMOUNT          $ 19.23
TAKE 1 TABLET BY MOUTH
EVERY 4 TO 6 HOURS AS
NEEDED FOR PAIN

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX  766915
325 CO RD 45 S             08/17/2007
HEADLAND, AL 36345-        12/22/1965

PATIENT #    22717    (334) 585-5647
AUTH #: 072293014980001999      HMA
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
IBUPROFEN 800MG TABS
NDC # 00603-4020-21      QTY: 60.0EA
NO REFILLS LEFT

B COPAY PAID          $ 5.15
TAKE 1 TABLET BY MOUTH
TWICE DAILY AFTER MEALS
AS NEEDED

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

PLAINTIFF'S EXHIBIT

S



**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX 697312
325 CO RD 45 S                10/05/2005
HEADLAND, AL 36345-       12/23/1965

PATIENT #     22717     (334) 585-5647
AUTH #: 05219042653487              WG
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
METHYLPREDNISOLONE 4MG TABLET
NDC # 00603-4593-15     QTY: 21.0EA
NEW PRESCRIPTION

S COPAY PAID            $ 5.00
TAKE AS DIRECTED ON
PACKAGE

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX 719575
325 CO RD 45 S                04/17/2006
HEADLAND, AL 36345-       12/23/1965

PATIENT #     22717     (334) 585-5647
AUTH #: 05219042653487              LD
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
CHLORZOXAZONE TABLET 500MG
NDC # 00555-0585-04     QTY: 120.0EA
NEW PRESCRIPTION

S COPAY PAID            $ 5.00
TAKE 1 TABLET FOUR TIMES
DAILY

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX 697314
325 CO RD 45 S                10/05/2005
HEADLAND, AL 36345-       12/23/1965

PATIENT #     22717     (334) 585-5647
AUTH #: 05219042653487              WG
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
IBUPROFEN 800MG TABS
NDC # 00603-4020-21     QTY: 60.0EA
NEW PRESCRIPTION

S COPAY PAID            $ 5.00
TAKE 1 TABLET BY MOUTH
THREE TIMES DAILY AFTER
MEALS

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX 709445
325 CO RD 45 S                01/23/2006
HEADLAND, AL 36345-       12/23/1965

PATIENT #     22717     (334) 585-5647
AUTH #: 06039026811927              WG
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
CYCLOBENZAPRINE HCL 10MG TAB
NDC # 50111-0563-03     QTY: 30.0EA
NEW PRESCRIPTION

S COPAY PAID            $ 9.80
TAKE 1 TABLET BY MOUTH
EVERY NIGHT AT BEDTIME

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX 709445
325 CO RD 45 S                03/13/2006
HEADLAND, AL 36345-       12/23/1965

PATIENT #     22717     (334) 585-5647
AUTH #: 06069096128821              WG
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
CYCLOBENZAPRINE HCL 10MG TAB
NDC # 50111-0563-03     QTY: 30.0EA
2 REFILLS LEFT

S COPAY PAID            $ 9.80
TAKE 1 TABLET BY MOUTH
EVERY NIGHT AT BEDTIME

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---



**MIKE'S DISCOUNT PHARMACY**
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX 719576
325 CO RD 45 S                04/17/2006
HEADLAND, AL 36345-       12/23/1965

PATIENT #     22717     (334) 585-5647
AUTH #: 060990240636202              LD
DR. MEADOWS, RICHARD
    217 DOTHAN ROAD
    ABBEVILLE, AL 36310-
    (334) 585-6421
NABUMETONE 500MG TABLET
NDC # 00185-0145-01     QTY: 120.0EA
NEW PRESCRIPTION

S COPAY PAID            $ 11.39
TAKE 1 OR 2 TABLETS TWICE
DAILY AFTER MEALS

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.



**MIKE'S**
DISCOUNT PHARMACY
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX  709445
325 CO RD 45 S             04/14/2006
HEADLAND, AL 36345-        12/23/1965

PATIENT #     22717   (334) 585-5647
AUTH #: 060891315081954            WG
DR.  MEADOWS, RICHARD
     217 DOTHAN ROAD
     ABBEVILLE, AL 36310-
     (334) 585-6421
CYCLOBENZAPRINE HCL 10MG TAB
NDC # 50111-0563-03       QTY: 30.0EA
1 REFILL LEFT

   S COPAY PAID            $  5.00
**TAKE 1 TABLET BY MOUTH**
**EVERY NIGHT AT BEDTIME**

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
         YOUR TAX OR INSURANCE.



**MIKE'S**
DISCOUNT PHARMACY
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX  697314
325 CO RD 45 S             01/23/2006
HEADLAND, AL 36345-        12/23/1965

PATIENT #     22717   (334) 585-5647
AUTH #: 06039022552378             WG
DR.  MEADOWS, RICHARD
     217 DOTHAN ROAD
     ABBEVILLE, AL 36310-
     (334) 585-6421
IBUPROFEN 800MG TABS
NDC # 00603-4020-21       QTY: 60.0EA
4 REFILLS LEFT

   S COPAY PAID            $  6.57
**TAKE 1 TABLET BY MOUTH**
**THREE TIMES DAILY AFTER**
**MEALS**

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
         YOUR TAX OR INSURANCE.

# PATIENT COUNSELING

TAMI L SINGLETARY                    DR KEMP, ROGER
TRAMADOL HCL 50MG TABLETS

GENERIC NAME: TRAMADOL (TRA-ma-doll)

COMMON USES: This medicine is an analgesic used to treat or prevent pain.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR or PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking "blood thinners" such as warfarin, appetite suppressants (such as phenylpropanolamine, phentermine or benzphetamine), certain medicine for mood or mental disorders (such as olanzapine, clozapine, haloperidol, loxapine, molindone, or thiothixene), selective serotonin reuptake inhibitor antidepressants (such as fluoxetine, sertraline, or paroxetine), tricyclic antidepressants (such as amitriptyline or imipramine), monoamine oxidase inhibitors (such as furazolidone, linezolid, moclobemide, phenelzine, procarbazine, selegiline, isocarboxazid, or tranylcypromine), quinolone antibiotics (such as ciprofloxacin or levofloxacin), narcotic analgesics (such as codeine or morphine), phenothiazines (such as promethazine or thioridazine), sleeping medicines (such as zolpidem or temazepam), bupropion, cyclobenzaprine, carbamazepine, or nefazodone. Inform your doctor of any other medical conditions including a history of seizures, head injury or trauma, breathing problems (such as asthma), bowel problems, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE is not recommended if you have severe bowel problems (such as pseudomembranous colitis). Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do NOT take 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to codeine, hydrocodone, dihydrocodeine, or oxycodone (such as Tylox, Tylenol with Codeine, Vicodin). A severe allergic reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine, or if a certain medicine contains codeine, hydrocodone, dihydrocodeine, or oxycodone, contact your doctor or pharmacist. IF YOU EXPERIENCE difficulty breathing, tightness of chest, swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor immediately. Do not take any more doses of this medicine unless your doctor tells you to do so. DO NOT EXCEED THE RECOMMENDED DOSE OR TAKE THIS MEDICINE for longer than prescribed. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. If using this medicine for an extended period of time, DO NOT SUDDENLY STOP taking this medicine without your doctor's approval. Your dose may need to be slowly lowered to avoid side effects. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. AVOID ALCOHOL while you are using this medicine. This medicine will add to the effects of alcohol and other depressants. Ask your pharmacist if you have questions about which medicines are depressants. This medicine may cause dizziness or drowsiness. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. IF DIZZINESS OCCURS, sit or stand up slowly. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. Caution is advised when using this medicine in the elderly because they may be more sensitive to the effects of this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may occur include dizziness, nausea, drowsiness, dry mouth, constipation, headache, or sweating. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR IMMEDIATELY if you experience seizures or hallucinations. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, dizziness, or trouble breathing. If you notice other effects not

## OVERFLOW - PRINT REGULAR PATIENT EDUCATION

MIKE'S DISCOUNT PHARMACY
201 KIRKLAND STREET
ABBEVILLE, AL 36310-
(334) 585-2288

---



## MIKE'S
### DISCOUNT PHARMACY
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX  797068
325 CO RD 45 S                      03/11/2008
HEADLAND, AL 36345-          12/22/1965

PATIENT #      22717      (334) 585-5647
AUTH #: 080712782463008999        WG
DR. KEMP, ROGER
       JACKSON HOSP
       MONTGOMERY, AL    -
       (   ) 284-9615
TRAMADOL HCL 50MG TABLETS
NDC # 65162-0127-11        QTY: 120.0EA
NEW PRESCRIPTION

B COPAY PAID              $ 11.66
**TAKE 1 TABLET BY MOUTH
FOUR TIMES DAILY FOR PAIN**

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

## MIKE'S
### DISCOUNT PHARMACY
201 KIRKLAND ST. ABBEVILLE, ALA. PH. 585-2288

TAMI L SINGLETARY          RX  797068
325 CO RD 45 S                      03/11/2008
HEADLAND, AL 36345-          12/22/1965

PATIENT #      22717      (334) 585-5647
AUTH #: 080712782463008999        WG
DR. KEMP, ROGER
       JACKSON HOSP
       MONTGOMERY, AL    -
       (   ) 284-9615
TRAMADOL HCL 50MG TABLETS
NDC # 65162-0127-11        QTY: 120.0EA
NEW PRESCRIPTION

B COPAY PAID              $ 11.66
**TAKE 1 TABLET BY MOUTH
FOUR TIMES DAILY FOR PAIN**

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

**PATIENT COUNSELING**       03/11/2008

RX C 797094

TAMI L SINGLETARY      DR KEMP, ROGER
LYRICA 50MG CAPSULES

GENERIC NAME: PREGABALIN

COMMON USES: This medicine is an anticonvulsant used to treat fibromyalgia and certain types of nerve pain. It is also used in combination with other medicines to treat certain types of seizures. It may also be used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking certain medicines for diabetes (such as pioglitazone), certain medicines for anxiety (such as lorazepam), or certain medicines for pain (such as oxycodone). DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including heart problems (such as congestive heart failure or irregular heartbeat), elevated creatinine kinase, dialysis patients, muscle problems, diabetes, bleeding problems, history of alcohol or other substances abuse, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. This medicine comes with a patient information leaflet. Read it carefully. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. This medicine may be taken on an empty stomach or with food. STORE THIS MEDICINE at room temperature 77 degrees F (25 degrees C), in a tightly-closed container, away from heat, moisture, and light. Brief storage between 59 and 86 degrees F (15 and 30 degrees C) is permitted. Take this medicine regularly to receive the most benefit from it. Taking this medicine at the same time each day will help you to remember. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. DO NOT take 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. Contact your doctor if this medicine stops working well. DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for longer than prescribed. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. DO NOT STOP USING THIS MEDICINE without first checking with your doctor. Some conditions may become worse when the medicine is suddenly stopped. Your dose may need to be slowly lowered to avoid side effects. Laboratory and/or medical tests including blood counts, creatine kinase levels, or heart function may be performed to monitor your progress or to check for side effects. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. This medicine may reduce the number of platelets in the blood. If you have a history of low platelets or blood clotting problems, be sure your doctor and all laboratory personnel know that you are taking this medicine. AVOID ALCOHOL while you are using this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of alcohol and other depressants. Ask your pharmacist if you have questions about which medicines are depressants. This medicine may cause drowsiness, dizziness, blurred vision, or lightheadedness. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine. FOR MEN: if you are planning to father a child talk to your doctor about the benefits and risks of fathering a child while taking this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS that may occur while taking this medicine include blurred vision, dry mouth, constipation, gas, headache, dizziness, drowsiness, lightheadedness, trouble concentrating, or weight gain. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS

**OVERFLOW - PRINT REGULAR PATIENT EDUCATION**

MIKE'S DISCOUNT PHARMACY
201 KIRKLAND STREET
ABBEVILE, AL 36310-
(334) 585-2288

*Rec'd 7 day Trial*
*+ 2 sample bottles*

---



TAMI L SINGLETARY    RX C 797094
325 CO RD 45 S      03/11/2008
HEADLAND, AL 36345-    12/22/1965

PATIENT #   22717    (334) 585-5647
AUTH #: IC11V004001526      WG
DR. KEMP, ROGER
   JACKSON HOSP
   MONTGOMERY, AL   -
   ( ) 284-9615
LYRICA 50MG CAPSULES
NDC # 00071-1013-68    QTY: 21.0EA
NEW PRESCRIPTION

PDM COPAY PAID      $ 0.00
TAKE 1 CAPSULE BY MOUTH EVERY NIGHT AT
BEDTIME FOR 7 DAYS,THEN TAKE 1 CAPSULE BY
MOUTH TWICE DAILY FOR 7 DAYS,THEN TAKE 1
CAPSULE BY MOUTH THREE TIMES DAILY

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

---

TAMI L SINGLETARY    RX C 797094
325 CO RD 45 S      03/11/2008
HEADLAND, AL 36345-    12/22/1965

PATIENT #   22717    (334) 585-5647
AUTH #: IC11V004001526      WG
DR. KEMP, ROGER
   JACKSON HOSP
   MONTGOMERY, AL   -
   ( ) 284-9615
LYRICA 50MG CAPSULES
NDC # 00071-1013-68    QTY: 21.0EA
NEW PRESCRIPTION

PDM COPAY PAID      $ 0.00
TAKE 1 CAPSULE BY MOUTH EVERY NIGHT AT
BEDTIME FOR 7 DAYS,THEN TAKE 1 CAPSULE BY
MOUTH TWICE DAILY FOR 7 DAYS,THEN TAKE 1
CAPSULE BY MOUTH THREE TIMES DAILY

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR
YOUR TAX OR INSURANCE.

*Dr. Ryan also called in this*
*med - for 3 times a day -*
*60 pills w/ my Ins is $120⁰⁰*
*This would be my cost*
*every 20 days -*

**SI**
08-09-2007

**PROMISED: 11:15a**
08-09-2007
# Scripts: 01

CUSTOMER RECEIPT



**CVS/pharmacy** #4878  Ph:334.794-7798

855 EAST MAIN STREET
DOTHAN, AL
6303-0000

07 0892751 00 0000480

**SINGLETARY,TAMI**
325 COUNTY ROAD 45 S., HEADLAND, AL 36345-0000
Ph:334.585-5647        DOB:12-22-1965
HYDROCODONE-APAP 7.5-500 TAMCK
M CKROOT SPEC
TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS
NEEDED FOR PAIN
NDC:00406-0358-05  Days Supply:  7  Refills: 0 **Qty:40**    **TA**
Prscbr: RYAN,PATRICK*
TP:  599    GR:09825
AUTH#072213696474008999        BC/BS OF ALABAMA

Date:08-09-2007    DAW:0
**Rx: C 882751 00**

PAY:      $4.80

Caps:Y
Couns:N

---

**SI**  **WAITING**
07-19-2007

**PROMISED: 09:11a**
07-19-2007
# Scripts: 02

CUSTOMER RECEIPT

**CVS/pharmacy** #4970  Ph:334-263-9272

1525 FOREST AVENUE
MONTGOMERY, AL
36106-0000

07 0465700 00 0000499

**SINGLETARY,TAMI**
325 COUNTY ROAD 45 S., HEADLAND, AL 36345-0000
Ph:334.585-5647        DOB:12-22-1965
HYDROCODONE-APAP 10-500 TABQUA
QUALTEST
TAKE 1 TABLET BY MOUTH 4 TIMES A DAY AS NEEDED
NDC:00603-3888-21  Days Supply:  5  Refills: 0 **Qty:20**    **TA**
Prscbr: HERRICK,DAVID P
TP:  599    GR:09825
AUTH#072003218418003999        BC/BS OF ALABAMA

Date:07-19-2007    DAW:0
**Rx: C 465700 00**

PAY:      $4.99

Caps:Y
Couns:N

---

**SI**  **WAITING**
07-19-2007

**PROMISED: 09:12a**
07-19-2007
# Scripts: 02

CUSTOMER RECEIPT

**CVS/pharmacy** #4970  Ph:334-263-9272

1525 FOREST AVENUE
MONTGOMERY, AL
36106-0000

07 0465701 00 0000370

**SINGLETARY,TAMI**
325 COUNTY ROAD 45 S., HEADLAND, AL 36345-0000
Ph:334.585-5647        DOB:12-22-1965
CYCLOBENZAPRINE 10 MG TABLEMYL
MYLAN
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED

NDC:00378-0751-10  Days Supply:  5  Refills: 0 **Qty:15**    **TA**
Prscbr: HERRICK,DAVID P
TP:  599    GR:09825
AUTH#072003222627002999        BC/BS OF ALABAMA

Date:07-19-2007    DAW:0
**Rx: 465701 00**

PAY:      $3.70

Caps:Y
Couns:N

---

**SI**
08-01-2007

**PROMISED: 01:45p**
08-01-2007
# Scripts: 01

CUSTOMER RECEIPT

**CVS/pharmacy** #4970  Ph:334.263-9272

1525 FOREST AVENUE
MONTGOMERY, AL
36106-0000

07 0466573 00 0000480

**SINGLETARY,TAMI**
325 COUNTY ROAD 45 S., HEADLAND, AL 36345-0000
Ph:334.585-5647        DOB:12-22-1965
HYDROCODONE-APAP 7.5-500 TAMCK
M CKROOT SPEC
TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS
NEEDED FOR PAIN
NDC:00406-0358-05  Days Supply:  7  Refills: 1 **Qty:40**    **TA**
Prscbr: RYAN,PATRICK*
TP:  599    GR:09825
AUTH#072134231815003998        BC/BS OF ALABAMA

Date:08-01-2007    DAW:0
**Rx: C 466573 00**

PAY:      $4.80

Caps:Y
Couns:N

---

PLAINTIFF'S
EXHIBIT

T