IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

TAMI LYN SINGLETARY,            )
                                )
        Plaintiff,              )
                                )
v.                              )    CIVIL ACTION NO. 2:07-CV-840 MEF
                                )
JEROME LEE CANTRELL, SPACE      )
FLOORING & SUPPLIES, INC.,      )
STATE FARM MUTUAL AUTOMOBILE    )
INSURANCE COMPANY, et al,       )
                                )
        Defendants.             )

## STATE FARM'S MOTION TO WITHDRAW
## FROM PARTICIPATION IN THIS LITIGATION

Comes now the Defendant, State Farm Mutual Automobile Insurance Co., and moves that it be allowed to withdraw from further participation in this litigation as provided for in the Alabama Supreme Court's holding in the case of Lowe v. Nationwide Insurance Co., 521 So.2d 1309 (Ala. 1988), with the understanding that State Farm will be bound by the result of this litigation.

Wherefore, State Farm respectfully requests that this Honorable Court enter an Order deleting State Farm from the caption of the case and prohibiting any party from making any further reference to State Farm in the presence of the trial jury or in any Court document, including but not limited to a verdict form, that may be submitted to the trial jury.

RAMSEY, BAXLEY & MCDOUGLE

By/s/ Joel W. Ramsey
Joel W. Ramsey RAM 005
Attorney for Defendant State Farm Ins. Co.
P. O. Drawer 1486
Dothan, Alabama 36302
(334) 793-6550
jwr@rbmlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon M. Adam Jones, Esq., P. O. Box 5551, Dothan, Alabama, 36302; Clifton E. Slaten, Esq., 105 Tallapoosa Street, Suite 101, Montgomery, Alabama, 36104, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 16 day of April, 2008.

_____
Of Counsel