IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMI LYN SINGLETARY, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-840-MEF |
| | ) |
| JEROME LEE CANTRELL., *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of State Farm's Motion to Withdraw from Participation in this Litigation (Doc. #36) filed on April 17, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before May 2, 2008 as to why this motion should not be granted.

DONE this the 23rd day of April, 2008.

                                              /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE