IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMI LYN SINGLETARY, ) | |
| ) | |
| Plaintiff, ) | |
| v.                  ) | CASE NO. 2:07-cv-840-MEF |
| ) | |
| JEROME LEE CANTRELL., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the pretrial conference scheduled for June 5, 2008 and trial set for July 14, 2008 are continued generally.

2. That the parties file a joint stipulation of dismissal on or before May 27, 2008.

DONE this the 12th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE