IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMI LYN SINGLETARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:07-CV-840-MEF |
| ) | |
| JEROME LEE CANTRELL; SPACE ) | |
| FLOORING & SUPPLIES, INC.; ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE CO.; ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff Tami Lyn Singletary and the Defendants Jerome Lee Cantrell and Space Flooring and Supplies, et al., by and through their respective counsel of record, and pursuant to Rule 41 of the *Alabama Rules of Civil Procedure*, having resolved all matters in controversy between the Plaintiff and the Defendant, hereby stipulate that this action and all claims of the Plaintiff against the Defendant, whether asserted or not, ought to be and the same are hereby dismissed with prejudice.

**WHEREFORE** said parties respectfully request that this Court enter an order dismissing any and all claims of the Plaintiff against the Defendant, with prejudice, with costs taxed as paid.

Respectfully submitted this the 22 day of May, 2008.

M. Adam Jones, Esq.
**JACOBY & MEYERS, LLC**
Attorney for Plaintiff
Post Office Box 5551
Dothan, AL 36302

Clifton E. Slaten, Esq
C. Elizabeth Littell, Esq.
Attorneys for Defendant
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104